|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BACKPAGE.COM, LLC, | ) |
|---|---|
| Plaintiff, | ) **No. 2:12-cv-954** |
| v. | ) **DECLARATION OF AMBIKA K. DORAN IN SUPPORT OF BACKPAGE.COM'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| ROB MCKENNA, Attorney General of the State of Washington; RANDY J. FLYCKT, Adams County Prosecuting Attorney; BENJAMIN C. NICHOLS, Asotin County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY A. RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN P. SANT, Franklin County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Grays Harbor County Prosecuting Attorney; | ) |
| *(Continued on Page 2)* | ) |

DORAN DECLARATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

*(Continued from Page 1)*

| | |
|---|---|
| GREGORY M. BANKS, Island County Prosecuting Attorney; SCOTT W. ROSEKRANS, Jefferson County Prosecuting Attorney; DAN SATTERBERG, King County Prosecuting Attorney; RUSSELL D. HAUGE, Kitsap County Prosecuting Attorney; GREGORY L. ZEMPEL, Kittitas County Prosecuting Attorney; LORI L. HOCTOR, Klickitat County Prosecuting Attorney; JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFFREY S. BARKDULL, Lincoln County Prosecuting Attorney; MICHAEL K. DORCY, Mason County Prosecuting Attorney; KARL F. SLOAN, Okanogan County Prosecuting Attorney; DAVID J. BURKE, Pacific County Prosecuting Attorney; THOMAS A. METZGER, Pend Oreille County Prosecuting Attorney; MARK LINDQUIST, Pierce County Prosecuting Attorney; RANDALL K. GAYLORD, San Juan County Prosecuting Attorney; RICHARD WEYRICH, Skagit County Prosecuting Attorney; ADAM N. KICK, Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County Prosecuting Attorney; STEVEN J. TUCKER, Spokane County Prosecuting Attorney; TIMOTHY D. RASMUSSEN, Stevens County Prosecuting Attorney; JON TUNHEIM, Thurston County Prosecuting Attorney; DANIEL H. BIGELOW, Wahkiakum County Prosecuting Attorney; JAMES L. NAGLE, Walla Walla County Prosecuting Attorney; DAVID S. McEACHRAN, Whatcom County Prosecuting Attorney; DENIS P. TRACY, Whitman County Prosecuting Attorney; JAMES P. HAGARTY, Yakima County Prosecuting Attorney,<br><br>                Defendants, in their official capacities. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

DORAN DECLARATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

I, Ambika K. Doran, declare and state as follows:

1. I am an attorney with the law firm Davis Wright Tremaine LLP, counsel for plaintiff Backpage.com, LLC ("Backpage.com") in this action. I have personal knowledge of the matters set forth in this declaration and am competent to testify to them.

2. On June 4, 2012, co-counsel Jim Grant and I notified the defendants that Backpage.com intended to file a Motion for Temporary Restraining Order. Attached as **EXHIBIT A** is a true and correct copy of the email we sent them without its attachments.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of a Joint Statement, available at .

4. Attached hereto as **EXHIBIT C** is a true and correct copy of a craigslist blog post, available at http://blog.craigslist.org/2009/05/striking-a-new-balance/. The exhibit omits those pages comprising comments to the post.

5. Attached hereto as **EXHIBIT D** is a true and correct copy of an August 24, 2010, KING-5 news report entitled "Wash. not one of state AGs demanding Craigslist drop adult services," available at http://www.king5.com/news/consumer/State-AGs-demanding-that-Craigslist-drop-adult-services-101396154.html. The exhibit omits those pages comprising comments to the report.

6. Attached hereto as **EXHIBIT E** is a true and correct copy of a September 16, 2010 New York Times article entitled "Craigslist Says It Has Shut Down Its Section for Sex Ads," available at http://www.nytimes.com/2010/09/16/business/16craigslist.html?_r=1&scp=1&sq=craigslist+escort+ad&st=nyt.

7. Attached hereto as **EXHIBIT F** is a true and correct copy of a September 21, 2010 letter from various attorneys' general to Backpage.com's counsel, available at http://www.illinoisattorneygeneral.gov/pressroom/2010_09/Backpage_com9-20-2010.pdf.

