# EXHIBIT  A

7

**Grant, James**

| | |
|---|---|
| **From:** | Grant, James |
| **Sent:** | Monday, June 04, 2012 3:32 PM |
| **To:** | 'randyf@co.adams.wa.us'; 'bnichols@co.asotin.wa.us'; 'andy.miller@co.benton.wa.us'; 'gary.riesen@co.chelan.wa.us'; 'dkelly@co.clallam.wa.us'; 'tony.golik@clark.wa.gov'; 'rculwell@waprosecutors.org'; 'baurs@co.cowlitz.wa.us'; 'sclem@co.douglas.wa.us'; 'msandona@wapa-sep.wa.gov'; 'ssant@co.franklin.wa.us'; 'mnewberg@co.garfield.wa.us'; 'dlee@co.grant.wa.us'; 'smenefee@co.grays-harbor.wa.us'; 'gregb@co.island.wa.us'; 'srosekrans@co.jefferson.wa.us'; 'prosecuting.attorney@kingcounty.gov'; 'rhauge@co.kitsap.wa.us'; 'gregz@co.kittitas.wa.us'; 'prosecutor@co.kittitas.wa.co'; 'lorih@co.klickitat.wa.us'; 'jonathan.meyer@lewiscountywa.gov'; 'jbarkdull@co.lincoln.wa.us'; 'michaeld@co.mason.wa.us'; 'prosecutor@co.mason.wa.us'; 'ksloan@co.okanogan.wa.us'; 'dburke@co.pacific.wa.us'; 'tmetzger@pendoreille.org'; 'mlindqu@co.pierce.wa.us'; 'randyg@co.san-juan.wa.us'; 'richardw@co.skagit.wa.us'; 'kick@co.skamania.wa.us'; 'contact.prosecutor@snoco.org'; 'stucker@spokanecounty.org'; 'trasmussen@co.stevens.wa.us'; 'tunheij@co.thurston.wa.us'; 'dbigelow@wapa-sep.wa.gov'; 'jnagle@co.walla-walla.wa.us'; 'dmceachran@co.whatcom.wa.us'; 'denist@co.whitman.wa.us'; 'prosecutor@co.whitman.wa.us'; 'james.hagarty@co.yakima.wa.us' |
| **Cc:** | Liz.McDougall@VillageVoiceMedia.com; Doran, Ambika |
| **Subject:** | Notice of Lawsuit and Request for TRO Regarding Washington Senate Bill 6251 |
| **Attachments:** | Complaint re SB 6251.pdf; Mot for TRO.PDF |

Ladies and Gentlemen:

We write to provide notice that on behalf of our client, Backpage.com, LLC, we are filing today in the United States District Court for the Western District of Washington an action seeking to enjoin enforcement of Washington Senate Bill 6251 and to declare that law unconstitutional under the First and Fifth Amendments and the Commerce Clause of the United States Constitution and in violation of section 230 of the Communications Decency Act, 47 U.S.C. § 230. Each of you is named as a defendant in this action, in your official capacities as prosecutors responsible for enforcement of criminal laws in the State of Washington.

Along with the complaint initiating this action, we are also filing a motion asking the Court to enter a temporary restraining order, and, thereafter, a preliminary injunction. As you know, SB 6251 is scheduled to take effect June 7, 2012. Copies of the complaint and the motion are attached to this email. At this point, we have not attached copies of the declarations supporting the motion because they are more voluminous and will be available in the Court's Electronic Case Filing System. If you would like to receive separate copies of the declarations by email, please let us know.

We would ask each of you if you are willing to accept service for this action by email. If you are agreeable, we will forward the applicable summons. Given the significant issues SB 6251 raises under the Constitution and the Communications Decency Act, we would also like to know whether defendants would be amenable to entering into a stipulated restraining order to preserve the status quo.

Additionally, we are willing to talk about coordinating a briefing schedule for the motion. If you would let me know your response on these points by email or a phone call, I would appreciate it.

Thank you, and please call either of us if you have any questions or would like to discuss this matter further.

**James Grant | Davis Wright Tremaine LLP**
1201 Third Avenue, Suite 2200 | Seattle, WA 98101

Tel: (206) 757-8096 | Cell: (206) 321-0445 | Fax: (206) 757-7096
Email: jamesgrant@dwt.com | Website: www.dwt.com
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**Ambika Kumar Doran** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8030 | Fax: (206) 757-7030 | Mobile: (206) 356-0397
Email: ambikadoran@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/lawdir/attorneys/DoranAmbika.cfm
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

9

# EXHIBIT  B

# JOINT STATEMENT

craigslist, the Attorneys General listed below, and the National Center for Missing and Exploited Children ("NCMEC"), announce new measures that craigslist is taking to help combat unlawful activity and improve public safety on its web site.

This agreement culminates a series of discussions and in person meetings between Jim Buckmaster, CEO of craigslist, Richard Blumenthal, Attorney General of the State of Connecticut, and NCMEC.

craigslist is a popular internet classifieds service that provides the public with many benefits.  Like all communication tools, it can unfortunately be misused to facilitate unlawful activity.

craigslist has a long record of implementing measures to prevent misuse of its web site, assisting law enforcement investigations, and of improving safety for craigslist users.  Law enforcement personnel have called craigslist's attention to misuse of craigslist's "erotic services" category to facilitate unlawful activity.  This problem requires new safeguards for craigslist and new ways of working together with law enforcement.  Further innovation and collaboration in addressing these issues will be beneficial for the safety of craigslist users and the general public. Accordingly, craigslist, the Attorneys General, and NCMEC, announce the following measures for combating unlawful activity and improving public safety on craigslist:

## I.  DIGITAL TAGGING, COMMUNITY FLAGGING, ELECTRONIC SCREENING

- craigslist has implemented a community self-policing program which allows users to "flag" a posting the user believes violates the terms of use, including the prohibition against pornography. The objectionable posting is eliminated automatically if it receives above a threshold number of flags.

- craigslist uses electronic screening to block certain advertisements that craigslist believes will violate its Terms of Use before they are posted.

- craigslist digitally tags adult sections of the site using industry standard PICS rating headers to facilitate the effectiveness of PC-based parental screening software.

## II.  TELEPHONE VERIFICATION

- craigslist has implemented a telephone verification system for the "erotic services" section of the site requiring any person seeking to post an advertisement to provide a working telephone number.

- Telephone verification enables craigslist to permanently block the phone number of any person posting unlawful or inappropriate advertisements.

## III.  CREDIT CARD VERIFICATION AND FEE TO POST

- craigslist plans to implement credit card verification and fee to post for its "erotic services" category.  Persons wishing to post ads in this category will be required to pay a fee using a valid credit card.

- Credit card verification and fee to post will reduce ad volume significantly, and encourage more responsible usage.

- Credit Card verification provides additional identifying information that will enable craigslist to block the accounts of persons who violate craigslist's terms of use.

- credit card information would be available to law enforcement agencies through a subpoena process.

- craigslist plans to contribute 100% of the net revenues from these advertisements to charity.  A public accounting firm will verify the net revenue amounts.

## IV.   LEGAL ACTION AGAINST SPAM OPERATORS

- Misuse of craigslist is facilitated by companies providing spamming, posting, and/or flagging services.  These businesses seek financial profit by providing services and/or software that circumvent craigslist's terms of use and defense mechanisms or facilitate circumvention by other persons.

- craigslist has initiated (or will soon initiate) lawsuits against a number of these companies that violate craigslist's terms of use (or facilitate the violation of craigslist's terms of use by others).

- craigslist will provide evidence of unlawful activity by these operators to the Attorneys General for potential prosecution.

## V.   COOPERATION WITH LAW ENFORCEMENT

- craigslist has developed search capabilities that enhance its ability to assist NCMEC and law enforcement agencies to locate missing persons, and identify exploited minors and victims of human trafficking.

- craigslist is continuing its development efforts in this area to further enhance its ability to assist law enforcement NCMEC and even social welfare agencies in their efforts to protect children from this type of victimization.

- craigslist will cooperate with law enforcement utilizing the subpoena process.

## VI.   HUMAN TRAFFICKING AND CHILD EXPLOITATION AWARENESS

- craigslist is visited by more than 40 million Americans each month, generating more than 12 billion monthly page views. Information presented by craigslist can help raise awareness among Americans regarding the enormous suffering caused by human trafficking and the exploitation of minors in this country.

- craigslist, the Attorneys General, and NCMEC will work together to further refine and improve educational materials that are currently available on craigslist.

## VII.   FUTURE EFFORTS

- craigslist and the Attorneys General will meet on a regular basis to discuss design and functionality improvements to combat unlawful activity and improve safety on its web site.

- craigslist will explore the implementation and use of technology that prevents image uploads likely to violate its terms of use.

- craigslist will work with the Attorneys General to develop more robust electronic screening of language used in craigslist postings.


Jim Buckmaster
President and Chief Executive Officer
craigslist, Inc.

Ernie Allen
President and Chief Executive Officer
National Center for Missing and Exploited Children

Richard Blumenthal
Attorney General of Connecticut

Terry Goddard
Attorney General of Arizona

Dustin B. McDaniel
Attorney General of Arkansas

John W. Suthers
Attorney General of Colorado

Richard S. Gebelein
Acting Attorney General of Delaware

Peter J. Nickles
Attorney General of the District of Columbia

Thurbert E. Baker
Attorney General of Georgia

Alicia G. Limtiaco
Attorney General of Guam

Mark J. Bennett
Attorney General of Hawaii

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Stephen Carter
Attorney General of Indiana

Tom Miller
Attorney General of Iowa

Steve Six
Attorney General of Kansas

Jack Conway
Attorney General of Kentucky

James D. "Buddy" Caldwell
Attorney General of Louisiana

Steven Rowe
Attorney General of Maine

Douglas F. Gansler
Attorney General of Maryland

Jim Hood
Attorney General of Mississippi

Mike McGrath
Attorney General of Montana

Jon Bruning
Attorney General of Nebraska

Catherine Cortez Masto
Attorney General of Nevada

Kelly A. Ayotte
Attorney General of New Hampshire

Anne Milgram
Attorney General of New Jersey

Gary King
Attorney General of New Mexico

Roy Cooper
Attorney General of North Carolina

Wayne Stenehjem
Attorney General of North Dakota

Nancy H. Rogers
Attorney General of Ohio

Drew Edmondson
Attorney General of Oklahoma

Hardy Myers
Attorney General of Oregon

Tom Corbett
Attorney General of Pennsylvania

Patrick C. Lynch
Attorney General of Rhode Island

Henry McMaster
Attorney General of South Carolina

Lawrence E. Long
Attorney General of South Dakota

Robert E. Cooper, Jr.
Attorney General of Tennessee

Mark L. Shurtleff
Attorney General of Utah

William H. Sorrell
Attorney General of Vermont

Vincent F. Frazer
Attorney General of the Virgin Islands

Robert F. McDonnell
Attorney General of Virginia

Rob McKenna
Attorney General of Washington

Darrell V. McGraw, Jr.
Attorney General of West Virginia

J. B. Van Hollen
Attorney General of Wisconsin

Bruce A. Salzburg
Attorney General of Wyoming

15

# EXHIBIT  C

# craigslist blog

« Classifieds and Killers                    Target Practice »

## Striking a New Balance

As of today for all US craigslist sites, postings to the "erotic services" category will no longer be accepted, and in 7 days the category will be removed.

Also effective today for all US sites, a new category entitled "adult services" will be opened for postings by legal adult service providers. Each posting to this new category will be manually reviewed before appearing on the site, to ensure compliance with craigslist posting guidelines and terms of use. New postings will cost $10, but once approved, will be eligible for reposting at $5.

Unsurprisingly, but completely contrary to some of the sensationalistic journalism we've seen these past few weeks, the record is clear that use of craigslist classifieds is associated with far lower rates of violent crime than print classifieds, let alone rates of violent crime pertaining to American society as a whole.

The relative safety of craigslist compared to print classifieds is likely due to some combination of:

» Measures such as blocking, screening, and telephone verification

» Community moderation via our flagging system

» Electronic trail ensures violent criminals are quickly caught

» Personal safety tips prominently posted

» Unusually high level of cooperation with law enforcement

Community moderation as exemplified by our flagging system is arguably the most successful system ever conceived for eliminating inappropriate activity from a massive internet community. Working in tandem with various other protective technologies, it is an inescapable force to be reckoned with for anyone set on abusing free internet communications across a broad array of posting types.

However, with respect to this new paid category for advertising by legal businesses, we will experiment with some of the methods traditionally employed in paid print classifieds.

We'd like to thank everyone who has provided helpful input over the past few weeks, all of which was closely considered:

» Our users, whose suggestions shape every aspect of craigslist

» Attorneys General, who provided valuable constructive criticism

» Law Enforcement officers nationwide, hugely supportive as always

» Legally compliant businesses wishing to advertise their services

» EFF and other experts defending free speech and Internet law

We are optimistic that the new balance struck today will be an acceptable compromise from the perspective of these constituencies, and for the diverse US communities that value and rely upon craigslist.

Note: Our announced intention to contribute 100% of net revenues for the "erotic services" category to charity has been fulfilled, and will continue to be fulfilled, notwithstanding criticism questioning our good faith in this regard. However, in light of today's changes, and to avoid any future misunderstanding, we are making no representation regarding how revenue from the "adult services" category will be used. Our commitment to philanthropy remains, and craigslist will continue to develop its charitable initiatives.

This entry was posted on Wednesday, May 13th, 2009 at 11:57 am and is filed under Features, Government, Law Enforcement, Legal, Philanthropy.

## 106 Responses to "Striking a New Balance"

**jenna Says:**
May 13th, 2009 at 12:14 pm



this is absolutely crazy. I have posted in the erotic services area for 2 years and I have never had any issues with crazy people. I have met some very nice people, and this is a sad day for CL.

**Lara Says:**

# EXHIBIT  D



# KING5.COM

Search: Find stories, photos and video [ Go ]

Seattle, WA | Today's Forecast | 7-day | Live Cams
**64°** Mostly Cloudy

Home | News | Weather | Traffic | Sports | HealthLink | Video | Entertainment | Food | Travel | Marketplace | Community | Your News | On TV | Login ►

Local | Cities | Investigators | Get Jesse | Consumer | National | World | Environment | Politics | Business | Aerospace | Education | Pets | Photos



xfinity

GET A GREAT OFFER

AND GET THE SPEED YOU NEED

LEARN MORE ►

Comcast

**LinkTown** KING5.com

The People-Powered Business Directory

Business: Dentist
Location: Seattle, WA [🔍]

Auto Dealers
Auto Repair
Bar
Carpet Cleaning
Child Care
Chocolate
Coffee
Dentist
Doctor
Florists
Furniture
Golf Course
Gym
Hair Salon
Hotels
Insurance
Jewelry
Landscaping
Locksmith
Movers
Pizza
Plumbing
Realtor
Remodeling
Storage
Browse all »

by MojoPages

## Consumer

Print | Email | Share 🐦 f ✚

# Wash. not one of state AGs demanding Craigslist drop adult services



Credit: KING

by KING 5 News and Associated Press

Posted on August 24, 2010 at 10:35 AM
Updated Tuesday, Aug 24 at 2:25 PM

[f Recommend]

HARTFORD, Conn. - State attorneys general nationwide are demanding that Craigslist remove its adult services section because they say the website cannot adequately block potentially illegal ads.

**Related:**
• Craigslist removes adult services section

Connecticut Attorney General Richard Blumenthal announced Tuesday that he and colleagues in 16 states have sent a letter calling on the classified advertising site to get rid of its adult services category.

The attorneys general say Craigslist is not completely screening out ads that promote prostitution and child trafficking. The site creators pledged in 2008 to improve their policing efforts.

A spokeswoman for the Washington State Attorney General's Office says Washington will not be joining this latest effort.

Kristin Alexander said simply removing or changing the site doesn't necessarily make it easier for Craigslist or law enforcement to police the site. She said some of the experts the Washington AG's office consulted with suggested that it might make it more difficult.

"Potentially people could be placing those ads but they could end up in different sections," she said.

"Basically it's the uncertainty, not the intent behind the letter from the other Attorney's General that led us to decide not to join," she said.

In 2008, Washington was one of 43 states that forged an agreement with Craigslist to address crimes including child pornography, child prostitution and human trafficking. According to the agreement, Craigslist would begin requiring that users who post erotic services ads provide a working phone number and pay a fee with a valid credit card and would supply the resulting information in response to law enforcement subpoenas. In addition, proceeds from erotic services ads would be donated to charity.

Other states joining the effort are Arkansas, Idaho, Illinois, Iowa, Kansas, Maryland, Michigan, Missouri, Montana, New Hampshire, Ohio, Rhode Island, South Carolina, Tennessee, Texas and Virginia.

San Francisco-based Craigslist did not immediately return a call.



Print | Email | Share 🐦 f ✚

**Next article**
FTC says Skechers deceived consumers with shoe ads

---

Mobile | RSS Feeds | Special Offers
Newsletters | Twitter | Facebook
**TEXT ALERTS:** Closings, News, more...



2013 LINCOLN MKS
With new, world-class handling.
Now it gets interesting.

EXPLORE LINCOLN NOW ►  LINCOLN

## Consumer Video



► Play Video
FTC says Skechers deceived consumers with shoe ads

► Play Video
Consignment sales gain popularity among moms

► Play Video
Online reputations: The new first impression

► Play Video
Lifeline for Washington homeowners facing foreclosure

MORE VIDEO

### Most Viewed | Most Emailed



• Checks in the mail: Millions expected to receive insurance rebates totaling $1.3 billion
• Eggs recalled in 34 states, including Washington
• JESSE'S TIPS What to do when Gmail account gets hacked
• FTC says Skechers deceived consumers with shoe ads
• Spike in gas prices could begin as early as today

MORE>>

More From KING5.com | From Around the Web
• Charges: 6-month-old girl died after | • Deadly Women: Cougar Seduces,

# EXHIBIT  E

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

Subscribe: Digital / Home Delivery   Log In   Register Now

The New York Times

**Business Day**

ING DIRECT

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

Search | Global | DealBook | Markets | Economy | Energy | Media | Personal Tech | Small Business | Your Money

THE GREAT COURSES — NOW ENJOY BRILLIANT COLLEGE COURSES IN YOUR HOME OR CAR! — Order one of these BEST-SELLING COURSES for only $4.95! — SAVE up to $190 — Advertise on NYTimes.com

## Craigslist Says It Has Shut Its Section for Sex Ads

By CLAIRE CAIN MILLER
Published: September 15, 2010

Craigslist said on Wednesday that it had permanently closed the section of its sites in the United States that carried sex-related advertising, but it defended its right to carry such advertisements as well as its efforts to fight sex trafficking.



The company abruptly removed links to the ads for sexual services earlier this month and replaced them with a black label bearing the word "censored." Until Wednesday it had not explained its move.

William Clinton Powell, director of customer and law enforcement relations at Craigslist, and Elizabeth L. McDougall, a partner at Perkins Coie, Craigslist's law firm, discussed the change in testimony at a hearing on sex trafficking of minors before the House Judiciary Committee in Washington.

"Craigslist discontinued its adult services section on Sept. 3, 2010, and there are no plans to reinstate the category," Mr. Powell said. "Those who formerly posted ads in the adult services category will now have to advertise elsewhere, and in fact there is evidence that this process began immediately."

The hearing, held by the House subcommittee on crime, terrorism and homeland security, came after days of speculation about the motives of Craigslist.

Though federal law protects Craigslist against liability for what its users post, it has been criticized by state attorneys general and advocacy groups who say the site has the responsibility to fight sex trafficking and other sex crimes. On Aug. 24, 17 attorneys general sent Craigslist a letter demanding that it close the sex-related section.

The sex ads cost $10 and were on track to bring in $44 million in revenue this year, according to the AIM Group, a consulting firm that closely monitors the company. Craigslist also charges for some real estate and job ads, but most listings are free.

Free speech advocates and some people who work to help victims of sex crimes have questioned the removal of the sex-ad section. They said that blocking the ads threatened free speech and that the site helped law enforcement track criminals.

But state attorneys general and other groups fighting sex crimes applauded Craigslist's decision to remove the section and demanded that it also block the ads from other areas of the site where they have been popping up, like casual encounters and therapeutic services, and from international Craigslist sites.

Ms. McDougall said Wednesday that it was overly idealistic to believe that sex crimes would end if the sex-oriented advertising were shut down.

Craigslist had adopted a more practical approach, she said, by containing the ads in one place on the site and assisting law enforcement in investigating crimes.

Mr. Powell outlined the many steps he said Craigslist had taken to fight sex trafficking and work with law enforcement and advocacy groups, including manually reviewing all ads before posting, requiring credit card and phone numbers, reporting suspicious ads to the National Center for Missing and Exploited Children and responding to law enforcement requests within a day.

Log in to see what your friends are sharing on nytimes.com
Privacy Policy | What's This?

Log In With Facebook

**What's Popular Now**
Bloomberg Plans a Ban on Large Sugared Drinks
In Florence, Modernizing a 15th-Century Palazzo

**Get DealBook by E-Mail**
Sign up for the latest financial news delivered before the opening bell and after the market close.
See Sample | Privacy Policy   Sign Up

THE DNA ANCESTRY PROJECT
Discover your ancestry with DNA
www.DNAAncestryProject.com
Advertise on NYTimes.com

**MOST POPULAR - BUSINESS**
E-MAILED | BLOGGED | VIEWED

1. A New Class of Cancer Drugs May Be Less Toxic
2. News Analysis: A Terse Warning for Euro States: Do Something Now
3. High & Low Finance: Amid Uncertainty on Euro, Europeans Hedge Their Bets
4. Worst U.S. Job Data in a Year Signals Stalling Recovery
5. China Lets Currency Weaken, Risking New Trade Tensions
6. Economix: Confusion About the Deficit
7. DealBook: Research in Motion, Struggling, Ponders a Dim Future
8. Young and Global Need Not Apply in Japan
9. Media Decoder: Alan Horn Is Named Chairman of Disney Studios
10. Facing Down the Bankers

Go to Complete List »

Get Shopping! BACK-TO-SCHOOL SATURDAY ARRIVES ON AUGUST 11
Back-to-school shopping
ALSO IN BUSINESS »
- Whimsical home furnishings
- Facebook gold rush: Fanfare vs. Realities

nytimes.com   BUSINESS

ADVERTISEMENTS



Now that Craigslist has ended the ads, it will be harder for the site to assist law enforcement because the ads have migrated to other sites, Ms. McDougall said.

Traffic to Backpage.com, a classifieds site run by Village Voice Media, has sharply spiked this month, according to reports from two firms that measure Web traffic, Alexa and Compete, that Ms. McDougall provided to the committee.

"Consequently, Craigslist fears that its utility to help combat child exploitation has been grossly diminished," she said.

Ernie Allen, chief executive of the National Center for Missing and Exploited Children, dismissed that notion in his testimony. "We recognize that if we crack down in one area, some of this problem will migrate to other areas, but frankly that's progress," he said. "We follow the money. The goal is to destroy the business model of those who sell children for sex on the Internet."

Carl Ferrer, vice president of sales and marketing at Backpage, did not respond to a request for comment but has previously said that the site uses moderation, automated filters and user reports to remove inappropriate posts.

Backpage and the many other sites that post prostitution ads, often disguised as body rubs or escort services, are maneuvering to get a bigger share of the business now that Craigslist is out of the game, said Peter M. Zollman, founding principal of the AIM Group.

Advocacy groups and attorneys general have said they focused on Craigslist because it is widely known and has a big business in sex ads, but will now go after other sites as well. "We must broaden the focus beyond Craigslist and urge every online classified site to take action," Mr. Allen said.

A version of this article appeared in print on September 16, 2010, on page B1 of the New York edition.

**Get 50% Off The New York Times & Free All Digital Access.**

SIGN IN TO E-MAIL

PRINT

REPRINTS

Ads by Google                                                                    what's this?

**Are You Writing a Book?**

Get a free guide to professional editing & publishing options.

www.iUniverse.com

**Related Searches**

· Craigslist                                          Get E-Mail Alerts
· Online Advertising                                   Get E-Mail Alerts
· Sex Crimes                                           Get E-Mail Alerts
· House Committee on the Judiciary                     Get E-Mail Alerts

INSIDE NYTIMES.COM                                                          ◄  ►



ART & DESIGN »       TRAVEL »        OPINION »         HEALTH »         OPINION »         THEATER »

                                    **The Stone: Do Bishops Have a Case Against Obama?** Not every effort of the government to restrict religious rights is a step toward the total undermining of religion.

Making Quite a Show of   36 Hours in Oxford,   Life, Interrupted: Keeping   Room for Debate: Why Do   A Broadway Hangout, Old
Dying                    England               Cancer at Bay               Americans Love Royalty?    Chum

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Back to Top

Copyright 2010 The New York Times Company | Privacy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Advertise | Site Map

# EXHIBIT  F

**STATE ATTORNEYS GENERAL**
**A Communication From the Chief Legal Officers**
**Of the Following States and Territories:**

**Arkansas * Connecticut * Delaware * Idaho * Illinois * Iowa * Kansas * Maine**
**Maryland * Michigan * Mississippi * Missouri * Montana * Nevada * New Hampshire**
**Ohio * Rhode Island * South Carolina * Tennessee * Texas * Virginia**

September 21, 2010
_Sent via facsimile_

Samuel Fifer
Sonnenschein, Nath & Rosenthal, LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6404

**RE:    backpage.com**

Dear Mr. Fifer:

Thank you for your recent letter notifying us of additional changes backpage has implemented in order to respond to our concerns that blatant prostitution ads are rampant on the site.  Although we appreciate these efforts and the cooperation the site has demonstrated since we began our investigation in 2009, more needs to be done.

We are writing to request that you immediately take down the adult services portion of backpage.

We believe that ads for prostitution-- including ads trafficking children-- are rampant on the site and that the volume of these ads will grow in light of craigslist's recent decision to eliminate the adult services section of its site.  In our view, it is time for the company to follow craigslist's lead and take immediate action to end the misery of the women and children who may be exploited and victimized by these ads. Because backpage cannot, or will not, adequately screen these ads, it should stop accepting them altogether.

As you indicated in your recent letter to us, you found that once you began charging for ads in the adult services section of the site, prostitution began migrating into certain sections of the personals section, so you began to charge to posts ads in that section as well.  We urge you to take additional efforts, such as manual review of each ad in theses sections of the personals -- and others if it becomes necessary -- before ads are posted.

We recognize that backpage may lose the considerable revenue generated by the adult services ads.  Still, no amount of money can justify the scourge of illegal prostitution, and the

24

misery of the women and children who will continue to be victimized, in the marketplace provided by backpage.

We sincerely hope backpage, like craigslist, will finally hear the voices of the victims, women and children, who plead with it to make this important change.  We too, call on backpage to listen, to care, and respond now by shutting down the adult services section of its website.  It is the right thing to do to protect innocent women and children.

Very truly yours,

Richard Blumenthal
Attorney General of Connecticut

Chris Koster
Attorney General of Missouri

Dustin McDaniel
Attorney General of Arkansas

Joseph R. Biden, III
Attorney General of Delaware

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Tom Miller
Attorney General of Iowa

Steve Six
Attorney General of Kansas

Janet Trafton Mills
Attorney General of Maine

Douglas F. Gansler
Attorney General of Maryland

25

Michael Cox
Attorney General of Michigan

Jim Hood
Attorney General of Mississippi

Steve Bullock
Attorney General of Montana

Catherine Cortez Masto
Attorney General of Nevada

Michael A. Delaney
Attorney General of New Hampshire

Richard Cordray
Attorney General of Ohio

Patrick C. Lynch
Attorney General of Rhode Island

Henry McMaster
Attorney General of South Carolina

Robert E. Cooper, Jr.
Attorney General of Tennessee

Greg Abbott
Attorney General of Texas

Kenneth T. Cuccinelli, II
Attorney General of Virginia

26

# EXHIBIT  G



Washington State Office of the
# ATTORNEY GENERAL

SEARCH >

- Home
- Safeguarding Consumers
- Protecting Youth
- Protecting Seniors
- Crime & Safety
- Office Information
- AG Opinions
- News
  - Radio Clips
  - Media Contacts
  - News Releases
    - 2012
    - 2011
    - 2010
    - 2009
    - 2008
    - 2007
    - 2006
    - 2005
    - 2004
    - 2003
    - 2002
    - 2001
    - 2000
    - 1999
    - 1998
    - 1997
    - 1996
  - McKenna's Must Read Newsletter
  - Social Media
  - Photo Gallery
  - Video Gallery
  - RSS
  - All Consuming Blog
  - In General Blog
  - Complaint Stats
  - Upcoming Events
- Employment



News > News Releases > 2011

CONTACT US >    CONSUMER COMPLAINT >

Share

FOR IMMEDIATE RELEASE                                                    back
August 31, 2011

### Attorneys General to Backpage.com: prove you're fighting human trafficking

*McKenna calls for an end to "online clearinghouse" for human trafficking*

**OLYMPIA** – Washington State Attorney General Rob McKenna and 45 other attorneys general today called for information about how Backpage.com presumably attempts to remove advertising for sex trafficking, especially ads that could involve minors.

In a letter to the online classified site's lawyers, the attorneys general say that Backpage.com claims it has strict policies to prevent illegal activity. Yet the chief legal officers of Washington state, Missouri and Connecticut have found hundreds of ads on Backpage.com's regional sites that are clearly for illegal services.

"It does not require forensic training to understand that these advertisements are for prostitution," the attorneys general wrote.

The letter says the hub for illegal sex ads is a magnet for those seeking to exploit minors and points to more than 50 cases, in 22 states over three years, involving the trafficking or attempted trafficking of minors through Backpage.com. "These are only the stories that made it into the news; many more instances likely exist," the attorneys general wrote. They also reminded Backpage.com of a 2010 request from nearly two dozen attorneys general asking that the adult services site be taken down.

"Traffickers who exploit runaways and other disadvantaged kids shouldn't be provided with a powerful online clearinghouse," McKenna said. "The only way for Backpage.com to completely stop child sex trafficking on its site is to take down adult services advertisements altogether and take aggressive steps to be sure such ads don't surface elsewhere on the site."

McKenna added that kids aren't capable, legally or otherwise, to consent to be sold for sex. And regardless of a prostitute's age, it's difficult to know whether the person advertised is being coerced.

In many cases involving human trafficking on Backpage.com, law enforcement finds that minors are, in fact, often coerced. Prosecutors in Benton County, Wash., are handling a case in which teen girls say they were threatened and extorted by two adults who marketed them on Backpage.com.  One of the adults rented a hotel room in Kennewick and forced the girls to have sex with men who answered the online ads, for which Backpage.com charges $1 and up.

Backpage.com, owned by Village Voice Media, LLC, is the top provider of "adult services" advertisements. The multimedia company, which owns 13 weekly newspapers in the United States including the Seattle Weekly, admits its involvement in facilitating illegal services. In a meeting with staff at the Washington State Attorney General's Office, Village Voice board member Don Moon readily acknowledged prostitution ads appear on the Web site. And in a June 29 article published nationally by the Village Voice, the corporation criticized those concerned about child sex trafficking as "prohibitionists bent on ending the world's oldest profession," acknowledging that, as a seller of adults services ads, "Village Voice has a stake in this story."

Industry analysts suggest that Village Voice's stake in adult services advertisements is worth about $22.7 million in annual revenue. Many state attorneys general believe that Backpage.com is attempting to minimize the impact of child sex trafficking because they fear it will turn attention to the company's robust prostitution advertising business. While Backpage.com has ramped up its effort to screen some ads for minors, the attorneys general involved in today's letter believe that "Backpage.com sets a minimal bar for content review in an effort to temper public condemnation, while ensuring that the revenue spigot provided by prostitution advertising remains intact."

The letter from state attorneys general makes a series of requests to Backpage.com, asking that the company willingly provide information in lieu of a subpoena. For example, in order to substantiate the claim that the company enforces policies to prevent illegal activity, the attorneys general ask that Backpage.com describe in detail its understanding of what precisely constitutes "illegal activity," and whether advertisements for prostitution fall into that category. The attorneys general also ask, among other requests, how many advertisements in its adult section and subsections have been submitted since Sept. 1, 2010, how many of those advertisements were individually screened, how many were rejected and how many were removed after being discovered to be for illegal services.

In 2008, McKenna helped lead 42 other attorneys general in reaching an agreement with Craigslist to crack down on illegal listings, in an effort to reduce crimes like distributing child pornography and human trafficking. Craigslist ultimately removed its "erotic services" section altogether in May 2009. McKenna, president of the National Association of Attorneys General, in June announced a national initiative to reduce human trafficking.

The states signing on to today's letter are Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Mississippi, Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, Wyoming and the territory of Guam.

-30-

Contacts:
Dan Sytman, AGO Deputy Communications Director, (360) 586-0840

# EXHIBIT  H

# ROB McKENNA
## for GOVERNOR

**GET UPDATES**

First Name   Last Name

Email Address   SIGN UP

English | Español | 한국어 | Русский

| HOME | ROB | ISSUES | BLOG | NEWS | STORE | CONTACT | CONTRIBUTE |

## It's an uphill fight, but officials right to go after backpage.com

 Like  Tweet 0  +1 0  Share  Pin it

*The Olympian Editorial Board*

Attorneys general from practically every state in the union have sent a letter to an online classified advertising site in hopes of convincing backpage.com to stop accepting escort advertisements which are sometimes used to traffic child prostitutes.

Attorney General Rob McKenna and his colleagues are hoping to get voluntary compliance because they know they have little legal standing to forcibly shut down the site, which is owned by Village Voice Media Holdings.

The company publishes Seattle Weekly in this state. In July, Seattle Mayor Mike McGinn ordered city officials to stop placing advertisements in the Seattle Weekly because the escort section of backpage.com has been linked to juvenile prostitution.

The attorneys general have had some success in this effort in the past. Three years ago McKenna and dozens of his colleagues reached an agreement with Craigslist to crack down on classified listings. In May 2009, under public pressure and vocal criticism, Craigslist removed its erotic services listings.

Now, as president of the National Association of Attorneys General, McKenna is using his position to wage a second assault on human trafficking – this time focused on backpage.com.

In their letter to a company attorney, the attorneys general asked backpage.com for proof that they are following policies to prevent illegal activity. McKenna claims there are hundreds of advertisements in this and other states that are "clearly for illegal services."

In the letter the attorneys say, "As our state's chief law enforcement officers, we are increasingly concerned about human trafficking, especially the trafficking of minors. Backpage.com is a hub for such activity."

The letter continues, "We have tracked more than 50 instances, in 22 states over three years, of charges filed against those trafficking or attempting to traffic minors on backpage.com. These are only the stories that made it into the news; many more instances likely exist. These cases often involve runaways ensnared by adults seeking to make money by sexually exploiting them. In some cases, minors are pictured in advertisements. In others, adults are pictured but minors are substituted at the 'point of sale' in a grossly illegal transaction."

In announcing the crackdown, McKenna said, "Traffickers who exploit runaways and other disadvantaged kids shouldn't be provided with a powerful online clearinghouse. The only way for backpage.com to completely stop child sex trafficking on its site is to take down adult services advertisements altogether and take aggressive steps to be sure such ads don't surface elsewhere on the site."

Getting the company to back away from the advertisements will be a challenging assignment. According to McKenna, industry analysts suggest that Village Voice's stake in adult services advertisements is worth about $22.7 million in annual revenue.

Even if the attorneys general are successful in getting the company to give up the advertisements and the revenue – as they were with Craigslist – another company will likely fill the void just as backpage.com followed Craigslist.

But that doesn't mean the attorneys general should back down. They are doing the right thing by tackling the human trafficking problem.

But they clearly understand that the laws are not on their side.

In an interview with the Seattle Times, McKenna acknowledged that backpage. com is hiding behind the federal Communications Decency Act. That 1996 law was aimed at protecting children from online abuse while encouraging a robust Internet. The act provides Internet content and service providers with broad immunity from liability for content posted by third parties. McKenna admits the immunity law is a "high barrier" to overcome by him and his colleagues.

A recent federal lawsuit out of Missouri is a case in point. The pimp of a 14-year-old girl advertised her services on backpage.com. The teen sued the Internet classified ad provider claiming the company was liable for her exploitation. The judge sided with backpage.com saying the company enjoys immunity under provisions of the 1996 law. The judge, who was sympathetic to the child's plight, said even if a provider like backpage.com knows the advertisement is for illegal conduct, the content is protected under the 1996 law. The judge said it's up to Congress, not the courts, to change the laws granting immunity.

Congress should do just that. But in the meantime, any pressure exerted by the attorney generals is a welcome effort to bring a halt to the illegal trafficking of juveniles.

Original Article

## COUNTY INFORMATION

Please select your county



FIND LOCAL INFORMATION THAT MATTERS TO YOU.

## BE INVOLVED

Register to Vote

Make a Contribution



Rob McKenna on Facebook

Like

27,155 people like Rob McKenna.

Kathie   Judy   Nancy   Shelley   Alicia

Facebook social plugin

Tell Your Friends on Facebook

# EXHIBIT  I

Bill Information > SB 6251 - 2011-12

Print Version | No disponible en español

**Inside the Legislature**
* Find Your Legislator
* Visiting the Legislature
* Agendas, Schedules and Calendars
* Bill Information
* Laws and Agency Rules
* Legislative Committees
* Legislative Agencies
* Legislative Information Center
* E-mail Notifications (Listserv)
* Civic Education
* History of the State Legislature

**Outside the Legislature**
* Congress - the Other Washington
* TVW
* Washington Courts
* OFM Fiscal Note Website





---

**Search by Bill Number**

6251   [ Search ]  ℹ

Search the full text of a bill

## SB 6251 - 2011-12 🔲 (What is this?)

Regulating advertising of commercial sexual abuse of a minor.

Go to documents...
Go to videos...

History of the Bill
as of Friday, June 1, 2012 1:48 PM

**Sponsors:**   Senators Kohl-Welles, Delvin, Eide, Chase, Pflug, Conway, Kline, Ranker, Stevens, Fraser, Regala, Nelson, Roach, Frockt

**2012 REGULAR SESSION**

Jan 16   First reading, referred to Judiciary. (View Original Bill)
Jan 27   Public hearing in the Senate Committee on Judiciary at 1:30 PM. (Committee Materials)
Feb 1   Executive action taken in the Senate Committee on Judiciary at 1:30 PM. (Committee Materials)
Feb 2   JUD - Majority; 1st substitute bill be substituted, do pass. (View 1st Substitute) (Majority Report)
          Passed to Rules Committee for second reading.
Feb 7   Placed on second reading by Rules Committee.
Feb 8   **1st substitute bill substituted (JUD 12).** (View 1st Substitute)
          Floor amendment(s) adopted.
          Rules suspended. Placed on Third Reading.
          Third reading, passed; yeas, 49; nays, 0; absent, 0; excused, 0. (View Roll Calls) (View 1st Engrossed)

**IN THE HOUSE**

Feb 10   First reading, referred to Public Safety & Emergency Preparedness.
Feb 15   Public hearing in the House Committee on Public Safety & Emergency Preparedness at 1:30 PM. (Committee Materials)
Feb 21   Executive action taken in the House Committee on Public Safety & Emergency Preparedness at 10:00 AM. (Committee Materials)
          PSEP - Executive action taken by committee.
          PSEP - Majority; do pass. (Majority Report)
          Referred to Rules 2 Review.
Feb 24   Placed on second reading by Rules Committee.
Feb 27   Rules suspended. Placed on Third Reading.
          Third reading, passed; yeas, 96; nays, 0; absent, 0; excused, 2. (View Roll Calls)

**IN THE SENATE**

Feb 28   President signed.

**IN THE HOUSE**

Feb 29   Speaker signed.

**OTHER THAN LEGISLATIVE ACTION**

Mar 5   Delivered to Governor. (View Bill as Passed Legislature)
Mar 29   Governor signed.
          Chapter 138, 2012 Laws. (View Session Law)
          Effective date 6/7/2012.

Go to history...

Available Documents

| Bill Documents | Bill Digests | Bill Reports |
|---|---|---|
| Original Bill | Bill Digest | Senate Bill Report (Orig.) |
| Substitute Bill (JUD 12) | Substitute Bill Digest | Senate Bill Report |
| Engrossed Substitute | | Engrossed Substitute Senate Bill Report |
| Bill as Passed Legislature | | Engrossed Substitute House Bill Analysis 2012 |
| Session Law | | Engrossed Substitute House Bill Report |
| | | Final Bill Report |

Amendments

| Amendment Name | Num | Sponsor | Type | Description | Action |
|---|---|---|---|---|---|
| 6251-S AMS KLIN S4620.2 | 35 | Kline | Floor | Striker | ADOPTED 02/08/2012 |

**Fiscal Note (Available)**
Get Fiscal Note

Go to history...

Available Videos (Video links take you to the TVW website)
Live video is available at the stated time. Archived video becomes available approximately two hours after the close of the hearing or floor session.

Jan 27, 2012 Senate Judiciary at 1:30 PM
Feb 1, 2012 Senate Judiciary at 1:30 PM
Feb 15, 2012 House Public Safety & Emergency Preparedness at 1:30 PM
Feb 21, 2012 House Public Safety & Emergency Preparedness at 10:00 AM

# EXHIBIT J



SEATTLE'S NEWS ELIXIR

**Help with sexual issues** Get real help for all types of sexual issues. www.hopeandhealingtherapy.com

**Teen Groped In Subway** 19 Yr-Old Girl Was Molested At Union Sq But Got Photo Of Attacker: www.DNAinfo.com

**Find a Lawyer - Free** Free, Confidential Lawyer Locator. Save Time - Describe Your Case Now! www.LegalR'   AdChoices ▷

| 🏠 | News | Politics | Crime | Arts & Culture | Opinion | Morning Fizz | Jolt | ThinkTank |

## Sen. Kohl-Welles: "I Think We Came Up With the Best Language We Could" On Backpage Law

`THIS WASHINGTON`  *April 4, 2012 at 1:08 pm* Erica C. Barnett



6

🔵 Tweet

👍 0

f Like

In a piece for Salon today, Tracy Clark-Flory covers a new Washington State law that makes it a felony for web pages like the Village Voice Media-owned Backpage.com to knowingly publish ads for underage prostitutes. VVM, which owns *Seattle Weekly*, has been linked repeatedly to child sex trafficking; just this week, investment firm Goldman Sachs dumped its 16 percent share in VVM over concerns about ads for underage prostitutes on Backpage.

Clark-Flory's piece quotes state Sen. Jeanne Kohl-Welles (D-36), who says that she would "love to have the escort services section shut down completely as there [are] very likely individuals 18 and over who are lured, then trapped, too," but acknowledges, "I doubt our new law will accomplish that."

Kohl-Welles tells PubliCola that ultimately, "I would like to see [online escort advertising] banned. I don't come at this from a moralistic or prudish point of view, but I think that girls 18 years old and older get lured into and trapped into prostitution" too.

However, knowing that banning all escort ads would be a heavy lift, constitutionally speaking, Kohl-Welles says that her "original intent" in writing the law was to require escorts to provide proof that they were 18 or older in person. After state attorneys advised her that such a requirement might still violate the constitutional right to freedom of the press, she says, she and the bill's other sponsors rewrote the bill to require companies like Backpage to prove that they made a "reasonable attempt" at confirming escorts' ages.

"We kept asking, what does constitute a violation of freedom of speech and freedom of the press, what does constitute a violation of the federal Communications Decency Act?" Kohl-Welles says. "I ended up with something on the order of 15 or more drafts that I floated, circulated, and got input on. And so where we ended up with something people were comfortable with."

The ACLU, which initially had concerns about Kohl-Welles' proposal, was neutral on the final legislation.



🔵 Tweet

👍 0

f Like

Ultimately, Kohl-Welles says, she would have preferred that the legislation go further—to bar companies like Backpage from running ads for trafficked children, period, as opposed to only barring them from doing so "knowingly." However, she thinks the bill will help crack down on the worst offenders. "I believe that we came up with the best language that we could."

VVM has indicated that it plans to challenge the law in court; its attorney, Liz McDougall (a former lawyer for Craigslist, which stopped running escort ads under threat of legal action), told the *New York Times*, "There's going to have to be a challenge to it. Otherwise it would effectively shut down an enormous portion of the Internet that currently permits third-party content."

Backpage has 70 percent of the market for online prostitution ads; the company earns more than $22 million a year from such ads.

👍 Like    Send    f Sign Up to see what your friends like.

🏷 `BACKPAGE.COM`  `CHILD SEX TRAFFICKING`  `JEANNE KOHL WELLES`

« Newer   Older »

🐦 Follow @publicolanews   5,143 followers



P PubliCola
👍 Like  2,657

Sign up to have PubliCola sent to your inbox

Your Email Address   ✉

**Ask a Lawyer: Molestation**
A Lawyer Will Answer You Now! A Question is Answered Every 9 Sec.
Law.JustAnswer.com

**Sex Abuse Defense**
Aggresive Defense Against False Allegations of Child Sexual Abuse
www.paulstuckle.com/

**Ask a Lawyer Online Now**
27 Lawyers Online Now Answer Your Questions In Minutes.
eAnswer.com/Law

**Seattle Family Therapist**
Adult, Adolescent, Child Licensed Therapist. Let Me Help Your Family.
www.dougsfamilytherapy.com   AdChoices ▷



| 🙎 DISQUS ▾ |

Showing 8 comments                    Sort by oldest first ▾



Reality_Guy

http://apps.leg.wa.gov/documen...

"A person commits the offense of advertising commercial sexual abuse of a minor if he or she knowingly publishes, disseminates, or displays, or causes directly or indirectly to be

# EXHIBIT  K

S-3824.1    _____

# SENATE BILL 6251

_____

**State of Washington**          **62nd Legislature**          **2012 Regular Session**

**By** Senators Kohl-Welles, Delvin, Eide, Chase, Pflug, Conway, Kline, Ranker, Stevens, Fraser, Regala, Nelson, Roach, and Frockt

Read first time 01/16/12.  Referred to Committee on Judiciary.

1    AN ACT Relating to advertising commercial sexual abuse of a minor;
2  adding a new section to chapter 9.68A RCW; creating a new section; and
3  prescribing penalties.

4  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

5    NEW SECTION.  **Sec. 1.**  The legislature finds it unacceptable that
6  Washington's children are being sold for sex in advertisements.  A 2008
7  Seattle human services department report estimated that there are three
8  hundred to five hundred children being exploited for sex in the Seattle
9  area alone each year.  The legislature finds that the practice of
10  escort services advertising includes minors who are being sold for sex,
11  a form of sex trafficking and commercial sexual abuse of minors.
12  According to the Seattle police department, since the beginning of
13  2010, at least twenty-two children have been advertised online in the
14  Seattle area for commercial sex and were recovered by the police
15  department.   The legislature is committed to eliminating sex
16  trafficking of minors in Washington state.

17    NEW SECTION.  **Sec. 2.**  A new section is added to chapter 9.68A RCW
18  to read as follows:

36                                        p. 1                              SB 6251

1    (1) A person commits the offense of advertising commercial sexual
2    abuse of a minor if he or she knowingly sells or offers to sell an
3    advertisement that would appear to a reasonable person to be for the
4    purpose of engaging in what would be commercial sexual abuse of a
5    minor, if occurring in this state.

6    (a) To commit the offense of advertising commercial sexual abuse of
7    a minor, a minor must be depicted in the advertisement, or commercial
8    sexual abuse of a minor must occur as a result of the advertisement.

9    (b) "Advertisement" means notice or an announcement in a public
10   medium promoting a product, service, or event, or publicizing a job
11   vacancy.

12   (c) "Minor" means an individual who is less than eighteen years
13   old.

14   (2) In a prosecution under this statute it is not a defense that
15   the defendant did not know the age of the minor depicted in the
16   advertisement. It is a defense, which the defendant must prove by a
17   preponderance of the evidence, that at the time of the offense, the
18   defendant made a reasonable bona fide attempt to ascertain the true age
19   of the minor appearing in the advertisement by requiring, prior to
20   publication of the advertisement, production of a driver's license,
21   marriage license, birth certificate, or other governmental or
22   educational identification card or paper of the minor depicted in the
23   advertisement and did not rely solely on oral or written allegations of
24   the minor's age or the apparent age of the minor.

25   (3) Advertising commercial sexual abuse of a minor is a class C
26   felony.

--- END ---

# EXHIBIT  L

S-4103.5 _____

## SUBSTITUTE SENATE BILL 6251

_____

**State of Washington**          **62nd Legislature**          **2012 Regular Session**

**By** Senate Judiciary (originally sponsored by Senators Kohl-Welles, Delvin, Eide, Chase, Pflug, Conway, Kline, Ranker, Stevens, Fraser, Regala, Nelson, Roach, and Frockt)

READ FIRST TIME 02/02/12.

1    AN ACT Relating to advertising commercial sexual abuse of a minor;
2  adding a new section to chapter 9.68A RCW; creating a new section; and
3  prescribing penalties.

4  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

5    NEW SECTION.  **Sec. 1.**  The legislature finds it unacceptable that
6  Washington's children are being sold for sex in advertisements.  A 2008
7  Seattle human services department report estimated that there are three
8  hundred to five hundred children being exploited for sex in the Seattle
9  area alone each year.  The legislature finds that the practice of
10  escort services advertising includes minors who are being sold for sex,
11  a form of sex trafficking and commercial sexual abuse of minors.
12  According to the Seattle police department, since the beginning of
13  2010, at least twenty-two children have been advertised online in the
14  Seattle area for commercial sex and were recovered by the police
15  department.  The legislature is committed to eliminating sex
16  trafficking of minors by individuals, corporations, limited liability
17  companies, or other business entities in Washington state.

1    <u>NEW SECTION.</u>  **Sec. 2.**  A new section is added to chapter 9.68A RCW
2    to read as follows:
3        (1) A person, corporation, limited liability company, partnership,
4    joint stock association, or an unincorporated association commits the
5    offense of advertising commercial sexual abuse of a minor if he or she
6    knowingly sells or offers to sell an advertisement, and an act of
7    commercial sexual abuse of a minor as defined in RCW 9.68A.100 or
8    prostitution as defined in RCW 9A.88.030 results in this state, subject
9    to subsection (2) of this section.
10       (2) For a corporation, joint stock association, or limited
11   liability company to "knowingly sell or offer to sell an advertisement"
12   under subsection (1) of this section:
13       (a) The conduct must consist of an omission to discharge a specific
14   duty of performance imposed on corporations, joint stock associations,
15   or limited liability companies by law; or
16       (b) The conduct must be engaged in, authorized, solicited,
17   requested, commanded, or tolerated by the board of directors or by a
18   high managerial agent, as defined in RCW 9A.08.030, acting within the
19   scope of his or her employment and on behalf of the corporation, joint
20   stock association, or limited liability company; or
21       (c) The conduct must be engaged in by an agent, as defined in RCW
22   9A.08.030, of the corporation, joint stock association, or limited
23   liability company, other than a high managerial agent, while acting
24   within the scope of his or her employment and in behalf of the
25   corporation, joint stock association, or limited liability company.
26       (3) "Advertisement" means notice or an announcement in a public
27   medium promoting a product, service, or event, or publicizing a job
28   vacancy.
29       (4) In a prosecution under this statute it is not a defense that
30   the defendant did not know the age of the minor depicted in the
31   advertisement.  It is a defense, which the defendant must prove by a
32   preponderance of the evidence, that at the time of the offense, the
33   defendant made a reasonable bona fide attempt to ascertain the true age
34   of the minor appearing in the advertisement by requiring the minor to
35   appear in person and present a driver's license, marriage license,
36   birth certificate, or other governmental or educational identification
37   card or paper and did not rely solely on oral or written allegations of
38   the minor's age or the apparent age of the minor.

1      (5) Advertising commercial sexual abuse of a minor is a class C
2  felony.

**--- END ---**

# EXHIBIT  M

CERTIFICATION OF ENROLLMENT

**ENGROSSED SUBSTITUTE SENATE BILL 6251**

62nd Legislature
2012 Regular Session

Passed by the Senate February 8, 2012
  YEAS 49  NAYS 0

_____

**President of the Senate**

Passed by the House February 27, 2012
  YEAS 96  NAYS 0

_____

**Speaker of the House of Representatives**

Approved

_____

**Governor of the State of Washington**

CERTIFICATE

I, Thomas Hoemann, Secretary of the Senate of the State of Washington, do hereby certify that the attached is **ENGROSSED SUBSTITUTE SENATE BILL 6251** as passed by the Senate and the House of Representatives on the dates hereon set forth.

_____

**Secretary**

FILED

**Secretary of State
State of Washington**

43

_____

## ENGROSSED SUBSTITUTE SENATE BILL 6251

_____

Passed Legislature - 2012 Regular Session

**State of Washington**          **62nd Legislature**          **2012 Regular Session**

**By**  Senate Judiciary (originally sponsored by Senators Kohl-Welles, Delvin, Eide, Chase, Pflug, Conway, Kline, Ranker, Stevens, Fraser, Regala, Nelson, Roach, and Frockt)

READ FIRST TIME 02/02/12.

 1      AN ACT Relating to advertising commercial sexual abuse of a minor;
 2  adding a new section to chapter 9.68A RCW; creating new sections; and
 3  prescribing penalties.

 4  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

 5      NEW SECTION.  **Sec. 1.**  The legislature finds it unacceptable that
 6  Washington's children are being sold for sex in advertisements.  A 2008
 7  Seattle human services department report estimated that there are three
 8  hundred to five hundred children being exploited for sex in the Seattle
 9  area alone each year.  The legislature finds that the practice of
10  escort services advertising includes minors who are being sold for sex,
11  a form of sex trafficking and commercial sexual abuse of minors.
12  According to the Seattle police department, since the beginning of
13  2010, at least twenty-two children have been advertised online in the
14  Seattle area for commercial sex and were recovered by the police
15  department.  The legislature is committed to eliminating sex
16  trafficking of minors in a manner consistent with federal laws
17  prohibiting sexual exploitation of children.

1    <u>NEW SECTION.</u>   **Sec. 2.**   A new section is added to chapter 9.68A RCW
2    to read as follows:
3       (1) A person commits the offense of advertising commercial sexual
4    abuse of a minor if he or she knowingly publishes, disseminates, or
5    displays, or causes directly or indirectly, to be published,
6    disseminated, or displayed, any advertisement for a commercial sex act,
7    which is to take place in the state of Washington and that includes the
8    depiction of a minor.
9       (a) "Advertisement for a commercial sex act" means any
10   advertisement or offer in electronic or print media, which includes
11   either an explicit or implicit offer for a commercial sex act to occur
12   in Washington.
13      (b) "Commercial sex act" means any act of sexual contact or sexual
14   intercourse, both as defined in chapter 9A.44 RCW, for which something
15   of value is given or received by any person.
16      (c) "Depiction" as used in this section means any photograph or
17   visual or printed matter as defined in RCW 9.68A.011 (2) and (3).
18      (2) In a prosecution under this statute it is not a defense that
19   the defendant did not know the age of the minor depicted in the
20   advertisement.   It is a defense, which the defendant must prove by a
21   preponderance of the evidence, that the defendant made a reasonable
22   bona fide attempt to ascertain the true age of the minor depicted in
23   the advertisement by requiring, prior to publication, dissemination, or
24   display of the advertisement, production of a driver's license,
25   marriage license, birth certificate, or other governmental or
26   educational identification card or paper of the minor depicted in the
27   advertisement and did not rely solely on oral or written
28   representations of the minor's age, or the apparent age of the minor as
29   depicted.   In order to invoke the defense, the defendant must produce
30   for inspection by law enforcement a record of the identification used
31   to verify the age of the person depicted in the advertisement.
32      (3) Advertising commercial sexual abuse of a minor is a class C
33   felony.

34   <u>NEW SECTION.</u>   **Sec. 3.**   If any part of this act is found to be in
35   conflict with federal requirements that are a prescribed condition to
36   the allocation of federal funds to the state, the conflicting part of
37   this act is inoperative solely to the extent of the conflict and with

1   respect to the agencies directly affected, and this finding does not
2   affect the operation of the remainder of this act in its application to
3   the agencies concerned.  Rules adopted under this act must meet federal
4   requirements that are a necessary condition to the receipt of federal
5   funds by the state.

--- END ---