UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ROB MCKENNA, Attorney General of the State of Washington; RANDY J. FLYCKT, Adams County Prosecuting Attorney; BENJAMIN C. NICHOLS, Asotin County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY A. RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN P. SANT, Franklin County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Grays Harbor County Prosecuting Attorney;<br><br>    *(Continued on Page 2)* | No. C12-954-RSM<br><br>**TEMPORARY RESTRAINING ORDER ENJOINING ENFORCEMENT OF WASHINGTON SENATE BILL 6251** |

TEMPORARY RESTRAINING ORDER — 1

*(Continued from Page 1)*

| | |
|---|---|
| GREGORY M. BANKS, Island County Prosecuting Attorney; SCOTT W. ROSEKRANS, Jefferson County Prosecuting Attorney; DAN SATTERBERG, King County Prosecuting Attorney; RUSSELL D. HAUGE, Kitsap County Prosecuting Attorney; GREGORY L. ZEMPEL, Kittitas County Prosecuting Attorney; LORI L. HOCTOR, Klickitat County Prosecuting Attorney; JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFFREY S. BARKDULL, Lincoln County Prosecuting Attorney; MICHAEL K. DORCY, Mason County Prosecuting Attorney; KARL F. SLOAN, Okanogan County Prosecuting Attorney; DAVID J. BURKE, Pacific County Prosecuting Attorney; THOMAS A. METZGER, Pend Oreille County Prosecuting Attorney; MARK LINDQUIST, Pierce County Prosecuting Attorney; RANDALL K. GAYLORD, San Juan County Prosecuting Attorney; RICHARD WEYRICH, Skagit County Prosecuting Attorney; ADAM N. KICK, Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County Prosecuting Attorney; STEVEN J. TUCKER, Spokane County Prosecuting Attorney; TIMOTHY D. RASMUSSEN, Stevens County Prosecuting Attorney; JON TUNHEIM, Thurston County Prosecuting Attorney; DANIEL H. BIGELOW, Wahkiakum County Prosecuting Attorney; JAMES L. NAGLE, Walla Walla County Prosecuting Attorney; DAVID S. McEACHRAN, Whatcom County Prosecuting Attorney; DENIS P. TRACY, Whitman County Prosecuting Attorney; JAMES P. HAGARTY, Yakima County Prosecuting Attorney,<br><br>              Defendants, in their official capacities. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

TEMPORARY RESTRAINING ORDER — 2

This matter came before the Court on the Motion of Plaintiff Backpage.com, LLC ("Backpage.com") for a Temporary Restraining Order and Preliminary Injunction.  Having considered the Motion, materials filed in support of the Motion, as well as the Complaint filed concurrently by Backpage.com, the Court finds, concludes and orders as follows:

1. Washington Senate Bill 6251 ("SB 6251") will take effect June 7, 2012 unless enjoined by this Court.

2. Backpage.com has provided notice of its Motion to all Defendants.  *See* Declaration of Ambika K. Doran ¶ 2 & Ex. A.

3. Defendants have not responded to Backpage.com's Motion or Complaint, but, for the reasons set forth below, the Court determines that it is appropriate to maintain the status quo and enter a Temporary Restraining Order, as set forth herein.

4. Backpage.com has shown a likelihood of success on the merits of its claim, pursuant to 42 U.S.C. § 1983 and the Declaratory Judgment Act, 28 U.S.C. § 2201, as well irreparable harm, the balance of equities tipping strongly in its favor, and injury to the public interest, justifying injunctive relief.

THEREFORE, the Court ORDERS as follows:

(A) Defendants are immediately RESTRAINED from taking any actions to enforce SB 6251 or pursue prosecution under the law in any way;

(B) This Temporary Restraining Order will issue without the requirement of any security bond.

(C) This Temporary Restraining Order shall take effect immediately and remain in effect for 14 days after entry of this Order, unless the effective period is extended by consent of the parties or by further Order of the Court.

(D) **The Court hereby sets Backpage.com's motion for a preliminary injunction for a hearing on Friday, June 15, 2012 at 10:30 a.m.** The parties shall adhere to the following expedited briefing schedule:

      i. Any Response to Plaintiff's motion shall be filed with the Court no later than Monday, June 11, 2012.

      ii. Any Reply to Defendants' Response shall be filed with the Court no later than Wednesday, June 13. 2012.

(E) **Backpage.com shall certify no later than Wednesday, June 6, 2012, at 9:00 a.m. Pacific Standard Time that it has emailed a courtesy copy of this Order to all Defendants, and otherwise made a good faith effort to ensure that all Defendants, who have yet to appear in the action, have received notice that this Order has been filed.**

SO ORDERED this 5 day of June 2012.

                *[signature]*
                RICARDO S. MARTINEZ
                UNITED STATES DISTRICT JUDGE