UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM, LLC, | ) No.  2:12-cv-00954-RSM |
| Plaintiff, | ) |
| | ) **CERTIFICATION OF** |
| v. | ) **SENDING TEMPORARY** |
| | ) **RESTRAINING ORDER TO** |
| ROB MCKENNA, Attorney General of the | ) **DEFENDANTS** |
| State of Washington; *et al.* | ) |
| Defendants, in their | ) |
| official capacities. | ) |

Pursuant to the Court's Temporary Restraining Order, entered June 5, 2012 (Dkt. No. 7), the undersigned counsel for Plaintiff Backpage.com, LLC hereby certifies that a copy of that Order was sent by email to all Defendants at 3:25 p.m., as reflected in Exhibit A, attached.

/ / /

/ / /

/ / /

/ / /

/ / /

CERTIFICATION OF SENDING TEMPORARY RESTRAINING
ORDER TO DEFENDANTS
(2:12-cv-00954-RSM) — 1

1

DATED this 5th day of June, 2012.

2

DAVIS WRIGHT TREMAINE LLP
Attorneys for Backpage.com, LLC

3

4

By ____*s/ James C. Grant*_____

5

James C. Grant, WSBA # 15358
Ambika K. Doran, WSBA # 38237

6

1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045

7

Telephone: 206-757-8096

8

Fax: 206-757-8096
jamesgrant@dwt.com

9

ambikadoran@dwt.com

10

*Of counsel:*
Elizabeth L. McDougall, WSBA No. 27026

11

Village Voice Media Holdings, LLC

12

1008 Western Avenue, Suite 300
Seattle, WA 98104

13

Tel 206.467.4347
Fax 206.467.4389

14

Liz.McDougall@VillageVoiceMedia.com

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATION OF SENDING TEMPORARY RESTRAINING
ORDER TO DEFENDANTS
(2:12-cv-00954-RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 22001201 Third AvenueSeattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax