# Grant, James

| | |
|---|---|
| **From:** | Grant, James |
| **Sent:** | Tuesday, June 05, 2012 3:25 PM |
| **To:** | 'randyf@co.adams.wa.us'; 'bnichols@co.asotin.wa.us'; 'andy.miller@co.benton.wa.us'; 'gary.riesen@co.chelan.wa.us'; 'dkelly@co.clallam.wa.us'; 'tony.golik@clark.wa.gov'; 'rculwell@waprosecutors.org'; 'baurs@co.cowlitz.wa.us'; 'sclem@co.douglas.wa.us'; 'msandona@wapa-sep.wa.gov'; 'ssant@co.franklin.wa.us'; 'mnewberg@co.garfield.wa.us'; 'dlee@co.grant.wa.us'; 'smenefee@co.grays-harbor.wa.us'; 'gregb@co.island.wa.us'; 'srosekrans@co.jefferson.wa.us'; 'prosecuting.attorney@kingcounty.gov'; 'rhauge@co.kitsap.wa.us'; 'gregz@co.kittitas.wa.us'; 'lorih@co.klickitat.wa.us'; 'jonathan.meyer@lewiscountywa.gov'; 'jbarkdull@co.lincoln.wa.us'; 'prosecutor@co.mason.wa.us'; 'ksloan@co.okanogan.wa.us'; 'dburke@co.pacific.wa.us'; 'tmetzger@pendoreille.org'; 'michaed@co.mason.wa.us'; 'mlindqu@co.pierce.wa.us'; 'randyg@co.san-juan.wa.us'; 'richardw@co.skagit.wa.us'; 'kick@co.skamania.wa.us'; 'contact.prosecutor@snoco.org'; 'stucker@spokanecounty.org'; 'trasmussen@co.stevens.wa.us'; 'tunheij@co.thurston.wa.us'; 'dbigelow@wapa-sep.wa.gov'; 'jnagle@co.walla-walla.wa.us'; 'dmceachran@co.whatcom.wa.us'; 'denist@co.whitman.wa.us'; 'prosecutor@co.whitman.wa.us'; 'james.hagarty@co.yakima.wa.us'; Wright, Kevin; 'Goodhew, Ian'; lana.weinmann@atg.wa.gov; 'prosecutor@co.kittitas.wa.us' |
| **Cc:** | 'Liz.McDougall@VillageVoiceMedia.com'; Doran, Ambika |
| **Subject:** | TRO Entered in Backpage.com v. McKenna, et al. |
| **Attachments:** | Backpage Order Granting TRO (6-5-12).pdf |

Ladies and Gentlemen,

The Court has entered a Temporary Restraining Order prohibiting enforcement of SB 6251. A copy of the Order is attached. The TRO is effective for fourteen days. It sets a hearing on Backpage.com's Preliminary Injunction motion for Friday, June 15, 2012, at 10:30 a.m., with defendants' response to the motion due June 11 and Backpage.com's reply due June 13.

As before, please call either of us if you would like to discuss this matter. We would also ask if you could each respond to our earlier request, *i.e.*, whether each defendant will agree to accept service of process. Thank you.

**James Grant** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8096 | Cell: (206) 321-0445 | Fax: (206) 757-7096
Email: jamesgrant@dwt.com | Website: www.dwt.com
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**Ambika Kumar Doran** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8030 | Fax: (206) 757-7030 | Mobile: (206) 356-0397
Email: ambikadoran@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/lawdir/attorneys/DoranAmbika.cfm
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

# EXHIBIT A