# EXHIBIT  A



# EXHIBIT  B

backpage.com > Terms of Use

# Terms of Use

Updated May 18, 2010

**Objectives/Content:**

The backpage.com web site ("Site") contains content that is provided as a service to users who agree to abide by the following acceptable conduct terms. Your right to use the Site is governed by these Terms of Use and our Privacy Policy (collectively, "Terms") and you should take the time to review both carefully before you use the Site. By using the Site in any way, you are agreeing to comply with these Terms.

The Site reserves the right to change the Terms at any time and for any reason. Updated versions of the Terms will be posted to the Site at backpage.com and you should visit this page periodically to keep apprised of any changes. By continuing to use the Site after any such change, you accept and agree to the modified Terms. The Site reserves the right to modify or discontinue, temporarily or permanently, the Site, any site features, benefits (including without limitation blocking or terminating your Account), rules or conditions, all without notice, even though such changes may affect the way you use the Site. You agree that the Site will not be liable to you or any third-party for any modification or discontinuance of the Site.

**User Conduct:**

Without limitation, you agree to refrain from the following actions while using the Site:

1. Harassing, threatening, embarrassing or causing distress or discomfort upon another individual or entity or impersonating any other person or entity or otherwise restricting or inhibiting any other person from using or enjoying the Site;

2. Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled substances;

3. Posting advertising or solicitation in categories that is not appropriate, or posting the same item or service in more than one category or more than once every 7 days, or posting the same ad in multiple cities on the Site;

4. (a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;
(b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;
(c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;
(d) Posting any material on the Site that exploits minors in any way;
(e) Posting any material on the Site that in any way constitutes or assists in human trafficking.

5. Posting any ad for products or services, use or sale of which is prohibited by any law or regulation;

6. Sending mail, e-mail, voice messages or faxes for solicitation of any other product, or service to a user of the Site unless the user has granted permission in their ad or otherwise allowed contact for solicitation;

7. Deleting or revising any material posted by any other user;

8. Interfering with or infringing the patents, copyrights, trademarks, service marks, logos, confidential information or intellectual property rights of others;

9. Using any automated device, spider, robot, crawler, data mining tool, software or routine to access, copy, or download any part of the Site unless expressly permitted by the Site;

10. Taking any action creating a disproportionately large usage load on the Site unless expressly permitted by the Site;

11. Sending messages or engaging in disruptive or damaging activities online, including excessive use of scripts, sound waves, scrolling, or use of viruses, bots, worms, time bombs, Trojan horses or any other destructive element;

12. Gaining or attempting to gain unauthorized access to non-public areas of the Site. In addition, if you have a password to a non-public area of the Site, you may not disclose to, or share your password, with any third parties and/or use your password for unauthorized purposes;

13. Attempting to decipher, decompile, disassemble or reverse engineer any of the software comprising or in any way making up all or any part of the Site; modifying any meta data, copying or duplicating in any manner any of the content; framing of or linking to any of the Site, its content or information available from the Site without the express written consent of agents of the Site;

14. Discriminating on the grounds of race, religion, national origin, gender, disability, age, marital status, sexual orientation, or refers to such matters in any manner prohibited by law;

15. Posting any employment ads violating the anti-discrimination provisions of the Immigration and Nationality Act or messages which violate any law or regulation;

16. Using the Site to engage in or assist another individual or entity to engage in fraudulent, abusive, manipulative or illegal activity;

17. Posting free ads promoting links to commercial services or web sites except in areas of the Site where such ads are expressly permitted;

18. Posting any material advertising weapons use, carrying, or advertising of which is prohibited by applicable federal, state, or local law. **You are solely responsible for complying with any and all laws and/or regulations applicable to the transfer of firearms under both applicable local, state and federal laws.** The transfer of firearms is heavily regulated and restricted, and failure to strictly comply with all such laws is a serious crime and may result in criminal prosecution. All transfers of firearms, whether by sale, lease or loan, including private transactions, must go through a **licensed firearms dealer**. Any exception to these laws, such as air guns, knives, accessories, certain antiques, and some gun parts that may not require transfer by a licensed dealer, should be first confirmed by you prior to purchase. It is your responsibility to comply with all such laws, including any and all city, county, state and Federal laws when accessing or using this Site. It is also your responsibility to locate one or more licensed firearm dealers in your area and/or the area of any buyer or seller listing here who are able and willing to assist you with any such transfer. We do not offer any assistance with respect to locating a licensed dealer for your transaction or otherwise with respect to your transaction. By listing any firearm, you represent and warrant to us that you legally own and possess the item you wish to list here and have fully complied with and will continue to fully comply with all laws and regulations applicable to your listing, transfer and/or sale. By agreeing to purchase any firearm, you represent and warrant to us that you are of legal age, and are not otherwise prohibited by law from purchasing, transferring, owning, or possessing the firearm listed, and that you have fully complied with and will continue to fully comply with all laws and regulations applicable to your transfer or purchase;

14

Please report any violations of these Terms to: abuse@backpage.com

You agree to comply with all applicable laws, statutes, ordinances and regulations concerning use of the Site.

### Use of Materials:

Any ads or messages that you post, transmit, or otherwise make available for viewing on public areas of the Site will be treated as non-confidential and non-proprietary to you. You understand and agree that any such ads and messages may be used by the Site or our affiliates, without review or approval by you, for any purpose whatsoever, and in any medium, including our print media, if any. You grant the Site (and our affiliates) the irrevocable right to use and/or edit your ads and messages, without review or approval by you, for any purpose whatsoever, including, without limitation, reproduction, disclosure, transmission, publication, broadcast, posting, and advertising in any media in perpetuity without notice or compensation to you.

### Fair Housing:

All real estate advertising is subject to Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended. Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended, prohibits discrimination in the sale, rental, and financing of dwellings, and in other housing-related transactions, based on race, color, national origin, religion, sex, familial status (including children under the age of 18 living with parents or legal custodians, pregnant women, and people securing custody of children under the age of 18), and handicap (disability). The Site will not knowingly accept any real estate advertising which is in violation of any applicable law. Users are hereby informed that all dwellings advertised on the Site are available on an equal opportunity basis. To complain of discrimination call HUD toll-free at 1-800-669-9777. The toll-free number for the hearing impaired is 1-800-927-9275.

You acknowledge and agree that you will not submit or post any ad which discriminates based on race, color, national origin, religion, sex, sexual orientation, familial status and /or handicap/disability. If you see any ad or posting which discriminates based on any of the above factors, you are encouraged, in addition to contacting HUD, to report such ad or posting by clicking on the "Report this Ad" link located on the ad page. You understand that we shall have the right, but not the obligation, to remove, edit or delete any ad.

### Termination of Access:

The Site has the right terminate your access for any reason if we believe you have violated these Terms in any manner. You agree not to hold the Site liable for such termination, and further agree not to attempt to use the Site after termination.

### No Third Party Beneficiaries:

You agree that, except as otherwise provided in this Terms of Use, there shall be no third party beneficiaries to these Terms.

### Copyright and Trademarks:

All materials on the Site, including without limitation, logos, images, text, illustrations, audio and video files are protected by copyrights, trademarks, service marks, or other proprietary rights which are either owned by or licensed to the Site or owned by other parties who have posted on the Site. Materials from the Site and from any other web site owned, operated, controlled, or licensed by the Site may not be copied, reproduced, republished, uploaded, posted, transmitted, or distributed in any way.

In posting content on the Site, you grant the Site, and its owners and licensees, the right to use, reproduce, distribute, translate, modify, adapt, publicly perform, publicly display, archive and create derivative works from the posted content.

### Notification of Infringement

If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the following information to the Site's Copyright Agent:

1. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

2. A description of the copyrighted work or other intellectual property that you claim has been infringed;

3. A description of where the material that you claim is infringing is located on the Site;

4. Your name, address, telephone number and e-mail address;

5. A signed statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

6. A statement by you, made under penalty of perjury, that the information provided in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Our copyright agent can be reached as follows:

Copyright Agent Backpage.com LLC
PO Box 21328
Phoenix, AZ 85034

Fax: 602-229-8408

Email: abuse@backpage.com (Please put Copyright Infringement in the subject line)

The Site may, under appropriate circumstances and at our own discretion, disable and/or terminate the accounts of users who may be repeat infringers.

### Privacy Policy:

The Site has created a Privacy Policy setting forth how information collected about you is collected, used and stored. Your use of the Site constitutes acknowledgment and agreement with our privacy policy. You further acknowledge and agree that The Site may use your personal information in the manner described in our Privacy Policy .

### Posting of Ads:

You understand that each time you post an ad on this Site or otherwise use the Site, you agree to these Terms. By agreeing to these Terms, you acknowledge that the Site may send you e-mail messages telling you about products and services offered by the Site (or its affiliates and partners) You understand and agree that such communications are part and parcel of your registration for and use of the Site; if you do not wish to receive further communications from the Site (or its affiliates and partners), you must cancel your registration by sending a cancellation notice to support@backpage.com.

### Fees:

The Site may impose a fee on the posting of Content in certain areas of the Site. Users uploading Content to fee-based areas are responsible for such Content and for compliance with these Terms. Under no circumstances will the Site provide a refund in the event that Content is removed from fee-based areas for violation of these Terms.

### Links:

The Site has no control over and is not responsible for the content of or claims made on websites that may be linked to or from the Site, whether or not they may be affiliated with the Site. Any websites linked to or from the Site are for your convenience only, and you access them at your own risk.

**Release:**

The Site assumes no responsibility for the accuracy, currency, completeness or usefulness of information, views, opinions or advice in any material contained on the Site. In addition, it does not endorse any opinions or recommendations posted by others. Any information posted on the Site is the responsibility of the person or persons posting the message. Any user who violates the Terms may be permanently banned from posting ads or using the Site. You understand that all postings, ads, messages, advertisements, photos, sounds, images, text, files, video or other materials (collectively "Content") posted on, transmitted through, or linked from the Site, are solely the responsibility of the person from whom such Content originated. You understand that the Site does not control, and is not responsible for Content available on the Site. You agree that the Site does not pre-screen, monitor or approve any Content, but that the Site shall have the right, but not the obligation to remove, move (including moving an ad or posting to another section or category within the classifieds), refuse, edit or delete any Content for any reason whatsoever. The Site shall not be responsible for any interaction between you and the other users of the Site. Your dealings with others through the Site are solely between you and such other parties. Under no circumstances will the Site be liable for any goods, services, resources or content available through such third party dealings or communications, or for any harm related thereto. The Site is under no obligation to become involved in any disputes between you and other users of the Site or between you and any other third parties.

You agree that our service is a venue for posters and users of the Site. In the event that you have a dispute with any user of the Site, you agree that the Site is under no obligation to become involved. You further agree to release the Site from any and all claims, demands, and damages arising out of or in connection with such dispute.

You are entirely responsible and liable for any ad content you post or any ad that is posted through your Account.

The Site does not offer any refunds for the early cancellation of paid sponsor ads or paid print ads. We do not issue credits or refunds due to our extremely low rates and minimal administrative staff.

You acknowledge, consent and agree that the Site may access, preserve and disclose your account information and Content you upload, post, or otherwise make available on the Site if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary to: (i) comply with legal process; (ii) comply with legal requirements imposed by Federal, State or Local law or authorities (iii) enforce these Terms; (iv) respond to claims that any Content violates the rights of third parties; (v) respond to your requests for customer service; or (vi) protect the rights, property or personal safety of the Site, its users and the public.

**Disclaimer of Warranties for Site:**

YOU EXPRESSLY AGREE THAT USE OF THE SITE IS AT YOUR OWN RISK. THE SITE SHALL NOT BE RESPONSIBLE FOR ANY CONTENT FOUND ON THESE CLASSIFIEDS. THE SITE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. THE SITE MAKES NO WARRANTY THAT ITS CLASSIFIEDS OR USE OF THE SITE WILL BE UNINTERRUPTED, TIMELY, SECURE, WITHOUT DEFECT OR ERROR FREE. THE SITE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

YOU ACKNOWLEDGE AND AGREE THAT ANY MATERIAL, AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THIS WEB SITE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

**Limitation of Liability:**

The information, services and products available to you on this Site may contain errors and are subject to periods of interruption. While the Site does its best to maintain the information, services and products it offers on the Site, it cannot be held responsible for any errors, defects, lost profits or other consequential damages arising from the use of the Site.

IN NO EVENT SHALL THE SITE OR ITS AFFILIATES, OWNERS, AGENTS, DIRECTORS, OFFICERS, EMPLOYEES, REPRESENTATIVES, SPONSORS, SUPPLIERS, OR PARTNERS (COLLECTIVELY "INDEMNIFIED PARTIES") BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL, EXEMPLARY DAMAGES, OR ANY DAMAGES WHATSOEVER, ARISING FROM OR IN ANY WAY CONNECTED OR RELATING TO (i) THE USE OF (OR INABILITY TO USE), OR PERFORMANCE OF THIS SITE, (ii) ANY INFORMATION, SERVICES OR PRODUCTS PROVIDED THROUGH THIS SITE, OR (iii) ANY INTERACTION BETWEEN YOU AND OTHER PARTICIPANTS OF THE SITE, EVEN IF ANY OF THE INDEMNIFIED PARTIES HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU ACCEPT ALL RESPONSIBILITY FOR, AND HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS THE INDEMNIFIED PARTIES FROM AND AGAINST, ANY ACTIONS TAKEN BY YOU OR BY ANY PERSON AUTHORIZED TO USE YOUR ACCOUNT, INCLUDING WITHOUT LIMITATION, DISCLOSURE OF PASSWORDS TO THIRD PARTIES. BY USING THE SITE, YOU AGREE TO DEFEND, INDEMNIFY AND HOLD HARMLESS THE INDEMNIFIED PARTIES FROM ANY AND ALL LIABILITY REGARDING YOUR USE OF THE SITE OR PARTICIPATION IN ANY SITE'S ACTIVITIES.

IF YOU ARE DISSATISFIED WITH THE SITE, OR ANY PORTION THEREOF, OR DO NOT AGREE WITH THESE TERMS, YOUR ONLY RECOURSE AND EXCLUSIVE REMEDY SHALL BE TO STOP USING THE SITE.

If you are a California resident, you waive any rights you may have under California Civil Code § 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**Indemnity:**

You agree to indemnify and hold harmless the Indemnified Parties from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your use of the Site, the violation of these Terms by you, or the infringement by you, or other users of the Site using your computer, of any intellectual property or other right of any person or entity. The Site reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you.

**Jurisdiction and Choice of Law:**

These Terms shall be governed by, construed and enforced in accordance with the laws of the State of Arizona without regard to its choice of law provisions. Any action or any third party may bring to enforce these Terms, or in connection with any matters related to the Site, shall be brought only in either the state or Federal courts located in Arizona, and you expressly consent to the jurisdiction of said courts. You also agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Site or the Terms must be filed within one (1) year after such claim or cause of action arose or be forever barred.

**General:**

These Terms constitute the entire agreement between you and the Site and govern your use of the Site, superseding any prior agreements between you and the Site. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party content or third-party software, or visit another site linked to by this Site. The section titles in these Terms are for convenience only and have no legal or contractual effect.

**Violations:**

Please report any violations of these Terms to: abuse@backpage.com

**Severance and Waiver:**

You acknowledge and agree that if any provision of these Terms shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from these Terms and

16

shall not affect the validity and enforceability of any remaining provisions. Furthermore, if any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision

The Site's failure to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision unless acknowledged and agreed to by the Site.

Account Login | Affiliate Program | Blog | Contact Us | Help | Privacy Policy | Terms of Use | Popular Searches | Promote Us | User Safety | backpage.com © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# EXHIBIT  C



seattle, wa free classifieds

backpage.com > seattle adult entertainment > seattle escorts

# Posting Rules

You agree to the following when posting in this category:

- I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images;
- I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration;
- I will not post any material on the Site that exploits minors in any way;
- I will not post any material on the Site that in any way constitutes or assists in human trafficking;
- I am at least 18 years of age or older and not considered to be a minor in my state of residence.

**Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the <u>Cybertipline</u> for law enforcement.**

Postings violating these rules and our Terms of Use are subject to removal without refund.

Continue

Account Login | Affiliate Program | Blog | Contact Us | Help | Privacy Policy | Terms of Use | Popular Adult Searches | Promote Us | User Safety | backpage.com  © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

19

# EXHIBIT  D

Firefox ▾ | seattle - men seeking women classifieds ... | +

◄ ► | seattle.backpage.com/MenSeekWomen/classifieds/Disclaimer?category=4454 | ☆ ▾ C | 🔍 ▾ Google | 🔍 | 🏠 | ▣▾ | 🔄 ▾ | ◉ ▾



**seattle, wa**  free classifieds

**Post an Ad**

backpage.com > personals > seattle men seeking women

## Disclaimer

This section contains sexual content, including pictorial nudity and adult language. It is to be accessed only by persons who are 18 years of age or older (and is not considered to be a minor in his/her state of residence) and who live in a community or local jurisdiction where nude pictures and explicit adult materials are not prohibited by law. By accessing this website, you are representing to us that you meet the above qualifications. A false representation may be a criminal offense.

I confirm and represent that I am 18 years of age or older (and am not considered to be a minor in my state of residence) and that I am not located in a community or local jurisdiction where nude pictures or explicit adult materials are prohibited by any law. I agree to report any illegal services or activities which violate the Terms of Use. I also agree to report suspected exploitation of minors and/or human trafficking to the appropriate authorities.

**I have read the disclaimer and agree to all rules and regulations including the Terms of Use.**

I agree

I don't agree

Account Login | Affiliate Program | Blog | Contact Us | Help | Privacy Policy | Terms of Use | Popular Searches | Promote Us | User Safety | backpage.com © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

21

# EXHIBIT  E

## Stop Trafficking

Please report the suspected sexual exploitation of minors and/or human trafficking to the appropriate authorities.

United States: National Center for Missing & Exploited Children (NCMEC)
- cybertipline - report child exploitation
- 24-Hour Hotline: 1-800-843-5678

United States: National Human Trafficking Resource Center (Polaris Project)
- report human trafficking
- 24-Hour Hotline: 1-888-3737-888

Canada: National Child Exploitation Coordination Centre (NCECC)
- Hotline: 1-800-387-7962

Global Hotlines List - Country-by-Country List of Human Trafficking Hotlines

# EXHIBIT  F



**seattle, wa** free classifieds

backpage.com > seattle dating > seattle women seeking men > ad > Report Ad

## Report Ad

Please select a category.

○ **Inappropriate or Illegal Content** - If this involves a threat to a child or an image of child exploitation, please email abuse@backpage.com the URL of the posting.

○ **Over Posted / Spam**

○ **Wrong Category**



Submit your report

Account Login | Affiliate Program | Blog | Contact Us | Help | Privacy Policy | Terms of Use | Popular Searches | Promote Us | User Safety | backpage.com © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

25

# EXHIBIT  G

**backpage.com**

backpage.com > seattle adult entertainment > seattle escorts

Login to your account

## Step 1: Write Ad  required fields are highlighted

| Step 1: Write Ad | Step 2: Preview Ad | Step 3: check email for link | Step 4: All Done |

**If you are exploited or need help, call 211.**

Notice: Ads can be a maximum length of 500 characters.
Postings in this category are $10.00

**Title:** *(Use capitals sparingly.)*

**Your Age:**

**Description**   Bold   Italic   Underline

**Location:**

**Your email address**

Email Address

Confirm Email Address

**Email Inquiries**   *For contacts from readers.*
- Hide my email address from readers (make it anonymous) and forward email inquiries to me.
- I don't want to receive any email inquiries. (Include contact info in ad when using this option.)

**Display options**
- Yes, show links to my other postings in the adult entertainment section.
- No, do NOT show links to my other postings.

☐ Show the date I joined backpage.

**Upload Images**
Images must be in jpg, gif, or png format.

| | Browse… |
| | Browse… |
| | Browse… |
| | Browse… |
| | Browse… |
| | Browse… |
| | Browse… |
| | Browse… |

*Recommended Upgrades* (minimum purchase is $0.99)

**Auto Repost Ad**
☐ Automatically re-post your ad to the top of the listings every: 3 days
   Number of times: 4 times for $20.00

**Sponsor Ad**
☐ For $34.00 per week, your post will appear highlighted with thumbnails on the right side of the escorts category. More info
   Number of weeks: 1 week ($34.00)

27

or select a discounted package:

    ○ 4 weeks for $102.00 (25%)

    ○ 12 weeks for $273.36 (33%)

**Promotional Code**

If you've received a promotional code from us, please enter it to receive your discount.

[                    ]

[ Continue ]  By placing this ad I agree to the terms of use and privacy policy.

Account Login | Affiliate Program | Blog | Contact Us | Help | Privacy Policy | Terms of Use | Popular Adult Searches | Promote Us | User Safety | backpage.com © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

28

# EXHIBIT  H



Post an Ad | keyword | buy/ sell/ trade ▾ | search

backpage.com > User Safety

# User Safety

We are committed to creating a user-friendly environment, where our users can post and reply to ads and other messages freely and without concern. What follows are a number of tips and techniques you should keep in mind to protect yourself and your privacy online, whether you are using our site or some other site on the Internet. (Some of these suggestions "repeat" because they apply in multiple situations.) This list is not exhaustive and you should not use it as a substitute for your own common sense. As always, the best protection is to use good judgment and trust your instincts.

## Responding to an Ad

Online ads help us find all kinds of different goods and services easily and quickly. It's important to remember that whether you're responding to a rental ad, a job posting, personal or "for sale" ad, you've never met the person behind the ad before. Use caution.

- Don't wire money, or send a check, for an apartment you haven't seen to a person you've never met.
- Don't give out personal information about yourself, such as your social security number, without verifying that a job posting is legitimate.
- Meet people in a public place.
- Don't go check out furniture in someone's house alone. Bring a friend.

## Placing an Ad

Online advertising allows us to quickly and effectively reach as many people as possible that are interested in what we're selling or offering. It's important to remember that you may not know the people responding to your ad, so be careful.

- Don't include personal information in an ad, such as your full name or address, and don't post images or content that are prohibited by our Terms of Use or Privacy Policy, like nudity or messages relating to illegal activities.
- Talk to people on the phone before giving them information, like your address, and trust your instincts.
- If someone is coming to check out the sofa you advertised, make sure you're not alone when they arrive.
- If you're selling something portable but expensive, such as a DVD player or a digital camera, consider showing it to people in a coffee shop instead of your home.
- If you're selling a car, make sure you're meeting the person somewhere public for a test drive, bring a friend, and be careful driving home.
- Meet people in a public place.

## Safety Tips

- Be careful when purchasing gift cards through auction sites or classified ads; they may be empty or fraudulent.
- Be careful when bidding on auctions for products; they may be stolen.
- Be careful when replying to mystery or secret shopper jobs; you may end up owing all the money to the bank you thought you were getting paid.
- Be cautious when it comes to work-from-home opportunities, especially ones that don't require experience or time.
- Don't give money to an individual claiming to be the victim of a disaster if you don't know them.
- Don't give money to an organization if you haven't heard of it.
- Don't wire money, or send a check, for an apartment you haven't seen to a person you've never met.
- Don't give out personal information about yourself, such as your social security number, without verifying that a job posting is legitimate.
- Meet people in a public place.

## Scams and Fraud

No matter where we are or what we're doing, a handful of people can make it difficult for everyone. This is true in the online advertising area as well. Use the same common sense you'd use

in the real world when reading an ad. If it's too good to be true, it's a scam. Please read about these common scam types to educate yourself.

Resources:

- http://ftc.gov/
- http://www.fbi.gov/scams-safety/
- http://www.onguardonline.gov/topics/overview.aspx

## Work From Home Scam

### How it Works

- Someone places a job ad online looking for a rebate or payment processor.
- You respond and get the job.
- You're asked to provide your bank account info to your new employer to facilitate direct deposits; might sound like a good idea, but it could be dangerous.
- Funds are put into this account and you're told to wire the money to a third account. This account is often international, but not always.
- You get to deduct a percent of the wired amount as your commission or payment.
- You are actually laundering stolen funds through your own account.
- Whether you know you're laundering money or not, you can still be prosecuted.
- The people you gave your bank account info to can also take money from you or steal your identity.

### Tips

- Be cautious when it comes to work-from-home opportunities, especially ones that don't require experience or time.
- Be cautious of opportunities that require you to pay for materials or supplies.
- Figure out if the company is legitimate through the Better Business Bureau (for US-based companies) or WHOIS/Domain Tools (for international companies). Also look at the FTC's recommendations: http://www.onguardonline.gov/topics/email-scams.aspx#3.
- Never give your bank account details to anyone unless you know and trust them.
- If you think you may be a victim of one of these scams, contact your financial institution immediately. --Report any suspicious work-from-home offers or activities to the Internet Crime Complaint Center (IC3) at http://www.ic3.gov/default.aspx

(Above information about "work from home" scams is compiled from http://www.ic3.gov/media/2010/WorkAtHome.pdf.)

## Mystery/Secret Shopper Scam

- You see a job posting for a mystery shopper.
- You are asked to send a resume and told you will undergo a background check.
- You are sent a check that will cover purchases and money wire transactions, with the remaining balance as your payment.
- You are given instructions to shop at a specified retailer for a specific length of time and spend a specific amount on merchandise from the store.
- You are told to take note of the store's environment, color, payment procedures, gift items, and shopping/carrier bags and report back to the employer.
- You are then told you will be checking the ease and accuracy of wiring money from the retail location.
- After the merchandise is purchased and money is wired, the bank tells you that the check cashed was counterfeit, and you are responsible for the money lost in addition to bank fees incurred.
- Occasionally, you will be asked to submit your bank account information so that money can be deposited into your account. The fraudster will then have access to your accounts and be able to withdraw your money.

## Rental and Real Estate Scam

### If you're posting the rental ad:

- Someone will respond to your ad with an interest in renting or buying the property.
- They will send you a check that is in excess of the amount you indicated, and request you send them the difference.
- They will send you a check that is the exact amount, but back out at the last minute.

- You will think all of the above checks are legitimate and potentially begin using the funds.
- The check(s) will turn out to be counterfeit and the bank will hold you responsible for all losses.

**If you're reading the rental ad:**

- A scammer will duplicate postings from legitimate real-estate websites and place them on classified advertisement websites.
- The scammer will often use the real-estate agent's real name to create a fake email address.
- When you respond to the ad, the scammer will reply, claiming to be the owner. S/he will say he is out of the country (often on mission work) so you cannot see the property. They will ask you to mail the check (often to a foreign address). They may also ask you to wire money.
- Your check will be cashed or money received, and you will not be able to recover your losses.

### Gift Card Fraud

Be careful when purchasing gift cards through auction sites or classified ads. It is safer to purchase gift cards directly from the merchant or retail store. The seller may claim the card holds a certain value, but they may be lying. If you're purchasing a gift card, make sure you meet the seller at the store and have the gift card run through for verification. Additionally, if the gift card merchant discovers that your card is fraudulent, the merchant will deactivate the gift card and refuse to honor it for purchases. Victims of this scam lose the money paid for the gift card purchase.

### Auction Sales Fraud

Be careful when bidding on auctions for products. Fraudsters will post ads for items they don't have. They'll charge your credit card (or debit your account) for the item and then use a stolen credit card to buy the actual item and have it shipped to you. They keep your money and you may be liable for receiving stolen products. Buy directly from the product merchant or make sure you research who you're buying products from.

### Disaster Scams

Some fraudsters will prey on your desire to help others. Make sure you're only donating to organizations you've heard of, and make sure you're donating directly on their official website. Don't give money to an individual claiming to be the victim of a disaster if you don't know them.

# Human Trafficking

Over the past 15 years, "trafficking in persons" and "human trafficking" have been used as umbrella terms for activities involved when someone obtains or holds a person in compelled service.

The United States government considers trafficking in persons to include all of the criminal conduct involved in forced labor and sex trafficking, essentially the conduct involved in reducing or holding someone in compelled service. Under the Trafficking Victims Protection Act as amended (TVPA) and consistent with the United Nations Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (Palermo Protocol), individuals may be trafficking victims regardless of whether they once consented, participated in a crime as a direct result of being trafficked, were transported into the exploitative situation, or were simply born into a state of servitude. Despite a term that seems to connote movement, at the heart of the phenomenon of trafficking in persons are the many forms of enslavement, not the activities involved in international transportation.

For more information on Human Trafficking, please visit http://www.state.gov/g/tip/.

To report a potential victim of Human Trafficking, or if you are a victim yourself or you know someone whom you suspect may be, please call the National Human Trafficking Resource Center (NHTRC) hotline at 1-888-3737-888, or visit: http://www.polarisproject.org/what-we-do/national-human-trafficking-hotline/report-a-tip.

# Child Exploitation

The National Center for Missing and Exploited Children helps not only locate missing kids, but also helps children that are victims of sexual exploitation of any kind.

If you've seen a missing child, or a child that is being victimized, please take action and make a report to the CyberTipline: www.cybertipline.com.

For more information on the National Center, please visit: www.missingkids.com.

32

## Resources

- www.ftc.gov
- www.fbi.gov
- http://www.ic3.gov/default.aspx
- http://www.ncmec.org/
- http://www.polarisproject.org/

**Rev.: 8/5/2011**

Account Login | Affiliate Program | Blog | Contact Us | Help | Privacy Policy | Terms of Use | Popular Searches | Promote Us | User Safety | backpage.com  © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.