The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ROB MCKENNA, Attorney General of the State of Washington; *et al.*<br><br>        Defendants, in their official capacities. | No. 2:12-cv-00954-RSM<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY INJUNCTION HEARING AND BRIEFING DEADLINES** |

## I. STIPULATION

On June 4, 2012, Plaintiff Backpage.com, LLC filed a Motion for a Temporary Restraining Order and Preliminary Injunction. On June 6, 2012, the Court issued a Temporary Restraining Order for a period of 14 days, and set deadlines of June 11 and June 13 for Defendants' response and Plaintiff's reply, respectively, and a hearing for June 15 (Dkt. No. 7).

Defendant King County Prosecuting Attorney has entered into agreements to represent most of the prosecuting attorneys of the other counties, has entered a Notice of Appearance on behalf of these counties, and has offered to represent the remaining prosecuting attorneys that have not yet appeared in this action. The parties have also provided notice to the remaining prosecuting attorneys of their intent to file this stipulation and received no objection, and one message that Stevens County Prosecuting Attorney Tim Rasmussen agrees to the Stipulation. The Kitsap County Prosecuting Attorney, who has made his own appearance, also agrees to this

STIPULATION ON PRELIMINARY INJUNCTION DEADLINES
(2:12-cv-00954-RSM) — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 22001201 Third AvenueSeattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Stipulation. Accordingly, Plaintiff, the Kitsap County Prosecuting Attorney, the King County Prosecuting Attorney, and the other counties' prosecuting attorneys he represents, and the Washington Attorney General, have agreed to extend the briefing and hearing schedule as follows:

| | |
|---|---|
| Response to Motion for Preliminary Injunction | July 10, 2012 |
| Reply in Support of Motion for Preliminary Injunction | July 18, 2012 |
| Preliminary Injunction Hearing | July 20, 2012. |

In addition, these parties have agreed to extend the Temporary Restraining Order until the Court's ruling on the Motion for Preliminary Injunction.

DATED this 8th day of June, 2012.

| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Backpage.com, LLC<br><br>By *s/ James C. Grant*<br>   James C. Grant, WSBA # 15358<br>   Ambika K. Doran, WSBA # 38237<br>   1201 Third Avenue, Suite 2200<br>   Seattle, WA 98101-3045<br>   Tel: 206-757-8096<br>   Fax: 206-757-8096<br>   jamesgrant@dwt.com<br>   ambikadoran@dwt.com<br><br>*Of counsel:*<br>Elizabeth L. McDougall,<br>WSBA # 27026<br>Village Voice Media Holdings, LLC<br>1008 Western Avenue, Suite 300<br>Seattle, WA 98104<br>Tel: 206.467.4347<br>Fax: 206.467.4389<br>Liz.McDougall@VillageVoiceMedia.com | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br>Attorneys for Defendants<br><br>By *s/ David J. Eldred*<br>   David J. Eldred, WSBA # 26125<br>   Amy K. Eiden, WSBA #35105<br>   King County Prosecuting Attorney<br>   Civil Division, Litigation Section<br>   900 King County Administration Building<br>   500 Fourth Avenue<br>   Seattle, WA 98104<br>   Tel: 206.296.9684<br>   Fax: 206.296.8819<br>   David.Eldred@kingcounty.gov<br>   Amy.Eiden@kingcounty.gov |

STIPULATION ON PRELIMINARY INJUNCTION DEADLINES
(2:12-cv-00954-RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 22001201 Third AvenueSeattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| ROB McKENNA<br>Attorney General for the State of Washington<br><br>By *s/ Lana S. Weinmann*<br>   Lana S. Weinmann, WSBA # 21398<br>   Office of the Attorney General<br>   800 5th Avenue, Suite 2000<br>   Seattle, WA 98104-3188<br>   Tel:  206.389.2022<br>   Fax:  206.587.5088<br>   lana.weinmann@atg.wa.gov | RUSSELL D. HAUGE<br>Kitsap County Prosecuting Attorney<br><br>By *s/ Jacquelyn M. Aufderheide*<br>   Ione S. George, WSBA # 18236<br>   Jacquelyn M. Aufderheide, WSBA #17374<br>   Jeremy A. Morris, WSBA #28722<br>   Kitsap County Prosecuting Attorney<br>   614 Division Street, MS-35A<br>   Port Orchard, WA 98366-4676<br>   Tel:  360.337.4992<br>   Fax:  360.337.7083<br>   igeorge@co.kitsap.wa.us<br>   jaufderh@co.kitsap.wa.us<br>   jmorris@co.kitsap.wa.us |

## ORDER

It is ORDERED that the foregoing Stipulation to Continue Preliminary Injunction Hearing and Briefing Deadlines is GRANTED.  Defendants' response to Plaintiff's Motion for Temporary Restraining Order shall be filed on July 10, 2012.  Plaintiff's Reply shall be filed no later than July 18, 2012.  The hearing on the Motion shall take place July 20, 2012, at 1:30 p.m.  The Temporary Restraining Order shall remain in effect until the Court rules on Plaintiff's Motion for Preliminary Injunction.

DATED this 11 day of June 2012.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION ON PRELIMINARY INJUNCTION DEADLINES
(2:12-cv-00954-RSM) — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 1201 Third Avenue Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Backpage.com, LLC

By *s/ James C. Grant*
    James C. Grant, WSBA # 15358
    Ambika K. Doran, WSBA # 38237

DANIEL T. SATTERBERG
King County Prosecuting Attorney
Attorneys for Defendants

By *s/ David J. Eldred*
    David J. Eldred, WSBA # 26125
    Amy K. Eiden, WSBA #35105

ROBERT M. MCKENNA
Attorney General for the State of Washington

By *s/ Lana S. Weinmann*
    Lana S. Weinmann, WSBA # 21398


RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

By *s/ Jacquelyn M. Aufderheide*
    Ione S. George, WSBA # 18236
    Jacquelyn M. Aufderheide, WSBA #17374
    Jeremy A. Morris, WSBA #28722

STIPULATION ON PRELIMINARY INJUNCTION DEADLINES
(2:12-cv-00954-RSM) — 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 22001201 Third AvenueSeattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax