# United States District Court
# Western District of Washington

| | |
|---|---|
| BACKPAGE.COM, LLC | Case Number: 2:12-cv-00954 RSM |
| Plaintiff(s) | |
| V. | |
| ROB MCKENNA, Attorney General of the State of Washington, et al. | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Matthew Zimmerman__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Intervenor Internet Archive

The particular need for my appearance and participation is:

to represent Intervenor Internet Archive as lead counsel.

I, __Matthew Zimmerman__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Jun 14, 2012        Signature of Applicant: s/ Matthew Zimmerman

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Matthew Zimmerman |
| Law Firm Name: | Electronic Frontier Foundation |
| Street Address 1: | 454 Shotwell Street |
| Address Line 2: | |
| City: | San Francisco |
| State: | California |
| Zip: | 94110 |
| Phone Number w/ Area Code | 415-436-9333 |
| Bar # | 212423 |
| State | California |
| Applicant E-mail Address: | mattz@eff.org |
| Secondary E-mail Address: | steph@eff.org |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant   Matthew Zimmerman   is unable to be present upon any date assigned by the court.

Date: Jun 14, 2012      Signature of Local Counsel: s/ Venkat Balasubramani

| | |
|---|---|
| Local Counsel's Name: | Venkat Balasubramani |
| Bar # | 28269 |
| Law Firm Name: | Focal PLLC |
| Street Address 1: | 800 Fifth Ave., Ste. 4100 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104-3100 |
| Phone Number w/ Area Code  Example: 999-999-9999 | (206) 529-4827 |



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ Matthew Zimmerman | Jun 14, 2012 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |