HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BACKPAGE.COM, LLC,

    Plaintiff,

v.

ROB MCKENNA, Attorney General of the State of Washington; RANDY J. FLYCKT, Adams County Prosecuting Attorney; BENJAMIN C. NICHOLS, Asotin County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY A. RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN P. SANT, Franklin County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Grays Harbor County Prosecuting Attorney;

    *(Continued on next page)*

Case No.: 2:12-cv-00954-RSM

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF THE INTERNET ARCHIVE**

NOTE ON MOTION CALENDAR:
June 29, 2012

ORAL ARGUMENT REQUESTED

| | |
|---|---|
| 1 | GREGORY M. BANKS, Island County Prosecuting Attorney; SCOTT W. ROSEKRANS, Jefferson County Prosecuting Attorney; DAN SATTERBERG, King County Prosecuting Attorney; RUSSELL D. HAUGE, Kitsap County Prosecuting Attorney; GREGORY L. ZEMPEL, Kittitas County Prosecuting Attorney; LORI L. HOCTOR, Klickitat County Prosecuting Attorney; JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFFREY S. BARKDULL, Lincoln County Prosecuting Attorney; MICHAEL K. DORCY, Mason County Prosecuting Attorney; KARL F. SLOAN, Okanogan County Prosecuting Attorney; DAVID J. BURKE, Pacific County Prosecuting Attorney; THOMAS A. METZGER, Pend Oreille County Prosecuting Attorney; MARK LINDQUIST, Pierce County Prosecuting Attorney; RANDALL K. GAYLORD, San Juan County Prosecuting Attorney; RICHARD WEYRICH, Skagit County Prosecuting Attorney; ADAM N. KICK, Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County Prosecuting Attorney; STEVEN J. TUCKER, Spokane County Prosecuting Attorney; TIMOTHY D. RASMUSSEN, Stevens County Prosecuting Attorney; JON TUNHEIM, Thurston County Prosecuting Attorney; DANIEL H. BIGELOW, Wahkiakum County Prosecuting Attorney; JAMES L. NAGLE, Walla Walla County Prosecuting Attorney; DAVID S. McEACHRAN, Whatcom County Prosecuting Attorney; DENIS P. TRACY, Whitman County Prosecuting Attorney; JAMES P. HAGARTY, Yakima County Prosecuting Attorney,<br><br>Defendants, in their official capacities. |

| Case No.: 2:12-cv-00954-RSM | [PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO INTERVENE | FOCAL PLLC<br>800 Fifth Avenue,<br>Suite 4100<br>Seattle, WA 98104 |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the proposed Motion to Intervene of the Internet Archive is GRANTED. The Court concludes that Movant has met the standards for intervention as a matter of right under Federal Rule of Civil Procedure Rule 24(a)(2) and the standards for permissive intervention under Federal Rule of Civil Procedure Rule 24(b)(1)(B).

If Movant wishes to participate in the briefing for Plaintiff Backpage.com's outstanding motion for a preliminary injunction, Movant shall submit its brief in support of the motion by July 2, 2012.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2012.

_____
Hon. Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Venkat Balasubramani
Venkat Balasubramani, WSBA #28269
FOCAL PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98136
Tel: (206) 529-4827
Fax: (206) 260-3966
venkat@focallaw.com

Matthew Zimmerman (*pro hac vice* pending)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel:  (415) 436-9333
Fax: (415) 436-9993
mattz@eff.org

*Attorneys for Movant
the Internet Archive*

1

Case No.: 2:12-cv-00954-RSM      [PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO INTERVENE      FOCAL PLLC
800 Fifth Avenue,
Suite 4100
Seattle, WA 98104