UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM. LLC,<br><br>        Plaintiff,<br><br>-vs-<br><br>ROB MCKENNA, Attorney General of the State of Washington, et al.,<br><br>        Defendants. | NO.  C12-00954-RSM<br><br>[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE PURSUANT TO FED. R. CIV. P. 12(b)(6) |

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon the motion of Defendant Kitsap County Prosecuting Attorney, Russell D. Hauge, for an Order Of Dismissal Pursuant To Fed.R.Civ.P. 12(B)(6); Defendant Kitsap County Prosecuting Attorney, Russell D. Hauge, appearing by and through his attorney, IONE S. GEORGE, Chief Deputy Prosecuting Attorney in and for Kitsap County; the Court having read the files and records herein and being fully advised in the premises; now, therefore, it is hereby

///

///

ORDER OF DISMISSAL OF DEFENDANT KITSAP COUNTY PROSECUTING
ATTORNEY RUSSELL D. HAUGE PURSUANT TO FED.R.CIV.P. 12(b)(6)
 (C12-00954-RSM)-- 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

ORDERED that all claims against Defendant Kitsap County Prosecuting Attorney, Russell D. Hauge are hereby DISMISSED with/without prejudice.

DONE IN OPEN COURT this _____ day of _____, 2008.

_____
JUDGE RICARDO S. MARTINEZ

PRESENTED BY:

_____
IONE S. GEORGE, WSBA No. 18236
Chief Deputy Prosecuting Attorney
Attorney for Defendant Kelly Montgomery

ORDER OF DISMISSAL OF DEFENDANT KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE PURSUANT TO FED.R.CIV.P. 12(b)(6) (C12-00954-RSM)-- 2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros