|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    | The Honorable Ricardo S. Martinez |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | | |
|---|---|---|
| 9 | BACKPAGE.COM, LLC, | NO. 2:12-cv-00954-RSM |
| 10 | Plaintiff, | [PROPOSED] ORDER DENYING INTERNET ARCHIVE'S MOTION TO INTERVENE |
| 11 | v. | |
| 12 | ROBERT M. MCKENNA, Attorney General of the State of Washington; RANDY J. FLYCKT, Adams County Prosecuting Attorney; BENJAMIN C. NICHOLS, Asotin County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY A. RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN P. SANT, Franklin County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Grays Harbor County Prosecuting Attorney; GREGORY M. BANKS, Island County Prosecuting Attorney; SCOTT W. ROSEKRANS, Jefferson County Prosecuting Attorney; DAN | |

[PROPOSED] ORDER DENYING INTERNET ARCHIVE'S MOTION TO INTERVENE  --  NO. 2:12-CV-00954-RSM

1

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

| | |
|---|---|
| 1 | SATTERBERG, King County Prosecuting Attorney; RUSSELL D. |
| 2 | HAUGE, Kitsap County Prosecuting Attorney; GREGORY L. ZEMPEL, |
| 3 | Kittitas County Prosecuting Attorney; LORI L. HOCTOR, Klickitat County |
| 4 | Prosecuting Attorney; JONATHAN L. MEYER, Lewis County Prosecuting |
| 5 | Attorney; JEFFREY S. BARKDULL, Lincoln County Prosecuting Attorney; |
| 6 | MICHAEL K. DORCY, Mason County Prosecuting Attorney; KARL F. SLOAN, |
| 7 | Okanogan County Prosecuting Attorney; DAVID J. BURKE, Pacific County |
| 8 | Prosecuting Attorney; THOMAS A. METZGER, Pend Oreille County |
| 9 | Prosecuting Attorney; MARK LINDQUIST, Pierce County Prosecuting |
| 10 | Attorney; RANDALL K. GAYLORD, San Juan County Prosecuting Attorney; |
| 11 | RICHARD WEYRICH, Skagit County Prosecuting Attorney; ADAM N. KICK, |
| 12 | Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County |
| 13 | Prosecuting Attorney; STEVEN J. TUCKER, Spokane County Prosecuting |
| 14 | Attorney; TIMOTHY D. RASMUSSEN, Stevens County Prosecuting Attorney; |
| 15 | JON TUNHEIM, Thurston County Prosecuting Attorney; DANIEL H. |
| 16 | BIGELOW, Wahkiakum County Prosecuting Attorney; JAMES L. |
| 17 | NAGLE, Walla Walla County Prosecuting Attorney; DAVID S. |
| 18 | MCEACHRAN, Whatcom County Prosecuting Attorney; DENIS P. |
| 19 | TRACY, Whitman County Prosecuting Attorney; JAMES P. HAGARTY, |
| 20 | Yakima County Prosecuting Attorney, |
| 21 | Defendants. |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the proposed Motion to Intervene of the Internet Archive is DENIED. The Court concludes that Movant has failed to meet the requirements for intervention as a matter of right under Federal Rule of Civil Procedure Rule 24(a) and has

[PROPOSED] ORDER DENYING INTERNET ARCHIVE'S MOTION TO INTERVENE -- NO. 2:12-CV-00954-RSM

2

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-6430

not met the standards for permissive intervention under Federal Rule of Civil Procedure Rule 24(b)(1)(B).

**IT IS SO ORDERED.**

DATED this _____ day of June, 2012.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Lana S. Weinmann
LANA S. WEINMANN, WSBA #21393
Senior Assistant Attorney General
Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone (206) 389-2022; Fax (206) 587-5088

By: /s/ David Eldred
DAVID ELDRED, WSBA #26125
AMY EIDEN, WSBA # 35105
Senior Deputy Prosecuting Attorneys
King County Prosecuting Attorney's Office
500 4th Avenue, Suite 900
Seattle, WA 98104
Telephone (206) 296-8820; Fax (206) 296-8819

By: /s/ Ione S. George
IONE S. GEORGE, WSBA #18236
Chief Deputy Prosecuting Attorney
Kitsap County Prosecutor's Office
614 Division St, MS 35A
Port Orchard, WA 98366
Telephone (360) 337-4957; Fax (360) 337-7083

*Attorneys for Defendants*

[PROPOSED] ORDER DENYING INTERNET ARCHIVE'S MOTION TO INTERVENE -- NO. 2:12-CV-00954-RSM

3

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-6430