The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM LLC,<br><br>                     Plaintiff,<br><br>   vs.<br><br>ROB MCKENNA, Attorney General of Washington; RANDY J. FLYCKT, Adams County Prosecuting Attorney; BENJAMIN C. NICHOLS, Asotin County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY A. RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN P. SANT, Franklin County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Grays Harbor County Prosecuting Attorney; GREGORY M. BANKS, Island County Prosecuting Attorney; SCOTT W. ROSEKRANS, Jefferson County Prosecuting Attorney; DAN SATTERBERG, King County Prosecuting Attorney; RUSSELL D. HAUGE, Kitsap County Prosecuting Attorney; GREGORY L. ZEMPEL, | No.  C12-954-RSM<br><br>ACCEPTANCE OF SERVICE BY KING COUNTY AND JOINING COUNTY DEFENDANTS |

ACCEPTANCE OF SERVICE BY E-MAIL
(C12-954-RSM) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

| | |
|---|---|
| 1  Kittitas County Prosecuting Attorney; LORI L. HOCTOR, Klickitat County Prosecuting Attorney; JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFFREY S. BARKDULL, Lincoln County Prosecuting Attorney; MICHAEL K. DORCY, Mason County Prosecuting Attorney; KARL F. SLOAN, Okanogan County Prosecuting Attorney; DAVID J. BURKE, Pacific County Prosecuting Attorney; THOMAS A. METZGER, Pend Oreille County Prosecuting Attorney; MARK LINDQUIST, Pierce County Prosecuting Attorney; RANDALL K. GAYLOR, San Juan County Prosecuting Attorney; RICHARD WEYRICH, Skagit County Prosecuting Attorney; ADAM N. KICK, Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County Prosecuting Attorney; STEVEN J. TUCKER, Spokane County Prosecuting Attorney; TIMOTHY D. RASMUSSEN, Stevens County Prosecuting Attorney; JON TUNHEIM, Thurston County Prosecuting Attorney; DANIEL H. BIGELOW, Wahkiakum County Prosecuting Attorney; JAMES L. NAGLE, Walla Walla County Prosecuting Attorney;; DAVID S. McEACHRAN, Whatcom County Prosecuting Attorney; DENIS P. TRACY, Whitman County Prosecuting Attorney; JAMES P. HAGARTY, Yakima County Prosecuting Attorney; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, in their official capacities. | ) |

Defendants RANDY J. FLYCKT, Adams County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Greys Harbor County Prosecuting Attorney; GREGORY

ACCEPTANCE OF SERVICE BY E-MAIL
(C12-954-RSM) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1  M. BANKS, Island County Prosecuting Attorney; DAN SATTERBERG, King County
2  Prosecuting Attorney; LORI LYNN HOCTOR, Klickitat County Prosecuting Attorney;
3  JONATHAN L. MEYER, Lewis County Prosecuting Attorney; THOMAS A. METZGER, Pend
4  Oreille County Prosecuting Attorney; MARK LINQUIST, Pierce County Prosecuting Attorney;
5  RANDALL K. GAYLORD, San Juan County Prosecuting Attorney; ADAM N. KICK,
6  Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County Prosecuting
7  Attorney; STEVE TUCKER, Spokane County Prosecuting Attorney; JAMES L. NAGLE, Walla
8  Walla County Prosecuting Attorney; DAVID S. McEACHRAN, Whatcom County Prosecuting
9  Attorney; DENIS P. TRACY, Whitman County Prosecuting Attorney; JAMES P. HAGARTY,
10 Yakima County Prosecuting Attorney hereby accept service of process by e-mail of the
11 Summons and Complaint, Motion for Temporary Restraining Order, and Declarations of Carl
12 Ferrer and Ambika K. Doran by Backpage.com in this matter. This acceptance of service of
13 process by e-mail is effective retroactive to June 4, 2012.

14        DATED this 26th day of June, 2012.

15                                DANIEL T. SATTERBERG
                                  King County Prosecuting Attorney
16

17

                                  By: _____s/David J. Eldred_____
18                                DAVID J. ELDRED, WSBA No. 26125
                                  Senior Deputy Prosecuting Attorneys
19                                Attorneys for Defendants

20                                By: _____s/Amy K. Eiden_____
                                  AMY K. EIDEN, WSBA No. 35105
21                                Senior Deputy Prosecuting Attorneys
                                  Attorneys for Defendants
22

23

ACCEPTANCE OF SERVICE BY E-MAIL
(C12-954-RSM) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on June 26, 2012, I electronically filed the foregoing document with the United States District Court using the CM/ECF filing system which will send notification to the following:

**Ambika K Doran**
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE STE 2200
SEATTLE, WA 98101-3045
Email: ambikadoran@dwt.com

**James C. Grant**
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE STE 2200
SEATTLE, WA 98101-3045
Email: jamesgrant@dwt.com

**Venkat Balasubramani**
FOCAL PLLC
800 FIFTH AVENUE SUITE 4100
SEATTLE, WA 98104
Email: venkat@focallaw.com

**Matthew J Zimmerman**
ELECTRONIC FRONTIER FOUNDATION
454 SHOTWELL STREET
SAN FRANCISCO, CA 984110
Email: mattz@eff.org

**Lana Sue Weinmann**
ATTORNEY GENERAL'S OFFICE (SEA- FIFTH AVE)
800 5TH AVE STE 2000
SEATTLE, WA 98104-3188
Email: Lana.Weinmann@atg.wa.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of June

_____s/Amy Moe_____
AMY MOE, Legal Secretary

ACCEPTANCE OF SERVICE BY E-MAIL
(C12-954-RSM) - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819