HON. RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

BACKPAGE.COM, LLC,
    Plaintiff,

v.

ROB MCKENNA, Attorney General of the State of Washington; RANDY J. FLYCKT, Adams County Prosecuting Attorney; BENJAMIN C. NICHOLS, Asotin County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY A. RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN P. SANT, Franklin County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney; ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Grays Harbor County Prosecuting Attorney; GREGORY M. BANKS, Island County Prosecuting Attorney; SCOTT W. ROSEKRANS, Jefferson County Prosecuting

Case No.: 2:12-cv-00954-RSM

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR THE INTERNET ARCHIVE**

STIPULATION REGARDING BRIEFING SCHEDULE – 1
Case No.: 2:12-cv-00954-RSM

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827

1  Attorney; DAN SATTERBERG, King County Prosecuting Attorney; RUSSELL D. HAUGE,
2  Kitsap County Prosecuting Attorney; GREGORY L. ZEMPEL, Kittitas County
3  Prosecuting Attorney; LORI L. HOCTOR, Klickitat County Prosecuting Attorney;
4  JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFFREY S.
5  BARKDULL, Lincoln County Prosecuting Attorney; MICHAEL K. DORCY, Mason
6  County Prosecuting Attorney; KARL F. SLOAN, Okanogan County Prosecuting
7  Attorney; DAVID J. BURKE, Pacific County Prosecuting Attorney; THOMAS A.
8  METZGER, Pend Oreille County Prosecuting Attorney; MARK LINDQUIST, Pierce
9  County Prosecuting Attorney; RANDALL K. GAYLORD, San Juan County Prosecuting
10 Attorney; RICHARD WEYRICH, Skagit County Prosecuting Attorney; ADAM N.
11 KICK, Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish
12 County Prosecuting Attorney; STEVEN J. TUCKER, Spokane County Prosecuting
13 Attorney; TIMOTHY D. RASMUSSEN, Stevens County Prosecuting Attorney; JON
14 TUNHEIM, Thurston County Prosecuting Attorney; DANIEL H. BIGELOW,
15 Wahkiakum County Prosecuting Attorney; JAMES L. NAGLE, Walla Walla County
16 Prosecuting Attorney; DAVID S. McEACHRAN, Whatcom County
17 Prosecuting Attorney; DENIS P. TRACY, Whitman County Prosecuting Attorney;
18 JAMES P. HAGARTY, Yakima County Prosecuting Attorney,

          Defendants, in their official capacities.

STIPULATION REGARDING BRIEFING SCHEDULE – 2
Case No.: 2:12-cv-00954-RSM

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827

**STIPULATION**

The Court entered an Order setting the briefing schedule for the Motion for Preliminary Injunction requested by Backpage.com, LLC. (Dkt. 17.)

Proposed Intervenor The Internet Archive filed a Motion to Intervene on June 14, 2012. This Motion is noted for June 29, 2012. Defendants have filed a Response to Motion to Intervene, opposing the intervention.

The Internet Archive intends to join in Backpage.com's Motion for a Preliminary Injunction and file a separate brief. If the Court grants the Motion to Intervene, the parties have stipulated to the following briefing schedule for Internet Archive's brief in support of Backpage.com's request for injunctive relief:

| | |
|---|---|
| Motion in Support of Preliminary Injunction | July 2, 2012 |
| Defendants' Opposition | July 12, 2012 |
| Reply in Support of Preliminary Injunction | July 18, 2012 |

The following defendants do not join in the stipulation and have not appeared: Asotin, Pacific, and Stevens Counties.

The above schedule would allow The Internet Archive to participate in the current round of briefing, while accommodating the schedules of counsel and minimizing any disruption to the existing schedule.

Dated: June 27, 2012.

| **The Internet Archive** | **Backpage.com, LLC** |
|---|---|
| s/ Venkat Balasubramani<br>Venkat Balasubramani, WSBA #28269<br>FOCAL PLLC<br>800 Fifth Ave., Ste. 4100<br>Seattle, WA 98104<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>venkat@focallaw.com | s/ James C. Grant<br>James C. Grant, WSBA # 15358<br>Ambika K. Doran, WSBA # 38237 1201<br>Third Avenue, Suite 2200 Seattle, WA 98101-3045<br>Tel: 206-757-8096<br>Fax: 206-757-8096 jamesgrant@dwt.com<br>ambikadoran@dwt.com |

STIPULATION REGARDING BRIEFING SCHEDULE – 3
Case No.: 2:12-cv-00954-RSM

focal PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827

| | |
|---|---|
| s/ Matthew Zimmerman<br>Matthew Zimmerman  (admitted pro hac vice)<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Tel:  (415) 436-9333<br>Fax: (415) 436-9993<br>mattz@eff.org | Of counsel:<br>Elizabeth L. McDougall,<br>WSBA # 27026<br>Village Voice Media Holdings, LLC 1008 Western Avenue, Suite 300<br>Seattle, WA 98104<br>Tel: 206.467.4347<br>Fax: 206.467.4389<br>Liz.McDougall@VillageVoiceMedia.com |
| **RUSSELL D. HAUGE**<br>Kitsap County Prosecuting Attorney<br><br>s/ Jacquelyn M. Aufderheide<br>Ione S. George, WSBA # 18236<br>Jacquelyn M. Aufderheide, WSBA #17374<br>Jeremy A. Morris, WSBA #28722<br>Kitsap County Prosecuting Attorney<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366-4676<br>Tel: 360.337.4992<br>Fax: 360.337.7083<br>igeorge@co.kitsap.wa.us<br>jaufderh@co.kitsap.wa.us<br>jmorris@co.kitsap.wa.us | **ROB MCKENNA**<br>Attorney General for the State of Washington<br><br>s/ Lana S. Weinmann<br>Lana S. Weinmann, WSBA # 21398<br>Office of the Attorney General<br>800 5th Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>Tel: 206.389.2022<br>Fax: 206.587.5088<br>lana.weinmann@atg.wa.gov |
| **DANIEL T. SATTERBERG**<br>King County Prosecuting Attorney<br><br>s/ David J. Eldred<br>David J. Eldred, WSBA # 26125<br>Amy K. Eiden, WSBA #35105<br>King County Prosecuting Attorney Civil Division, Litigation Section<br>900 King County Administration Building<br>500 Fourth Avenue<br>Seattle, WA 98104<br>Tel: 206.296.9684<br>Fax: 206.296.8819<br>David.Eldred@kingcounty.gov<br>Amy.Eiden@kingcounty.gov | |

STIPULATION REGARDING BRIEFING SCHEDULE – 4
Case No.: 2:12-cv-00954-RSM

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827

**ORDER**

Based on the stipulation of the parties, IT IS SO ORDERED. The briefing schedule for The Internet Archive's request for a preliminary injunction shall be as follows:

| | |
|---|---|
| Motion in Support of Preliminary Injunction | July 2, 2012 |
| Defendants' Opposition | July 12, 2012 |
| Reply in Support of Preliminary Injunction | July 18, 2012 |

Dated this 28th day of June 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING BRIEFING SCHEDULE – 5
Case No.: 2:12-cv-00954-RSM

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827