THE HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM. LLC,<br><br>    Plaintiff,<br><br>-vs-<br><br>ROB MCKENNA, Attorney General of the State of Washington, et al.,<br><br>    Defendants. | NO.  C12-00954-RSM<br><br>DEFENDANT KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE'S MOTION FOR DISMISSAL RE: PLAINTIFF INTERNET ARCHIVE PURSUANT TO FED.R.CIV.P. 12(b)(6)<br><br>**NOTE ON MOTION CALENDAR: JULY 27, 2012** |

### I.  Motion

Comes now Defendant Kitsap County Prosecuting Attorney, Russell D. Hauge, by and through his attorney of record, Chief Deputy Prosecuting Attorney, Ione S. George, and moves for dismissal of any/all 42 U.S.C. Section 1983 claims against him, as Plaintiff Internet Archive has failed to state a claim upon which relief can be granted.  This motion is based upon the records and files herein, and Fed.R.Civ.P. 12(b)(6).

KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE'S MOTION FOR DISMISSAL RE: PLAINTIFF INTERNET ARCHIVE PURSUANT TO FED.R.CIV.P. 12(B)(6) -  (C12-00954-RSM)-- 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

## II. The Complaint

In its Complaint, Plaintiff Internet Archive alleges multiple violations of both Federal Statutes and Constitutional rights and sets forth three distinct claims, pursuant to 42 U.S.C. §1983, for these alleged violations. By means of factual support for these claims, at page 5, line 23, Internet Archive's Complaint begins a three-page section entitled "Factual Allegation."

However, at no point in this factual narrative, nor in any other section of Internet Archive's Complaint, is Prosecutor Russell D. Hauge identified other than as a named party. Neither, at any point in Internet Archive's Complaint, is any act of Kitsap County Prosecutor Russell D. Hauge identified or described. Indeed, absent the caption and the identification of the parties, no reference to Prosecutor Hauge is made in the entirety of Internet Archive's Complaint.

## III. Fed.R.Civ.P. 12(b)(6)

"Upon a motion to dismiss under Fed.R.Civ.P. 12(b)(6), the Court limits its review to the allegations of material fact set forth in the complaint, which are taken to be true and viewed in the light most favorable to the non-moving party together with all reasonable inferences therefrom.[1] Dismissal can be based on both the lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory.[2] Conclusory allegations of law and unwarranted inferences are not sufficient to defeat a motion to dismiss, and need not be accepted as true.[3] "While a complaint attacked by a Rule 12(b)(6) motion to dismiss does not need detailed factual allegations (citations omitted), a plaintiff's obligations to provide the "grounds" of his "entitlement' to relief" requires more than labels

---

[1] *Pierce v. NovaStar Mortg., Inc*. 422 F.Supp.2d 1230, 1233 (2006), citing, *Pareto v. FDIC,* 139 F.3d 696, 699 (9th Cir.1998)
[2] *Balistreri v. Pacifica Police Dept.,* 901 F.2d 696, 699 (9th Cir.1990).
[3] Id.; see also, *Holden v. Hagopian,* 978 F.2d 1115, 1121 (9th Cir.1992),.

KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE'S
MOTION FOR DISMISSAL RE: PLAINTIFF INTERNET ARCHIVE PURSUANT
TO FED.R.CIV.P. 12(B)(6) -  (C12-00954-RSM)-- 2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

and conclusions, and a formulaic recitation of the elements of a cause of action will not do."[4]

Because Internet Archive's Complaint contains no allegations of material fact regarding Prosecutor Hauge or any action he may have taken, the Complaint is void of any grounds upon which to base the Plaintiff's claimed entitlement to relief pursuant to 42 U.S.C. § 1983.

It is required that a complaint include "a short and plain statement of the claim that will give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Lee v. City of Los Angeles*, 250 F.3d 668, 679 (9th Cir. 2001). To succeed in a 42 U.S.C. § 1983 action against an individual, a plaintiff must establish that a defendant was acting under color of state law and that the defendant deprived him "of a right, privilege or immunity secured by the constitution or laws of the United States." *Kildare v. Saenz*, 325 F.3d 1078, 1086 (9th Cir. 2003). Therefore, in its Complaint, Internet Archive was required to "plead specific facts and allege a cognizable constitutional violation in order to avoid dismissal for failure to state a claim." *Mills v. Criminal District Court*, 837 F.2d 677, 678 (5th Cir. 1988).

Here, Internet Archive's Complaint fails to meet this minimal standard. The Complaint fails to allege any constitutional violation that Internet Archive has suffered, and similarly, is void of any reference as to how Prosecutor Hauge may have caused any such violation. Clearly, such a general claim does not sufficiently allege a *cognizable* constitutional violation, nor does it provide Defendant Hauge with fair notice of what actions he must defend.

Because Internet Archive has failed to identify act committed under the color of law by Prosecutor Hauge which caused a constitutional violation or deprived it of a right secured by law, any and all claims filed against Prosecutor Hauge, pursuant to 42 U.S.C. §1983, must be dismissed. Similarly, Internet

---

[4] *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 l.Ed.2d 929 (2007), quoting, *Sanjuan v. American Bc. of Psychiatry and Neurology, Inc.,* 40 F.3d 247, 251 (C.A.7 1994).

KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE'S
MOTION FOR DISMISSAL RE: PLAINTIFF INTERNET ARCHIVE PURSUANT
TO FED.R.CIV.P. 12(B)(6) -  (C12-00954-RSM)-- 3

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

Archive's request for reasonable costs and attorneys' fees pursuant to 42 U.S.C. §1983 must be dismissed, and no award of fees or costs against Prosecutor Hauge be imposed.[5]

### IV.  Conclusion

Based upon the foregoing, Defendant Kitsap County Prosecuting Attorney Russell D. Hauge respectfully requests that any and all of Plaintiff Internet Archive's 42 U.S.C.§1983 claims and/or requests for fees and costs against him be dismissed with prejudice, as Internet Archive has failed to state a claim upon which relief can be granted.

Respectfully submitted this 5th day of July, 2012.

                              RUSSELL D. HAUGE
                              Kitsap County Prosecuting Attorney

                              By:  */s/ Ione S. George*
                              IONE S. GEORGE
                              WSBA No. 18236
                              Chief Deputy Prosecuting Attorney
                              Attorney for Defendant Russell D. Hauge,
                              Kitsap County Prosecuting Attorney

---

[5] Specifically, if Plaintiff prevails on any request for declaratory judgment or other injunctive relief, no award of fees against Defendant Hauge pursuant to 42 U.S.C. §1983 may be imposed, as Plaintiff has failed to state a 42 U.S.C. §1983 claim against Prosecutor Hauge upon which relief can be granted.

KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE'S
MOTION FOR DISMISSAL RE: PLAINTIFF INTERNET ARCHIVE PURSUANT
TO FED.R.CIV.P. 12(B)(6) -  (C12-00954-RSM)-- 4

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

# CERTIFICATE OF SERVICE

I certify that on July 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ambika K. Doran<br>DAVIS WRIGHT TREMAIN (SEA)<br>1201 Third Ave. Ste. 2200<br>Seattle, WA 98101-3045<br>206.757.8030<br>ambikadoran@dwt.com | James C. Grant<br>DAVIS WRIGHT TREMAIN (SEA)<br>1201 Third Ave. Ste. 2200<br>Seattle, WA 98101-3045<br>206.757.8096<br>jamesgrant@dwt.com |
| David J. Eldred<br>Amy K. Eiden<br>Senior Deputy Prosecuting Attorneys<br>DANIEL T. SATTERBERG<br>KING COUNTY PROSECUTING ATTORNEY<br>Civil Division, Litigation Section<br>900 King County Administration Building<br>500 Fourth Avenue<br>Seattle, WA 98104<br>david.eldred@kingcounty.gov<br>amy.eiden@kingcounty.gov | Venkat Balasubramani, WSBA #28269<br>FOCAL PLLC<br>800 Fifth Ave., Ste. 4100<br>Seattle, WA 98104<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>venkat@focallaw.com |
| Matthew Zimmerman (*pro hac vice* pending)<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Tel: (415) 436-9333<br>Fax: (415) 436-9993<br>mattz@eff.org | |

EXECUTED this 5th day of July, 2012 at Port Orchard, Washington.

_____
CARRIE BRUCE, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS 35-A
Port Orchard, WA  98366
360-337-4992
cbruce@co.kitsap.wa.us

KITSAP COUNTY PROSECUTING ATTORNEY RUSSELL D. HAUGE'S
MOTION FOR DISMISSAL RE: PLAINTIFF INTERNET ARCHIVE PURSUANT
TO FED.R.CIV.P. 12(B)(6) -  (C12-00954-RSM)-- 5

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros