1

The Honorable Ricardo S. Martinez

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    BACKPAGE.COM LLC,                          )
                                                )
9        Plaintiff,                             )   No.  C12-954-RSM
                                                )
10   and                                        )
                                                )   ANSWER TO AMENDED
11   THE INTERNET ARCHIVE,                       )   COMPLAINT TO DECLARE
                                                )   INVALID AND ENJOIN
12       Plaintiff Intervenor,                   )   ENFORCEMENT OF WASHINGTON
                                                )   SENATE BILL 6251 FOR VIOLATION
13                vs.                            )   OF THE COMMUNICATIONS
                                                )   DECENCY ACT, AND THE FIRST
14   ROB MCKENNA, Attorney General of           )   AND FIFTH AMENDMENTS AND
     Washington, et al.,                        )   COMMERCE CLAUSE OF THE
15                                              )   UNITED STATES CONSTITUTION
         Defendants, in their official capacities. )
16   _____)

17       Defendant DANIEL T. SATTERBERG, King County Prosecuting Attorney and defendants

18   RANDY J. FLYCKT, Adams County Prosecuting Attorney; ANDREW K. MILLER, Benton

19   County Prosecuting Attorney; GARY RIESEN, Chelan County Prosecuting Attorney; DEBORAH

20   S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County

21   Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I.

22   BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting

23
     ANSWER TO AMENDED COMPLAINT TO
     DECLARE INVALID AND ENJOIN
     ENFORCEMENT OF WASHINGTON
     SB 6251 (C12-954-RSM) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1   Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN SANT, Franklin

2   County Prosecuting Attorney;  MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney;

3   ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Greys Harbor

4   County Prosecuting Attorney; GREGORY M. BANKS, Island County Prosecuting Attorney;

5   SCOTT ROSEKRANS, Jefferson County Prosecuting Attorney; GREG ZEMPEL, Kittitas County

6   Prosecuting  Attorney;  LORI  LYNN  HOCTOR,  Klickitat  County  Prosecuting  Attorney;

7   JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFF BARKDULL, Lincoln

8   County Prosecuting Attorney; MICHAEL DORCY, Mason County Prosecuting Attorney; KARL

9   SLOAN, Okanogan County Prosecuting Attorney; THOMAS A. METZGER, Pend Oreille County

10  Prosecuting Attorney; MARK LINDQUIST, Pierce County Prosecuting Attorney; RANDALL K.

11  GAYLORD, San Juan County Prosecuting Attorney; RICHARD A. WEYRICH, Skagit County

12  Prosecuting Attorney; ADAM N. KICK, Skamania County Prosecuting Attorney; MARK K. ROE,

13  Snohomish  County  Prosecuting  Attorney;  STEVE  TUCKER,  Spokane  County  Prosecuting

14  Attorney;  JON  TUNHEIM,  Thurston  County  Prosecuting  Attorney;  DANIEL  BIGELOW,

15  Wahkiakam County Prosecuting Attorney; JAMES L. NAGLE, Walla Walla County Prosecuting

16  Attorney; DAVID S. McEACHRAN, Whatcom County Prosecuting Attorney; DENIS P. TRACY,

17  Whitman County Prosecuting Attorney; JAMES P. HAGARTY, Yakima County Prosecuting

18  Attorney, in their official capacities, herewith "defendants" in answer to plaintiff's Amended

19  complaint to Declare Invalid and Enjoin Enforcement of Washington Senate Bill 6251 for Violation

20  of the Communications Decency Act, and The First and Fourteenth Amendments and Commerce

21  Clause of the United States Constitution admit, deny and state as follows:

22

23

ANSWER TO AMENDED COMPLAINT TO
DECLARE INVALID AND ENJOIN
ENFORCEMENT OF WASHINGTON
SB 6251 (C12-954-RSM) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

# INTRODUCTION

1.      Defendants admit only that this is an action pursuant to 42 U.S.C. §1983 and the Declaratory Judgment Act, 28 U.S.C. §2201, to enjoin enforcement of a new Washington law, Senate Bill 6251 9SB 6251".  All other allegations contained in paragraph 1 of plaintiff's amended complaint are denied.

2.      Defendants admit only that SB 6251 was scheduled to take effect on June 7, 2012, that its purpose is to prevent sex trafficking of children, that advertising commercial sexual abuse of a minor is a class c felony subject to criminal penalties under Washington law, and that SB 6251 applies to a person who "knowingly publishes, disseminates, or displays, or causes directly or indirectly to be published, disseminated, or displayed any advertisement for a commercial sex act, which is to take place in the state of Washington and that includes the depiction of a minor. All other allegations contained in paragraph 2 of plaintiff's amended complaint are denied.

3.      Defendants admit only that in a prosecution under SB 6251 "it is not a defense that the defendant did not know the age of the minor depicted in the advertisement."  Defendants further admit only that it is a defense that "the defendant made a reasonable bona fide attempt to ascertain the true age of the minor depicted in the advertisement".  All other allegations contained in paragraph 3 of plaintiff's amended complaint are denied.

4.      Defendants lack knowledge sufficient to form a belief as to the truth or the falsity of the allegations regarding Tennessee, New York and New Jersey and therefore deny the same. All other allegations contained in paragraph 4 of plaintiff's amended complaint are denied.

5.      Defendants deny the allegations contained in paragraph 5 of plaintiff's amended complaint.

ANSWER TO AMENDED COMPLAINT TO
DECLARE INVALID AND ENJOIN
ENFORCEMENT OF WASHINGTON
SB 6251 (C12-954-RSM) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

**PARTIES**

6.   Defendants admit the allegations contained in paragraph 6 of plaintiff's amended complaint.

7.   Defendants admit the allegations contained in paragraph 7 of plaintiff's amended complaint.

8.   Defendants admit the allegations contained in paragraph 8 of plaintiff's amended complaint.

9.   Defendants admit the allegations contained in paragraph 9 of plaintiff's amended complaint.

**JURISDICTION AND VENUE**

10.   Defendants admit the allegations contained in paragraph 10 of plaintiff's amended complaint.

11.   Defendants deny the allegations contained in paragraph 11 of plaintiff's amended complaint.

12.   Defendants admit the allegations contained in paragraph 12 of plaintiff's amended complaint.

**FACTUAL ALLEGATIONS**

13.   Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 of plaintiff's amended complaint and therefore deny the same.

14.   Defendants admit only that in September 2010, Craigslist did remove the adult services category from its website.  Defendants are without information sufficient to form a belief as

ANSWER TO AMENDED COMPLAINT TO
DECLARE INVALID AND ENJOIN
ENFORCEMENT OF WASHINGTON
SB 6251 (C12-954-RSM) - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

to the truth or falsity of the remaining allegations contained in paragraph 14 of plaintiff's amended complaint and therefore deny the same.

15.     Defendants admit only that Backpage.com allows users to post in a multitude of categories and subcategories.  Defendants are without information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 15 of plaintiff's amended complaint and therefore deny the same.

16.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of plaintiff's amended complaint and therefore deny the same.

17.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 17 of plaintiff's amended complaint and therefore deny the same.

18.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of plaintiff's amended complaint and therefore deny the same.

19.     Defendants deny the allegations contained in paragraph 19 of plaintiff's amended complaint.

20.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 20 of plaintiff's amended complaint and therefore deny the same.

21.     Defendants admit the allegations contained in paragraph 21 of plaintiff's amended complaint.

ANSWER TO AMENDED COMPLAINT TO
DECLARE INVALID AND ENJOIN
ENFORCEMENT OF WASHINGTON
SB 6251 (C12-954-RSM) - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

22.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 22 of plaintiff's amended complaint and therefore deny the same.

23.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 23 of plaintiff's amended complaint and therefore deny the same.

24.     Defendants admit the allegations contained in paragraph 24 of plaintiff's amended complaint.

25.     Defendants deny the allegations contained in paragraph 25 of plaintiff's amended complaint.

26.     Defendants deny the allegations contained in paragraph 26 of plaintiff's amended complaint.

27.     Defendants deny the allegations contained in paragraph 27 of plaintiff's amended complaint.

**CLAIM I: VIOLATION OF THE COMMUNICATIONS DECENCY ACT, 47 U.S.C. §230, PURSUANT TO 42 U.S.C. §1983**

28.     Answering paragraph 28 of plaintiff's amended complaint, defendants re-allege their previous responses to plaintiff's amended complaint as if fully set forth herein.

29.     Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 29 of plaintiff's amended complaint and therefore deny the same.

30.     Defendants deny the allegations contained in paragraph 30 of plaintiff's amended complaint.

ANSWER TO AMENDED COMPLAINT TO
DECLARE INVALID AND ENJOIN
ENFORCEMENT OF WASHINGTON
SB 6251 (C12-954-RSM) - 6

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-8819

31.     Defendants deny the allegations contained in paragraph 31 of plaintiff's amended complaint.

32.     Defendants deny the allegations contained in paragraph 32 of plaintiff's amended complaint.

**CLAIM II: VIOLATION OF THE FIRST AND FOURTEENTH AMENDMENTS OF THE CONSTITUTION, PURSUANT TO 42 U.S.C. §1983**

33.     Answering paragraph 33 of plaintiff's amended complaint, defendants re-allege their previous responses to plaintiff's amended complaint as if fully set forth herein.

34.     Defendants deny the allegations contained in paragraph 34 of plaintiff's amended complaint.

35.     Defendants deny the allegations contained in paragraph 35 of plaintiff's amended complaint.

**CLAIM III: VIOLATION OF THE COMMERCE CLAUSE OF THE CONSTITUTION, PURSUANT TO 42 U.S.C. §1983**

36.     Answering paragraph 36 of plaintiff's amended complaint, defendants re-allege their previous responses to plaintiff's amended complaint as if fully set forth herein.

37.     Defendants deny the allegations contained in paragraph 37 of plaintiff's amended complaint.

38.     Defendants deny the allegations contained in paragraph 38 of plaintiff's amended complaint.

**CLAIM IV: DECLARATORY RELIEF PURSUANT TO 28 U.S.C. §2201**

39.     Answering paragraph 39 of plaintiff's amended complaint, defendants re-allege their previous responses to plaintiff's amended complaint as if fully set forth herein.

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

40.     Defendants deny the allegations contained in paragraph 40 of plaintiff's amended complaint.

41.     Defendants deny the allegations contained in paragraph 41 of plaintiff's amended complaint.

**PRAYER FOR RELIEF**

Defendants deny that plaintiff is entitled to any of the relief sought in plaintiff's prayer for relief in paragraphs 1 – 4 on pages 10 and 11 of plaintiff's amended complaint.

By way of further answer and affirmative defenses, and without admitting anything previously denied, defendants state as follows:

1.     Plaintiff has failed to state a claim upon which relief may be granted.

2.     Plaintiff lacks standing to bring this action.

3.     Plaintiff is not entitled to relief in equity pursuant to the doctrine of unclean hands.

DATED this 5th day of July, 2012.

DANIEL T. SATTERBERG
King County Prosecuting Attorney


By: _____ *s/David J. Eldred* _____
DAVID J. ELDRED, WSBA No. 26125
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants

By: _____ *s/Amy K. Eiden* _____
AMY K. EIDEN, WSBA No. 35105
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 5, 2012, I electronically filed the foregoing document with the United States District Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of July, 2012.

_____*s/Amy Moe*_____
AMY MOE, Legal Secretary

ANSWER TO AMENDED COMPLAINT TO
DECLARE INVALID AND ENJOIN
ENFORCEMENT OF WASHINGTON
SB 6251 (C12-954-RSM) - 9

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819