The Honorable RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

BACKPAGE.COM, LLC, and
THE INTERNET ARCHIVE

                       Plaintiffs,

    v.

ROBERT M. MCKENNA, Attorney
General of Washington State, et al,

                       Defendants.

NO.  2:12-cv-00954-RSM

DECLARATION OF
REBECCA HARTSOCK

       I, Rebecca Hartsock, hereby declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1.     I am over the age of eighteen and am a resident of the state of Washington.

2.     I am a Computer Investigative Specialist with the Washington State Attorney General's Office Consumer Protection Division.  I focus on Internet-related investigations, and am a trained computer forensics investigator.  On June 18, 2012, I visited several websites that offer adult services in the state of Washington.  I attempted to post an advertisement for female escort services and documented the process required at each site.

**Signing up for Escort Ads on Various Websites**

**www.escortdater.com**

3.     The first thing I saw upon visiting www.escortdater.com was a notification that I must

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

1

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

be 18 years or older to browse the site.  In order to confirm my age, I simply had to click an enter button with the text "I am over 18."  There was a disclaimer immediately above this button with the text "By clicking ENTER, you confirm you've read and agree with our terms of use, otherwise please EXIT the site."  (See Exhibit 1, Figure 1)

4.    The next page seen was a list of different states with available escort advertisements.  A list of cities followed by the number of ads was directly below each state.  I quickly located Washington and clicked on Seattle.  (See Exhibit 1, Figure 2)

5.    The next page included choices such as Adult Personals, Adult Services, Adult Jobs, Adult Website Services, and Adult Businesses for Sale.  I selected Female Escorts under the heading of Adult Services. (See Exhibit 1, Figure 3)

6.    I could then see a list of advertisements that had been placed in that section.  The first ones listed had been placed on Monday, June 18, 2012.  I noticed a button at the top right corner of the page with the text "Post an Ad No fee, it's FREE!"  I clicked the button. (See Exhibit 1, Figure 4)

7.    The form to use to post an advertisement was directly below a list of posting rules.  Three rules were highlighted in yellow.  These rules required that I not post any material on the Site that exploits minors in any way; that I not post any material on the Site that in any way constitutes or assists in human trafficking; and that I am at least 18 years of age or older and not considered to be a minor in my state of residence.  Directly underneath these rules, the following text was displayed in red: "Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the Cybertipline.  The poster will be caught and the police will prosecute the poster to the full extent of the law." (See Exhibit 1, Figure 5)

8.    The mechanism for posting an advertisement on the site allowed me to upload a picture from my computer that would be included in the advertisement.  In order to locate a picture that I could post, I opened a new browser window and used Google to search

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

2

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

1  for an image of candy.  I downloaded and saved to my computer the first picture shown

2  in the search results, which happened to be a picture of M&M's®. (See Exhibit 1,

3  Figure 6)

4  9.      In addition to the mechanism allowing me to upload a picture from my computer, the

5  site also contained a form in which I was required to type the text for the advertisement

6  I sought to post.  I entered "Sweet as Candy, Come Play with ME" on the form for the

7  title and Seattle, WA for the location.  I entered "I'm a sweet young thing and you won't

8  be disappointed.  Incall only.  (206) 555-9654" for the body of the advertisement. (See

9  Exhibit 1, Figure 7)

10  10.     I scrolled down the page to continue entering the details of my advertisement.  I used

11  petalpusher11@gmail.com as an email contact address.  I used the browse button to

12  locate the candy picture I had downloaded to the computer desktop and uploaded it to

13  the site for posting.  I then entered a security code shown via a skewed graphic, also

14  known as a CAPTCHA, checked the box to indicate I agreed to the terms of use, and

15  clicked the Post Now button.  (See Exhibit 1, Figure 8)

16  11.     I checked the email account I entered when posting the ad and saw there was an email

17  from publisher@escortdater.com.  I needed to click a link in the email to publish my

18  advertisement.  I clicked the link.  (See Exhibit 1, Figure 9)

19  12.     I was then taken to the page at www.escortdater.com where I could see my completed

20  advertisement published on the site.  (See Exhibit 1, Figure 10)

21  **www.myproviderguide.com**

22  13.     I visited www.myproviderguide.com. (See Exhibit 2, Figure 1)

23  14.     There was a list of locations on the left side of the opening page from which I could

24  choose to place my advertisement.  I scrolled down, located Washington, and clicked

25  Seattle.  (See Exhibit 2, Figure 2)

26  15.     I was taken to the page for Seattle escort ads at

DECLARATION OF                                     3                    ATTORNEY GENERAL'S OFFICE
REBECCA HARTSOCK                                                        Criminal Justice Division
NO.  2:12-CV-00954-RSM                                                 800 Fifth Avenue, Suite 2000
                                                                       Seattle, WA  98104-3188
                                                                       (206) 464-6430

1    www.myproviderguide.com/escorts/seattle.  The latest Seattle escort free posts were

2    shown.  I saw a link to Create Post at the top of the page and clicked it.  (See Exhibit 2,

3    Figure 3)

4    16.    I was taken to www.myproviderguide.com/page/poststeps.html.  (See Exhibit 2, Figure

5    4)

6    17.    I filled out the form and entered Washington for the state, Seattle for the city, and

7    selected Female Escort for the category.  I used "Sweet as Candy, Come Play with ME"

8    for the title and "I'm a sweet young thing and you won't be disappointed. Incall only."

9    for the body of the advertisement. (See Exhibit 2, Figure 4)

10    18.    I used the Browse button to navigate to the saved picture of candy on my computer's

11    desktop to upload it with my advertisement and entered a fake phone number of 206-

12    555-9654. (See Exhibit 2, Figure 5)

13    19.    I scrolled down to the bottom of the page where I had to solve a simple math problem

14    in order to verify that my actions were generated by a person rather than an automated

15    computer mechanism.  I then clicked the Submit Post button.  (See Exhibit 2, Figure 6)

16    20.    In order to post my free advertisement, I had to create an account.  I used

17    summeadows@gmail.com for the email address and selected SumMeadows as my

18    screen name.  I selected a password and entered it twice as prompted.  I then clicked the

19    Create Account button.  (See Exhibit 2, Figure 7)

20    21.    The top of the page then showed "Your account has been successfully created!"

21    Directly below this text there were instructions to open the account activation email

22    that was sent to summeadows@gmail.com. (See Exhibit 2, Figure 8)

23    22.    I logged into the email account and found the account activation email.  I clicked on the

24    link provided in the email in order to verify my account.  (See Exhibit 2, Figure 9)

25    23.    My account was successfully verified.  (See Exhibit 2, Figure 10)

26    24.    I logged into my new account using my email address and password and could see the

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

4

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

title of the advertisement I had created.  I clicked the button to the right of the ad title with the label "Make Online." (See Exhibit 2, Figure 11)

25.  I then visited the site, and found that the advertisement I had submitted was now online. (See Exhibit 2, Figure 12)

**www.erosads.com**

26.  I visited www.erosads.com. (See Exhibit 3, Figure 1)

27.  I clicked the button labeled "Set up your account today!" to register to post an advertisement.  I entered Summer as my name and SumMeadows@gmail.com as my email address.  I entered a fake phone number of 206-555-9654, selected Washington for my state, entered a password, and set up "Favorite stuffed animal or pet?" with an answer of "dog" as my security question.  I then clicked the Submit button.  (See Exhibit 3, Figure 2)

28.  My password did not meet their requirements.  I was prompted to enter another one that had at least one number.  I selected a different password and clicked the Submit button again.  (See Exhibit 3, Figure 3)

29.  The registration page at www.erosads.com/account/register showed that my registration was successful.  I was instructed to check my email for an account activation link.  (See Exhibit 3, Figure 4)

30.  I located the account activation email in the inbox for SumMeadows@gmail.com and clicked on the activation link that was provided.  (See Exhibit 3, Figure 5)

31.  The activation link took me to a page that displayed an Advertiser Agreement.  (See Exhibit 3, Figure 5)

32.  At the bottom of the Advertiser Agreement there was a form to fill out before I could continue.  The form required entry of my legal name.  There was a notice below this with the following text: "Typing Your Legal Name Is Your Electronic Signature Indicating Your Acceptance And Agreement To The Terms And Conditions.  If You

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

5

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

1    Are Not The Person Named Above, Please Give Us A Call At 1-800-776-7786 (US) Or

2    0808-234-5996 (UK Freephone)." Below this notice was the option to upload a digital

3    copy of photo identification.  The method used to upload a copy of my ID was the same

4    as it was on previous sites to upload a photo for an escort advertisement.  I simply had

5    to have a digital copy of my ID on my computer, for example a picture of my driver's

6    license, and could use the Browse button to navigate to it, upload it, and submit it.  This

7    part was optional.  I clicked on the question mark next to the word Optional. (See

8    Exhibit 3, Figure 7)

9    33.    Clicking on the question mark opened a new browser window with the answer to a

10          frequently asked question of "Do I have to give you my ID?"  The site required an ID

11          "whenever the entertainer's age was brought into question" or "whenever the stated age

12          on the advertisement was under 22." (See Exhibit 3, Figure 8)

13   34.    I continued through the process of attempting to place an advertisement on this site.

14          However, I was not able to follow through with the process.  ErosAds required photos

15          that were submitted to be approved before use. (See Exhibit 3, Figure 9)

16   35.    In fact, I received an email from a customer service representative on the account I used

17          to register to place an advertisement on the site.  The email was sent at 10:04 a.m., 21

18          hours after I had initially attempted to create an advertisement.  The email stated that

19          they had reviewed my account and determined that they needed a color copy of my ID

20          or passport in order to verify my legal name before I could post an advertisement.

21          They needed this information before any advertisement could be placed online.  The ID

22          had to be valid (not expired) and had to be in color. (See Exhibit 3, Figure 10)

23   36.    I replied to the email to tell them that I did not have a scanner and asked if I could just

24          take a picture of my ID and send it to them.  My email was answered within 25 minutes

25          by a customer service representative identified as Sakinah.  The representative

26

1   responded that I was more than welcome to submit the ID using my camera phone or a

2   digital camera.  (See Exhibit 3, Figure 11)

3   37.   I called the 1-800-776-7786 which was listed in each email communication from Eros

4        Guide while I was waiting for the email response.  My call was answered by a customer

5        service representative who identified himself as Santiago.  I told him I was calling

6        because I didn't have a scanner and I wanted to know if they would accept a photo

7        taken with my cell phone.  Santiago told me that was actually the most common way

8        that photos of identification were submitted.  In fact, as long as they could read all of

9        the details on the identification, it did not matter what method I used to create a digital

10       copy.

11   **www.backpage.com**

12   38.   On June 20, 2012 I visited www.backpage.com.  I clicked on the words "post an ad" at

13       the top right area of the page.  (See Exhibit 4, Figure 1)

14   39.   There were two choices given to post an advertisement: one could either post an

15       advertisement locally or in multiple cities.  I selected the "post local ads" option.  (See

16       Exhibit 4, Figure 2)

17   40.   The next page contained a list of cities in which I could post the advertisement.  I

18       located Seattle, WA and clicked it.  (See Exhibit 4, Figure 3)

19   41.   I selected Adult Entertainment as the section for my advertisement.  (See Exhibit 5,

20       Figure 4)

21   42.   Within the Adult Entertainment section, I selected Escorts for the category. (See

22       Exhibit 6, Figure 5)

23   43.   The next page displayed the first step in what appeared to be a four step process to post

24       an advertisement.  The first step required me to select a city in Washington State.  I

25       selected Seattle.  (See Exhibit 4, Figure 6)

26   44.   I was then shown a list of "Posting Rules" followed by a Continue button.  I clicked the

1   Continue button. (See Exhibit 4, Figure 7)

2   45.   The following page contained a template which I was required to fill in, in order to post

3   my advertisement.  The template contained a number of required fields which were

4   highlighted in yellow ("Title," "Description," "Age" and email address).  There was

5   also a field for "Location." I entered my advertisement title, my age, my advertisement

6   description, and my email address.  (See Exhibit 4, Figure 8)

7   46.   I scrolled down the page to continue writing the advertisement.  The default selection

8   for email inquiries was to hide my email address from readers and forward email

9   inquiries directly to me.  There was also a default selection set to display links to my

10   other postings in the adult entertainment section.  As part of the posting process, I was

11   provided with a template to upload photographs for the advertisement.  These could be

12   uploaded in jpg., gif. or png. formats from my computer.  There were spaces on the

13   template for up to eight photographs.  I uploaded the picture of candy that I had used

14   for advertisements on other sites (described above) by clicking the browse button and

15   locating the photograph of the candy on my computer desktop. (See Exhibit 4, Figure

16   9)

17   47.   The template page gave me the options of automatically reposting the advertisement on

18   a prescribed basis (i.e. every 3 days for a specific period of time) or specially

19   "sponsor(ing)" or highlighting the advertisements with "thumbnail" posts on the right

20   side of the escorts category.  I did not select the recommended upgrades to

21   automatically repost the advertisement or to sponsor it.  I clicked the Continue button.

22   (See Exhibit 4, Figure 10)

23   48.   I was then allowed to preview my advertisement to make sure I didn't want to edit it.

24   After previewing it, I clicked the Place Ad Now button.  (See Exhibit 4, Figure 11)

25   49.   After I pressed the "Place Ad Now" button, an "Age Verification" page was displayed.

26   The page stated that since I was posting an ad for the first time, I was prompted to enter

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

8

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

1   my first and last name, date of birth, and zip code. Since I had listed my age as 18 when

2   writing the advertisement, I determined what my birth year would need to be in order to

3   be 18 years old now.  There was no requirement for uploading a color photocopy of my

4   ID as there had been on www.erosads.com.  I entered April 26, 1994 as my date of

5   birth and then clicked the continue button.  (See Exhibit 4, Figure 12)

6   50.   The next page required me to enter payment information.  This is where I stopped the

7   process.  (See Exhibit 4, Figure 13)

8   51.   The Backpage advertisement posting process was technologically substantially the

9   same as the process for www.erosads.com.  The www.erosads.com posting process

10   contained an upload option for a digital identification, i.e. a picture of my driver's

11   license, in situations where I either chose to provide it, or where the website requested

12   it.  This process would require that the person posting the advertisement either scan the

13   ID, or take a picture of her photo ID, either with a camera, webcam, or cell phone, and

14   upload it in the same manner in which the person's photograph is uploaded to the

15   website.  Backpage could require the same from its advertisers as well.

16   Technologically, the process is no different from uploading the picture that is already

17   included in the Backpage advertisement.

18   **The Internet Archive**

19   52.   The Internet Archive is a website found at http://archive.org that provides access to an

20   online library of archived web sites.  The archive includes several components of

21   various websites, such as "texts, audio, moving images, and software as well as

22   archived web pages." (See http://archive.org/about/about.php)

23   53.   The primary feature of the Internet Archive site is a feature known as the "Wayback

24   Machine."  The Wayback Machine allows visitors of the site to search the Internet

25   Archive to see if a web page is included in the archive, and if so, view the archived

26   version of it.  (See http://archive.org/about/faqs.php)

54. A web crawler program is used to automatically browse the Internet and create a copy of web pages to be stored in the Internet Archive. The Internet Archive only collects publicly accessible Web pages and excludes pages tagged for "robot exclusion" by their owners.  A site owner can also request removal of a Web site.  (See http://archive.org/about/faqs.php#23)

55. Web site owners can prevent a web crawler from archiving their Web site through the use of a robots.txt file.  This is known as the Robots Exclusion Protocol and can be easily implemented by placing a file named robots.txt in the top level directory of a Web site.  Typically the instructions found in this file prevent web crawlers from including all or part of a site in an archive. (See http://www.robotstxt.org/robotstxt.html)

56. "It generally takes 6 months or more (up to 24 months ) for pages to appear in the Wayback Machine after they are collected, because of delays in transferring material to long-term storage and indexing."  "In some cases, crawled content from certain projects can appear in a much shorter timeframe – as little as a few weeks from when it was crawled."  "There is no access to files before they appear in the Wayback Machine." (See http://archive.org/about/faqs.php#103)

57. The Internet Archive will remove certain content or disable access to content that appears to infringe the copyright or other intellectual property rights of others if the content is reported to The Internet Archive Copyright Agent.  (See http://archive.org/about/faqs.php#20)

58. The Internet Archive's Terms of Use specifically state that access to their archives is "granted for scholarship and research purposes only" and "you certify that your use of any part of the Archive's Collections will be noncommercial." The terms also include a statement that "some of the content available through the Archive may be governed by local, national, and/or international laws and regulations, and your use of such content

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

10

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

is solely at your own risk." Internet Archive users are instructed to refrain from acting in any way that might be harmful to minors, including transmitting or facilitating the transmission of child pornography." The Internet Archive may report this type of content to the authorities if it is discovered in the Archive. (See

http://archive.org/about/terms.php)

**Viewing Advertisements Through the Internet Archive (Wayback Machine)**

**www.escortdater.com**

59.     On July 6, 2012, I went to the Internet Archive website (archive.org) and typed "www.escortdater.com" into the Wayback Machine search box and clicked the "Take Me Back" button. (See Exhibit 5, Figure 1)

60.     The next page showed a full-page overlay window. I knew that the archived webpage was inaccessible because a page requiring the user to verify his age should have been visible. I could not see or click the verification button to verify that I was over 18. Although I could see a list of cities behind the overlay, I could not click on them. (See Exhibit 5, Figure 2)

61.     The live version of escortdater.com includes an overlay notification requiring the user to click a button to indicate he is 18 years or older.  (See Exhibit 1, Figure 1)

**www.myproviderguide.com**

62.     On July 6, 2012, I went to the Internet Archive website (archive.org) and typed "myproviderguide.com" into the Wayback Machine search box and clicked the "Take Me Back" button. (See Exhibit 5, Figure 3)

63.     The next page showed a calendar of the dates that the Internet Archive had a "snapshot." The most recent date for which the Internet Archive had a "snapshot" was July 5, 2011 and the archived dates ranged from January 27, 2009 to July 5, 2011. (See Exhibit 5, Figure 4).

64.      I clicked on July 2, 2011 and I was taken to a "snapshot" of myproviderguide.com

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

11

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

from July 5, 2011. This "snapshot" was a partial capture: the city-navigation bar on the left was incomplete. (See Exhibit 5, Figure 5)

65.    Although the city list was incomplete, I found "Seattle" by hovering the mouse pointer over the city names. (See Exhibit 5, Figure 6)

66.    I clicked on "Seattle" and I was taken to a page with a list of advertisements. Many of the pictures on this list were not archived. (See Exhibit 5, Figure 7)

67.    Then, I clicked on an advertisement that was originally posted on December 25, 2010. A banner appeared at the top of the next page stating "The Wayback Machine hasn't archived a capture for that URL. Here's a capture taken 0 minutes ago from the live web that will become part of the permanent archive in the next few months." This advertisement was not part of the archive and was only available because it was still on myproviderguide's website. (See Exhibit 5, Figure 8)

**www.erosads.com**

68.    I entered "eros-guide.com" into the Wayback Machine search box.  The next page showed a calendar containing the dates that have been archived. The archived "snapshots" range from December 12, 1998 to July 10, 2011. (Exhibit 5, Figure 9)

69.    I clicked on July 10, 2011 and the archived page from July 10, 2011 appeared. (See Exhibit 5, Figure 10).

70.    Then, I clicked on "Seattle." (See Exhibit 5, Figure 11)

71.    Next, the Eros Guide page for Seattle appeared and I clicked on "All Female Escorts." (See Exhibit 5, Figure 12)

72.    Instead of going to a full archive of the webpage, the "robot" message appeared and I was not able to view any advertisements. At the margin, I could see a hyperlink, which I clicked. (See Exhibit 5, Figure 13)

73.    The hyperlink took me to the live version of www.eros-seattle.com/robots.txt.  The file contained instructions that prevented the Internet Archive from saving the page. (See

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM                                      12                          ATTORNEY GENERAL'S OFFICE
                                                                                        Criminal Justice Division
                                                                                        800 Fifth Avenue, Suite 2000
                                                                                        Seattle, WA  98104-3188
                                                                                        (206) 464-6430

Exhibit 5, Figure 14)

**www.backpage.com**

74.   I entered "backpage.com" into the Wayback Machine search box. The calendar depicting the dates that Backpage.com had been captured appeared next. I clicked on July 21, 2011(See Exhibit 5, Figure 15).

75.   The next page showed a list of all the places where people had posted advertisements. I clicked on "Washington." (See Exhibit 5, Figure 16)

76.   Then, the categories of advertisements appeared. I clicked on "escorts." (See Exhibit 5, Figure 17)

77.   The disclaimer appeared. I continued by clicking on "I agree." (See Exhibit 5, Figure 18)

78.   The next page showed a list of advertisements from June 21, 2011. I clicked on the advertisement at the top of the list. (See Exhibit 5, Figure 19)

79.   A banner appeared at the top of the advertisement stating "The Wayback Machine hasn't archived a capture for that URL. Here's a capture taken 0 minutes ago from the live web that will become part of the permanent archive in the next few months." This advertisement was posted on June 21, 2011. There was a phone number listed in the advertisement. (See Exhibit 5, Figure 20)

80.   I tried to find the live version of this advertisement on the normal Backpage.com website, but I was unable to find the advertisement. In fact, I could not find any 2011 advertisements on Backpage.com. I tried calling the number in the advertisement to see if it was possible to still contact the escort based on the archived advertisement. I immediately heard a message stating that the customer had not set up a voice mail box and the call was disconnected.

81.   Then, I clicked on "click here" to reply to the advertisement and a page appeared that stated "Page cannot be crawled or displayed due to robots.txt." Below, a hyperlink

DECLARATION OF
REBECCA HARTSOCK
NO. 2:12-CV-00954-RSM

13

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-6430

1 | appeared ("posting.washington.backpage.com/robots.txt"). (See Exhibit 5, Figure 21)

2 | 82. Next, I clicked on the hyperlink and I was able to view the robots.txt file that included

3 | directions to stop web crawlers from archiving the page. (See Exhibit 5, Figure 22)

4 | 83. I started over and, after I entered "backpage.com" into the search box for the Wayback

5 | Machine, the calendar of web "snapshots" appeared. At the top, I clicked on the 2010

6 | calendar. Once at the 2010 calendar, I clicked on July 11, 2010. (See Exhibit 5, Figure

7 | 23)

8 | 84. The next page contained a list of all the available "metro areas." I clicked on "seattle,

9 | wa." (See Exhibit 5, Figure 24)

10 | 85. Then, the list of advertisement categories appeared. I clicked on "escorts." (Exhibit 5,

11 | Figure 25)

12 | 86. The user agreement appeared, so I clicked "I agree." (Exhibit 5, Figure 26)

13 | 87. Then, a list of advertisements for July 23, 2010 appeared. I clicked on the

14 | advertisement at the top of the page. (Exhibit 5, Figure 27)

15 | 88. The archived advertisement that appeared was originally posted on August 28, 2010.

16 | The advertisement contained pictures and a phone number. (Exhibit 5, Figure 28)

17 | 89. I clicked on "click here" to reply to the advertisement and the next page stated "Hrm.

18 | Wayback Machine doesn't have that page archived. It doesn't seem to be available on

19 | the live web, either. Want to search for all archived pages under

20 | http://seattle.backpage.com/FemaleEscorts/classifieds/ ?" (Exhibit 5, Figure 29)

21 | 90. I went back to the list of advertisements from July 23, 2010. I clicked on the

22 | advertisement that was second from the top. (Exhibit 5, Figure 30)

23 | 91. At the top of the next page was text reading, "The requested ad could not be found or

24 | was recently deleted." The page then listed some "Recent escort ads." (Exhibit 5,

25 | Figure 31).

26 | 92. I was unable to view any current escort advertisements through the Internet Archive.

DECLARATION OF
REBECCA HARTSOCK
NO.  2:12-CV-00954-RSM

14

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-6430

1   Any advertisements that I was able to find in the Internet Archive appeared to be

2   outdated and the normal path that a user would follow to respond to the advertisements

3   was broken due to incomplete archiving.

4

5   DATED this _9th_ day of July, 2012, at Seattle, Washington.

6                    ROBERT M. MCKENNA
                     Attorney General
7

8                    *Rebecca Hartsock*

9                    REBECCA HARTSOCK
                     Computer Investigative Specialist
10                   Attorney General's Office
                     800 5th Avenue, Suite 2000
11                   Seattle, WA 98104
                     Telephone (206) 389-2736; Fax (206)587-5636

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF                        15