# Hartsock Declaration 7/9/12

# Exhibit 1



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



You agree to the following when posting in this category:

- I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts;
- I will not post any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;
- I will not post any material on the Site that exploits minors in any way;
- I will not post any material on the Site that in any way constitutes or assists in human trafficking;
- I am at least 18 years of age or older and not considered to be a minor in my state of residence.

Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the Cybertipline. The poster will be caught and the police will prosecute the poster to the full extent of the law.

Any post with terms or misspelled versions of terms implying an illegal service will be automatically rejected. Examples of such terms include without limitation: "greek", ""gr33k", bbbj", "blow", "trips to greece", etc.

Postings violating these rules and our Terms of Use are subject to removal.

Your ad will be displayed for **60 days** on all sites in our network: LocalEscortPages.com, FindHotEscorts.com, LocalAdultPages.com, ProviderAds.com, HotEscortPages.com, EscortDater.com and SuperEscortPages.com

**Title:**
Sweet as Candy, Come Play with ME

**Location:**
Seattle, WA

**Post:** *
I'm a sweet young thing and you won't be disappointed. Incall only.

(206) 555-9654

**Your Email:** *

**Re-type email:** *

- Do not display my email
- Do not display my email but allow users

Figure 7



Figure 8



Figure 9



Figure 10