# Hartsock Declaration 7/9/12

# Exhibit 3



Figure 1



**Figure 2**



**Figure 3**



Figure 4



**Figure 5**



Figure 6



Figure 7



**Figure 8**



**Figure 9**



Figure 10



Figure 11