# Hartsock Declaration 7/9/12

# Exhibit 4



Figure 1



**Figure 2**



Figure 3



Figure 4



**Figure 5**



**Figure 6**


**Figure 7**



**Figure 8**



**Figure 9**

**Figure 10**



**Figure 11**



**Figure 12**

**Figure 13**