# Hartsock Declaration 7/9/12

# Exhibit 5



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8



Figure 9



Figure 10



Figure 11



**Figure 12**



Figure 13



**Figure 14**



Figure 15



Figure 16



Figure 17



Figure 18



Figure 19



Figure 20



Figure 21



User-agent: *
Disallow: /

**Figure 22**



Figure 23



Figure 24



Figure 25



Figure 26

Figure 27



Figure 28



Figure 29

http://web.archive.org/web/20100723132452/http://seattle.backpage.com/FemaleEsc

seattle - escorts - backpage...

File   Edit   View   Favorites   Tools   Help

Convert   Select

INTERNET ARCHIVE
WayBackMachine

http://seattle.backpage.com/FemaleEscorts/   Go

5 captures
20 Jan 10 - 8 Aug 1

JAN   JUL   AUG
◄ 23 ►
2009   2010   2011

Close ✖

Help ?

**backpage.com**   seattle, wa   free classifieds

Post an Ad

backpage.com > seattle adult entertainment > seattle escorts

sex forums

All | Bellingham | Everett | Moses Lake | Olympia | Pullman / Moscow | Seattle | Skagit County | Spokane | Tacoma | Tri-Cities, WA | Wenatchee | Yakima

keyword     escorts ▼     search     ☐ Images only

view of ads: full | brief     sort by: Date | Photo

Fri. Jul. 23

((NEW FACE)) visiting ONLY short WHILE ((NEW FACE)) - 21 📷 (Sea-Tac (o/c to all surrounding areas))

spend some time with rosie - 20 📷 (SOUTH KING COUNTY)

Brook ~~ Your blue eyes Dream girl! Visiting Seattle till the 29th! 📷 (Seattle)

Choose Joy... 📷 (Seattle)

Sexy Soccer Mom Sensual Massage - 42 📷 (North Seattle)

.~-***~-. E x X x o T i C * b L o N d E .~-***~-. - 23 📷 (OUTCALLS!!)

hot and sweet Hellen - 25 📷 (bellevue@renton)

XXX Starr Back N The Town Ready 2 Shine - 20 📷 (seattle/surrounding areas)

*•·¦·•* BREATH *•·¦·•* TAKING *•·HEAD¦·•* All FeTISHES WeLcOmE 📷 (Seatac in/ out)

im looking for allday action - 30 📷 (aurora ave/airport)

i need allday action. - 30 📷 (international blvd/airport)

•·*SeXy, SeDuCtIve and CLAsSy!! *80SPeciALS80* Need i Say More?•·* ⊞ 📷 (SEATAC,SEATTLE,RENTON IN/OUT)

~ (SliDe) in & eXXXpoLDe ~ $pecial 150 hour 90 half $pecial ~ 📷 (Tukwilla)

******* Love in Bellevue ******* "2 girl special" ****** - 28 📷 (Bellevue)

Exotic Treat! 📷 (northgate)

"100% real cum see for your self" - 23 📷 (kirkland,bellevue,seattle)

Do you like to eat sushi? 📷
Then you'll love me! The only
difference is I'm warm,... Renton

✖   ✖   ✖

Nina@nina 📷
Hi my name is Nina,am from Thai
i do full... kent

✖   ✖

~*** FRESH *** SexXxy ***
YOUNG ***BrUnEtTe ***
LeTs pLaY! ***~ 📷
Hello gentlemen, my name is
Allissa. I am a sexy,... Incall/outcall

Sweet Apple 📷
Hello Gentlemen, I am Apple
exotic girl from Thailand. Am...
Bellevue

✖   ✖   ✖

~~Pre book Sexy Latin Mixed
beauty in town 07/21~07/26

http://web.archive.org/web/20100723132452/http://seattle.backpage.com/FemaleEscorts/spend-some-time-with-rosie-20/5376944

🔍 100% ▼

10:00 AM
7/6/2012

Figure 30



Figure 31