|    |    |
|----|----|
|    | The Honorable RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM, LLC, | NO. C12-954-RSM |
| Plaintiff, | DECLARATION OF LANA WEINMANN |
| and | |
| THE INTERNET ARCHIVE | |
| Plaintiff Intervenor | |
| v. | |
| ROBERT M. MCKENNA, Attorney General of Washington State, et al, | |
| Defendants, in their official capacities. | |

I, Lana S. Weinmann, hereby declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am over the age of eighteen and am a resident of the state of Washington.

2. I am an Attorney with the Washington State Attorney General's Office Criminal Justice Division, and I represent the defendant Rob McKenna in this matter. I submit this declaration in support of Attorney General and Prosecuting Attorneys' Opposition to Plaintiffs' Motions for Preliminary Injunction.

3. Attached hereto as Exhibit A is a true and accurate copy of *The National Report on Domestic Minor Sex Trafficking; America's Prostituted Children* (2009) (Executive

DECLARATION OF
LANA WEINMANN
NO. C12-954-RSM

1

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-6430

Summary) that I downloaded from the web site of Shared Hope International, at http://www.sharedhope.org/Portals/0/Documents/SHI_National_Report_on_DMST_2009.pdf.

DATED this 10th day of July, 2012, at Seattle, Washington.

ROBERT M. MCKENNA
Attorney General

*[signature]*

LANA S. WEINMANN
Senior Assistant Attorney General
Attorney General's Office
800 5th Avenue, Suite 2000
Seattle, WA 98104
Telephone (206) 389-2022; Fax (206)587-5088

DECLARATION OF
LANA WEINMANN
NO. C12-954-RSM

2

ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-6430