# Exhibit A

# backpage.com

Post an Ad

seattle, wa  free classifieds

backpage.com > seattle adult entertainment > seattle escorts

## Ari - 19

Report Ad

Posted: Thursday, June 7, 2012 3:53 PM

Reply: click here

Hi My Name Is Ari And Im 19 Years Old Im Whitee Im 5;8 I WY 180 Im
Thick In All The Right Places I Have DD 40 Tits N A Big Booty :)

Federal Way Wa 98003

▃▃▃▃▃ Call Me

15-20Mn:60$$
30Min: 90$$
1Hr:120$$

Poster's age: 19

  • Location: Federal Way

  • Post ID: 9806602 seattle

Email this ad



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

Account Login | Affiliate Program | Blog | Help | Privacy Policy | Terms of Use | Popular Adult Searches | Promote Us | User Safety | backpage.com  © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# Exhibit B

deedee - wenatchee escorts - backpage.com                        Page 1 of 5

This is Google's cache of http://wenatchee.backpage.com/FemaleEscorts/deedee-18/9840318. It is a snapshot of the page as it appeared on Jun 12, 2012 03:49:52 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **backpage 9840318**                        Text-only version

**wenatchee, wa**  free classifieds



backpage.com > wenatchee adult entertainment > wenatchee escorts

# deedee - 18                                                          Report Ad
Posted: Sunday, June 10, 2012 9:58 PM

**Reply**: click here



Enlarge Picture

Hi My Name Is DeeDee N Im 18 Im 5;8 I Way 180 Think In All The Right Places N I Have DD 40 Tits :)
Federal Way Wa

deedee - wenatchee escorts - backpage.com



Enlarge Picture



Enlarge Picture

15-20Min:60$$
30Min:80$$
1Hr:110$$

deedee - wenatchee escorts - backpage.com                    Page 3 of 5



Enlarge Picture



Enlarge Picture

Poster's age: 18

• Location: Federal Way

deedee - wenatchee escorts - backpage.com                                    Page 4 of 5



Enlarge Picture



Enlarge Picture

- Post ID: **9840318** wenatchee

**Email this ad**

Case 2:12-cv-00954-RSM Document 46-1 Filed 07/10/12 Page 9 of 30

deedee - wenatchee escorts - backpage.com

Account Login | Affiliate Program | Blog | Help | Privacy Policy | Terms of Use | Popular Adult Searches | Promote Us |
User Safety | **backpage**.com © Copyright 2012

wenatchee.**backpage**.com is an interactive computer service that enables access by multiple users and should not be treated as the
publisher or speaker of any information provided by another information content provider.

# Exhibit C

**Richey, Valiant**

| | |
|---|---|
| **From:** | Novisedlak, Todd <Todd.Novisedlak@seattle.gov> |
| **Sent:** | Tuesday, June 19, 2012 11:55 AM |
| **To:** | Richey, Valiant |
| **Subject:** | FW: Child Exploitation Report |

Val,

here's the BP response from June 12 when I advised Cheyene was a verified juvenile.  Standby for follow up email......


Detective Todd Novisedlak #5884
Seattle Police Vice Section
High Risk Victims Unit,  B751A
FBI Innocence Lost Task Force
610 5th Avenue, PO Box 34986
Seattle, WA  98124-4986
(206) 684-8666 desk
(206) 684-4635 fax
todd.novisedlak@seattle.gov

---

From: Abuse Backpage [bp-abuse@backpage.com]
Sent: Tuesday, June 12, 2012 8:40 AM
To: Novisedlak, Todd
Cc: Andrew Backpage
Subject: Re: Child Exploitation Report


Detective Novisedlak,

Our Abuse Dept removed the ads as you requested Monday evening.  Thank you for bringing this to our attention.

James Hammer

On Mon, Jun 11, 2012 at 7:40 PM, Novisedlak, Todd
<Todd.Novisedlak@seattle.gov<mailto:Todd.Novisedlak@seattle.gov>> wrote:

http://washington.backpage.com/FemaleEscorts/deedee-18/9840318




The above listed ad depicts a verified juvenile. Please take down this and other ads by the same user.


Detective Todd Novisedlak #5884
Seattle Police Vice Section
High Risk Victims Unit,  B751A
FBI Innocence Lost Task Force
610 5th Avenue, PO Box 34986
Seattle, WA  98124

1

# Exhibit D

## backpage.com

seattle, wa free classifieds

Post an Ad

backpage.com > seattle adult entertainment > seattle escorts

Report Ad

## Cindy Tha Thickkk Whitee Gurl :) - 18

Posted: Thursday, June 14, 2012 12:09 AM

Reply: click here

Hi My Name Is Cindy N Im 18Years Old N Im 5;8 N Way 180 N Im Whitee Mexican N Black N Im Looking
Foree Sum Fun :)
Sea-Tac Wa

▇▇▇▇▇▇

15-20Min-60$$
30Min-80$$
1Hr-110$$

Poster's age: 18

- Location: Sea Tac

- Post ID: 9866875 seattle

- Other ads by this user:

    Ari - 18 ⚥ (Federal Way) adult entertainment; escorts

    CeCe - 18 ⚥ (Federal Way) adult entertainment; escorts

Email this ad



Enlarge Picture



Enlarge Picture

Account Login | Affiliate Program | Blog | Help | Privacy Policy | Terms of Use | Popular Adult Searches | Promote Us | User Safety | backpage.com © Copyright 2012

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

(206) 684-8666 desk
(206) 684-4635 fax
todd.novisedlak@seattle.gov<mailto:todd.novisedlak@seattle.gov>

# Exhibit E

Star Tha Thickkk Whitee Gurl :) - seattle escorts - backpage.com          Page 1 of 1

seattle, wa free classifieds

Post an Ad

backpage.com > seattle adult entertainment > seattle escorts

Report Ad

# Star Tha Thickkk Whitee Gurl :) - 19
Posted: Friday, June 15, 2012 8:50 PM

Reply: click here



Hi Im Star N Im 19 N Im 5;8 N I Way 180 N Im Thickness In All Thee Right Places N I Havee Big Tities N Im Looking Foree Sum Funn So Hit Me Up ;D
Federal Way Wa

███████

15-20Min+60$$
30Min-80$$
1Hr-110$$

Poster's age: 19

• Location: Federal Way

• Post ID: 9884350 seattle

• Other ads by this user:

Miss.Whitee Chocalate Tha Sexli Whitee Gurl:) - 18 ☁(Federal Way)adult entertainment: escorts

Miss.CoCo Tha Sexil Whitee Gurl:) - 19 ☁(Federal Way)adult entertainment: escorts

Star Tha Thickkness Bitch :) - 20 ☁(Federal Way)adult entertainment: escorts

Sabrina Ummm ThickkNess :) - 20 ☁(Federal Way)adult entertainment: escorts

NeNe Tha Thickkk Whitee Gurl :) - 20 ☁(Federal Way)adult entertainment: escorts

Enlarge Picture

**Email this ad**

Account Login | Affiliate Program | Promote Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safety | backpage.com  © Copyright 2012

seattle.backpage.com is an interactive computer service that enablesaccess by multiple users and should not betreated asthe publisher or speaker of any information provided by another information content provider.

# Exhibit F

NeNe Tha Thickkk Whitee Gurl :) - washington escorts - backpage.com                     Page 1 of 1

washington, wa free classifieds

Post an Ad

backpage.com > washington adult entertainment > washington escorts                     Report Ad

# NeNe Tha Thickkk Whitee Gurl :) - 20
Posted: Monday, June 18, 2012 1:29 PM

Reply: click here

Hi Im Ne-Ne N Im 20 I Got Big Titties N A Big Booty Im 5;8 N Way 180 N Im Thick In All The Right Places
N Im A Kool Person So Hit Me Up If Yuhh Wanna Meet Me :D
Federal Way Wa

███████

15-20Min-60$$
30Min-80$$
1Hr-110$$

Poster's age: 20

- Location: Federal Way

- Post ID: 9909799 washington

- Other ads by this user:

    Miss.Whitee Chocalate Tha Sexii Whitee Gurl:) - 18 ☎(Federal Way)adult entertainment: escorts

    Miss.CoCo Tha Sexii Whitee Gurl:) - 19 ☎(Federal Way)adult entertainment: escorts

    Star Tha Thickkness Bitch :) - 20 ☎(Federal Way)adult entertainment: escorts

    Sabrina Ummm ThickkNess :) - 20 ☎(Federal Way)adult entertainment: escorts

    Clorissa Tha Thickkk Whitee Gurl :) - 20 ☎(Federal Way)adult entertainment: escorts

**Email this ad**



Enlarge Picture



Enlarge Picture

Account Login | Affiliate Program | Promote Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safely | backpage.com © Copyright 2012

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# Exhibit G

Sabrina Ummm ThickkNess :) - washington escorts - backpage.com

Page 1 of 1

**washington, wa** free classifieds

Post an Ad

backpage.com > washington adult entertainment > washington escorts

Report Ad

# Sabrina Ummm ThickkNess :) - 20
Posted: Tuesday, June 19, 2012 10:18 PM

**Reply:** click here

Hi Im Sabrina N Im 20 N Im A Whitee Gurl N Im 5;8 N Way 180 N Im Thick In All The Right Places :) Hit Me Up If Yuhh Wanna Talk
Federal Way Wa



████████

15-20Min-60$$
30Min-80$$
1Hr-110$$

Poster's age: 20

- Location: Federal Way

- Post ID: 9919995 washington

- Other ads by this user:

  Miss.Whitee Chocalate Tha Sexil Whitee Gurl:) - 18 ☎(Federal Way)adult entertainment : escorts

  Miss.CoCo Tha Sexil Whitee Gurl:) - 19 ☎(Federal Way)adult entertainment : escorts

  Star Tha Thickness Bitch :) - 20 ☎(Federal Way)adult entertainment : escorts

  NeNe Tha Thickkk Whitee Gurl :) - 20 ☎(Federal Way)adult entertainment : escorts

  Clorissa Tha Thickkk Whitee Gurl :) - 20 ☎(Federal Way)adult entertainment : escorts

Enlarge Picture

**Email this ad**

Account Login | Affiliate Program | Promote Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safety | backpage.com  © Copyright 2012

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

Exhibit H

Star Tha Thickkness Bitch :) - washington escorts - backpage.com                    Page 1 of 1

washington, wa free classifieds

Post an Ad

backpage.com > washington adult entertainment > washington escorts

Report Ad

# Star Tha Thickkness Bitch :) - 20
Posted: Wednesday, June 20, 2012 11:51 AM

Reply: click here

Hi Im Star N Im 20 N Im 5;8 N Way 180 N Big Tities N A Big Booty N Im A Fun Person Teew Meet Me A
See :)
Federal Way Wa



████████

15-20Min-60$$
30Min-80$$
1Hr-110$$

Poster's age: 20

• Location: Federal Way

• Post ID: 9926062 washington

• Other ads by this user:

Miss.Whitee Chocalate Tha Sexil Whitee Gurl:) - 18 ☎(Federal Way)adult entertainment: escorts

Miss.CoCo Tha Sexil Whitee Gurl:) - 19 ☎(Federal Way)adult entertainment: escorts

Sabrina Ummm ThickkNess :) - 20 ☎(Federal Way)adult entertainment: escorts

NeNe Tha Thickkk Whitee Gurl :) - 20 ☎(Federal Way)adult entertainment: escorts

Clorissa Tha Thickkk Whitee Gurl :) - 20 ☎(Federal Way)adult entertainment: escorts

Enlarge Picture

**Email this ad**

Account Login | Affiliate Program | Promote Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safety | backpage.com  © Copyright 2012

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# Exhibit I

Miss.CoCo Tha Sexii Whitee Gurl:) - washington escorts - backpage.com       Page 1 of 2

**washington, wa** free classifieds

Post an Ad

backpage.com > washington adult entertainment > washington escorts

Report Ad

# Miss.CoCo Tha Sexii Whitee Gurl:) - 19

Posted: Wednesday, June 20, 2012 4:25 PM

Reply: click here

Hi My Name Is Miss CoCo N Im 5;8 N Way 180 N Im Thickk In All The Right Places N Im A Very Funni Person N I Wanna Have Sum Fun Hit Me Up :)

FEDERAL WAY

███████

15-20Min-60$$
30Min-80$$
1Hr-110$$

Poster's age: 19

- Location: Federal Way

- Post ID: 9927532 washington

- Other ads by this user:

    Miss.Whitee Chocalate Tha Sexii Whitee Gurl:) - 18 ✉(Federal Way)adult entertainment: escorts

    Star Tha Thickkness Bitch :) - 20 ✉(Federal Way)adult entertainment: escorts

    Sabrina Ummm ThickkNess :) - 20 ✉(Federal Way)adult entertainment: escorts

    NeNe Tha Thickkk Whitee Gurl :) - 20 ✉(Federal Way)adult entertainment: escorts

    Clorissa Tha Thickkk Whitee Gurl :) - 20 ✉(Federal Way)adult entertainment: escorts

**Email this ad**



Enlarge Picture



Enlarge Picture

Miss.CoCo Tha Sexii Whitee Gurl:) - washington escorts - backpage.com                    Page 2 of 2



Enlarge Picture

Account Login | Affiliate Program | Promote Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safety | backpage.com  © Copyright 2012

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# Exhibit J

Miss.Whitee Chocalate Tha Sexii Whitee Gurl:) - washington escorts - backpage.com          Page 1 of 2

washington, wa free classifieds

Post an Ad

backpage.com > washington adult entertainment > washington escorts

Report Ad

# Miss.Whitee Chocalate Tha Sexii Whitee Gurl:) - 18
Posted: Thursday, June 21, 2012 4:44 PM

**Reply:** click here

Hi Im Miss Chocalate N Im 18 N Think In All The Right Places N Im 5;8 N Way 180 Im Whitee Mexican
Black I Have Big Tits So If Yuhh Like Wat U See Hit Me Up :)
Federal Way Wa



15-20Min-60$$
30Min-80$$
1Hr-110$$

Poster's age: 18

- Location: Federal Way

- Post ID: 9936107 washington

Enlarge Picture

- Other ads by this user:

   Miss.CoCo Tha Sexii Whitee Gurl:) - 19 🚫(Federal Way)adult entertainment: escorts

   Star Tha Thickkness Bitch :) - 20 🚫(Federal Way)adult entertainment: escorts

   Sabrina Ummm ThickkNess :) - 20 🚫(Federal Way)adult entertainment: escorts

   NeNe Tha Thickkk Whitee Gurl :) - 20 🚫(Federal Way)adult entertainment: escorts

   Ciorissa Tha Thickkk Whitee Gurl :) - 20 🚫(Federal Way)adult entertainment: escorts



**Email this ad**

Enlarge Picture

Miss.Whitee Chocalate Tha Sexii Whitee Gurl:) - washington escorts - backpage.com          Page 2 of 2



Enlarge Picture

Account Login | Affiliate Program | Promote Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safety | backpage.com   © Copyright 2012

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# Exhibit K

CeeCee Tha Thickk Whitee Gurl :) - seattle escorts - backpage.com   http://seattle.backpage.com/FemaleEscorts/ceecee-tha-thickk-whitee-...

seattle, wa  free classifieds

[Postad Ad]

backpage.com > seattle adult entertainment > seattle escorts

# CeeCee Tha Thickk Whitee Gurl :) - 19
Posted: Friday, June 22, 2012 6:03 PM

Reply: click here

Hi Im CeeCee N Im 19 Im 5ft N Way 160 Im Thickk I n All Tha Right
Places N Im Looking Forea Sum Fun Also Im Mexican Whitee N Also
Black So :D
I n love With ya :)

15-206th Class
Dublin 2055
II b. 1013

Poster's age: 19

• Location: Federal Way

• Post ID: 12584052 seattle

Miss Whitee Chocolate Tha Sexii Whitee Gurl :) - 18 (e)

Miss CeCo Tha Sexii Whitee Gurl :) - 19 (e)

Star Tha Thickkness Bitch :) - 20 (e)

Sabrina Ummm ThickkNess ;) - 20 (e)

NeNe Tha Thickkk Whitee Gurl :) - 20 (e)

Email this ad

Report Ad





