The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM LLC, <br><br> Plaintiff, <br><br> and <br><br> THE INTERNET ARCHIVE, <br><br> Plaintiff Intervenor, <br><br> vs. <br><br> ROB MCKENNA, Attorney General of Washington, et al., <br><br> Defendants, in their official capacities. | No. C12-954-RSM <br><br> ANSWER TO COMPLAINT IN INTERVENTION FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF REGARDING SB 6251 |

Defendant DANIEL T. SATTERBERG, King County Prosecuting Attorney and defendants RANDY J. FLYCKT, Adams County Prosecuting Attorney; ANDREW K. MILLER, Benton County Prosecuting Attorney; GARY RIESEN, Chelan County Prosecuting Attorney; DEBORAH S. KELLY, Clallam County Prosecuting Attorney; ANTHONY F. GOLIK, Clark County Prosecuting Attorney; REA L. CULWELL, Columbia County Prosecuting Attorney; SUSAN I. BAUR, Cowlitz County Prosecuting Attorney; STEVEN M. CLEM, Douglas County Prosecuting Attorney; MICHAEL SANDONA, Ferry County Prosecuting Attorney; SHAWN SANT, Franklin

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1  County Prosecuting Attorney; MATTHEW L. NEWBERG, Garfield County Prosecuting Attorney;
2  ANGUS LEE, Grant County Prosecuting Attorney; H. STEWARD MENEFEE, Greys Harbor
3  County Prosecuting Attorney; GREGORY M. BANKS, Island County Prosecuting Attorney;
4  SCOTT ROSEKRANS, Jefferson County Prosecuting Attorney; GREG ZEMPEL, Kittitas County
5  Prosecuting Attorney; LORI LYNN HOCTOR, Klickitat County Prosecuting Attorney;
6  JONATHAN L. MEYER, Lewis County Prosecuting Attorney; JEFF BARKDULL, Lincoln
7  County Prosecuting Attorney; MICHAEL DORCY, Mason County Prosecuting Attorney; KARL
8  SLOAN, Okanogan County Prosecuting Attorney; DAVID J. BURKE, Pacific County Prosecuting
9  Attorney; THOMAS A. METZGER, Pend Oreille County Prosecuting Attorney; MARK
10 LINDQUIST, Pierce County Prosecuting Attorney; RANDALL K. GAYLORD, San Juan County
11 Prosecuting Attorney; RICHARD A. WEYRICH, Skagit County Prosecuting Attorney; ADAM N.
12 KICK, Skamania County Prosecuting Attorney; MARK K. ROE, Snohomish County Prosecuting
13 Attorney; STEVE TUCKER, Spokane County Prosecuting Attorney; JON TUNHEIM, Thurston
14 County Prosecuting Attorney; DANIEL BIGELOW, Wahkiakam County Prosecuting Attorney;
15 JAMES L. NAGLE, Walla Walla County Prosecuting Attorney; DAVID S. McEACHRAN,
16 Whatcom County Prosecuting Attorney; DENIS P. TRACY, Whitman County Prosecuting
17 Attorney; JAMES P. HAGARTY, Yakima County Prosecuting Attorney, in their official capacities,
18 herewith "defendants" in answer to plaintiff's Amended complaint to Declare Invalid and Enjoin
19 Enforcement of Washington Senate Bill 6251 for Violation of the Communications Decency Act,
20 and The First and Fourteenth Amendments and Commerce Clause of the United States Constitution
21 admit, deny and state as follows:

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

**INTRODUCTION**

1. Defendants admit only that this is an action pursuant to 42 U.S.C. §1983 and the Declaratory Judgment Act, 28 U.S.C. §2201, to enjoin enforcement of a new Washington law, Senate Bill 6251 9SB 6251". All other allegations contained in paragraph 1 of plaintiff-intervenor's complaint are denied.

2. Defendants admit only that SB 6251 purpose is to prevent sex trafficking of children, that advertising commercial sexual abuse of a minor is a class c felony subject to criminal penalties under Washington law, and that SB 6251 applies to a person who "knowingly publishes, disseminates, or displays, or causes directly or indirectly to be published, disseminated, or displayed any advertisement for a commercial sex act, which is to take place in the state of Washington and that includes the depiction of a minor. All other allegations contained in paragraph 2 of plaintiff-intervenor's complaint are denied.

3. Defendants admit only that in a prosecution under SB 6251 "it is not a defense that the defendant did not know the age of the minor depicted in the advertisement." Defendants further admit only that it is a defense that "the defendant made a reasonable bona fide attempt to ascertain the true age of the minor depicted in the advertisement". All other allegations contained in paragraph 3 of plaintiff-intervenor's complaint are denied.

4. Defendants lack knowledge sufficient to form a belief as to the truth or the falsity of the allegations regarding Tennessee, New York and New Jersey and therefore deny the same. All other allegations contained in paragraph 4 of plaintiff-intervenor's complaint are denied.

5. Defendants admit only that the Court temporarily enjoined enforcement of SB 6251. Defendants deny all other allegations contained in paragraph 5 of plaintiff-intervenor's complaint.

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

**PARTIES**

6. Defendants admit the allegations contained in paragraph 6 of plaintiff-intervenor's complaint.

7. Defendants admit the allegations contained in paragraph 7 of plaintiff-intervenor's complaint.

8. Defendants admit the allegations contained in paragraph 8 of plaintiff-intervenor's amended complaint.

9. Defendants admit the allegations contained in paragraph 9 of plaintiff-intervenor's amended complaint.

**JURISDICTION AND VENUE**

10. Defendants admit the allegations contained in paragraph 10 of plaintiff-intervenor's complaint.

11. Defendants deny the allegations contained in paragraph 11 of plaintiff-intervenor's complaint.

12. Defendants admit the allegations contained in paragraph 12 of plaintiff-intervenor's complaint.

**FACTUAL ALLEGATIONS**

13. Defendants admit only that the Internet Archive is a 501(c)(3) non-profit. Defendants are without information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 13 of plaintiff-intervenor's complaint and therefore deny the same.

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

14. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of plaintiff-intervenor's complaint and therefore deny the same.

15. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 of plaintiff-intervenor's complaint and therefore deny the same.

16. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of plaintiff-intervenor's complaint and therefore deny the same.

17. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 17 of plaintiff-intervenor's complaint and therefore deny the same.

18. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of plaintiff-intervenor's complaint and therefore deny the same.

19. Defendants admit only that in September 2010, Craigslist did remove the adult services category from its website. Defendants are without information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 19 of plaintiff-intervenor's complaint and therefore deny the same.

20. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 20 of plaintiff-intervenor's complaint and therefore deny the same.

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

21. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 21 of plaintiff-intervenor's complaint and therefore deny the same.

22. Defendants admit the allegations contained in paragraph 22 of plaintiff-intervenor's complaint and therefore deny the same.

23. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 23 of plaintiff-intervenor's complaint and therefore deny the same.

24. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 24 of plaintiff-intervenor's complaint and therefore deny the same.

25. Defendants admit the allegations contained in paragraph 25 of plaintiff-intervenor's complaint.

26. Defendants deny the allegations contained in paragraph 26 of plaintiff-intervenor's complaint.

27. Defendants deny the allegations contained in paragraph 27 of plaintiff-intervenor's complaint.

**CLAIM I: VIOLATION OF THE COMMUNICATIONS DECENCY ACT, 47 U.S.C. §230, PURSUANT TO 42 U.S.C. §1983**

28. Answering paragraph 28 of plaintiff-intervenor's complaint, defendants re-allege their previous responses to plaintiff's amended complaint as if fully set forth herein.

ANSWER TO INTERNET ARCHIVE'S COMPLAINT IN INTERVENTION
(C12-954-RSM) - 6

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

29. Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 29 of plaintiff-intervenor's complaint and therefore deny the same.

30. Defendants deny the allegations contained in paragraph 30 of plaintiff-intervenor's complaint.

31. Defendants deny the allegations contained in paragraph 31 of plaintiff-intervenor's complaint.

32. Defendants deny the allegations contained in paragraph 32 of plaintiff-intervenor's complaint.

**CLAIM II: VIOLATION OF THE FIRST AND FOURTEENTH AMENDMENTS OF THE CONSTITUTION, PURSUANT TO 42 U.S.C. §1983**

33. Answering paragraph 33 of plaintiff-intervenor's complaint, defendants re-allege their previous responses to plaintiff-intervenor's complaint as if fully set forth herein.

34. Defendants deny the allegations contained in paragraph 34 of plaintiff-intervenor's complaint.

35. Defendants deny the allegations contained in paragraph 35 of plaintiff-intervenor's complaint.

36. Defendants deny the allegations contained in paragraph 36 of plaintiff-intervenor's complaint.

**CLAIM III: VIOLATION OF THE COMMERCE CLAUSE OF THE CONSTITUTION, PURSUANT TO 42 U.S.C. §1983**

37. Answering paragraph 37 of plaintiff-intervenor's complaint, defendants re-allege their previous responses to plaintiff-intervenor's complaint as if fully set forth herein.

ANSWER TO INTERNET ARCHIVE'S COMPLAINT IN INTERVENTION (C12-954-RSM) - 7

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

38. Defendants deny the allegations contained in paragraph 38 of plaintiff-intervenor's complaint.

39. Defendants deny the allegations contained in paragraph 39 of plaintiff-intervenor's complaint.

**CLAIM IV: DECLARATORY RELIEF PURSUANT TO 28 U.S.C. §2201**

40. Answering paragraph 40 of plaintiff-intervenor's complaint, defendants re-allege their previous responses to plaintiff-intervenor's complaint as if fully set forth herein.

41. Defendants deny the allegations contained in paragraph 41 of plaintiff-intervenor's complaint.

42. Defendants deny the allegations contained in paragraph 42 of plaintiff-intervenor's complaint.

**PRAYER FOR RELIEF**

Defendants deny that plaintiff-intervenor is entitled to any of the relief sought in plaintiff-intervenor's prayer for relief in paragraphs 1 – 4 on page 10 of plaintiff-intervenor's complaint.

By way of further answer and affirmative defenses, and without admitting anything previously denied, defendants state as follows:

1. Plaintiff-intervenor has failed to state a claim upon which relief may be granted.

2. Plaintiff-intervenor lacks standing to bring this action.

ANSWER TO INTERNET ARCHIVE'S COMPLAINT IN INTERVENTION
(C12-954-RSM) - 8

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-8819

DATED this 30th day of July, 2012.

              DANIEL T. SATTERBERG
              King County Prosecuting Attorney


By: _____*s/David J. Eldred*_____
DAVID J. ELDRED, WSBA No. 26125
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants

By: _____*s/Amy K. Eiden*_____
AMY K. EIDEN, WSBA No. 35105
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 9

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on July 30, 2012, I electronically filed the foregoing document with the United States District Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of July, 2012.

_____*s/Amy Moe*_____
AMY MOE, Legal Secretary

ANSWER TO INTERNET ARCHIVE'S COMPLAINT
IN INTERVENTION
(C12-954-RSM) - 10

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819