DORAN DECLARATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

8. Attached hereto as **EXHIBIT G** is a true and correct copy of a press release from the Washington Office of the Attorney General, available at http://www.atg.wa.gov/pressrelease.aspx?&id=28896.

9. Attached hereto as **EXHIBIT H** is a true and correct copy of an editorial on Rob McKenna's gubernatorial candidacy website, available at http://www.robmckenna.org/newsitem/it%E2%80%99s-uphill-fight-officials-right-go-after-backpagecom.

10. Attached hereto as **EXHIBIT I** is a true and correct copy of a printout from the Washington legislature website showing the history of Senate Bill 6251 in the 2011-2012 session, available at http://apps.leg.wa.gov/billinfo/summary.aspx?bill=6251.

11. Attached hereto as **EXHIBIT J** is a true and correct copy of an April 4, 2012 Publicola article entitled "Sen. Kohl-Welles: 'I think we Came Up With the Best Language We Could' on Backpage Law," available at http://publicola.com/2012/04/04/sen-kohl-welles-i-think-we-came-up-with-the-best-language-we-could-on-backpage-law/.  The exhibit omits those pages comprising comments to the article.

12. Attached hereto as **EXHIBIT K** is a true and correct copy of the initial draft of Senate Bill 6251.

13. Attached hereto as **EXHIBIT L** is a true and correct copy of the first substitute of Senate Bill 6251.

14. Attached hereto as **EXHIBIT M** is a true and correct copy of the final version of Senate Bill 6251.

15. Attached hereto as **EXHIBIT N** is a true and correct copy of a transcript of the January 27, 2012 Senate hearing on Senate Bill 6251.  My office prepared the transcript by viewing a recording of the hearing on the TVW website.

16. Attached hereto as **EXHIBIT O** is a true and correct copy of an April 3, 2012 Salon.com report entitled "Will ID checks stop Backpage and child sex trafficking?," available at

DORAN DECLARATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

http://www.salon.com/2012/04/04/will_id_checks_stop_backpage_and_child_sex_trafficking/singleton/.  The exhibit omits those pages comprising comments to the report.

17. Attached hereto as **EXHIBIT P** is a true and correct copy of the text of a March 6, 2011 speech by Rob McKenna, available at http://www.kirk.senate.gov/?p=blog&id=434.

18. Attached hereto as **EXHIBIT Q** is a true and correct copy of a February 7, 2011 news article entitled "Study: Facebook replacing Craigslist for prostitutes," available at http://news.cnet.com/8301-17852_3-20030954-71.html.  The exhibit omits those pages comprising comments to the article.

19. Attached hereto as **EXHIBIT R** is a true and correct copy of a January 26, 2012 article entitled "Backpage Takes Heat, But Prostitution Ads Are Everywhere," available at http://www.forbes.com/sites/danielfisher/2012/01/26/backpages-takes-heat-for-prostitution-ads-that-are-everywhere/.

20. Attached hereto as **EXHIBIT S** is a true and correct copy of a May 24, 2012 article entitled "Sex ads: It isn't just Backpage.com," available at http://www.salon.com/2012/05/24/sex_ads_it_isnt_just_backpage_com/singleton/.  The exhibit omits those pages comprising comments to the article.  My firm obtained a copy of the report cited in the article but its author has asked us to not make or distribute copies because it is protected by copyright

21. Attached hereto as **EXHIBIT T** is a true and correct copy of Connecticut General Assembly Substitute Bill 5504 from the 2012 session year.

22. Attached hereto as **EXHIBIT U** is a true and correct copy of a May 18, 2012 article entitled "Sex Trafficking in California: State and Tech Companies Build Alliances to Combat Crime," available at http://www.huffingtonpost.com/2012/05/18/sex-trafficking-in-california_n_1528985.html.

DORAN DECLARATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  I declare under penalty of perjury of the laws of the United States that foregoing is
2  true and correct.
3  Signed at Seattle, Washington, this 4th day of June, 2012.

*s/ Ambika K. Doran*
Ambika K. Doran

DORAN DECLARATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 6

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax