THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>        Plaintiff,<br><br>and<br><br>THE INTERNET ARCHIVE,<br><br>        Plaintiff-Intervenor,<br><br>   v.<br><br>ROB MCKENNA, Attorney General of the State of Washington, *et al.*<br><br>        Defendants, in their official capacities. | No. 2:12-cv-000954-RSM<br><br>**JUDGMENT** |

The Court has ordered that:

1. Plaintiffs be awarded declaratory and permanent injunctive relief in accordance with the Court's Orders of December \_\_\_\_, 2012; and

2. Plaintiffs recover $200,000 for costs and attorneys' fees from the Office of the Attorney General, acting in its official capacity on behalf of the State of Washington.

This action was decided by Judge Ricardo S. Martinez based on the parties' Stipulations and Proposed Orders for Entry of Final Judgment, filed on December 5, 2012 and the prior proceedings in the action, including Plaintiffs' Motions for Preliminary

JUDGMENT (2:12-CV-000954-RSM) — 1

Injunction and the Court's Order Granting Plaintiffs' Motions for Preliminary Injunction, dated July 27, 2012 (Dkt. #69).

                                              CLERK OF COURT

Date: _____                   _____

JUDGMENT (2:12-CV-000954-RSM) — 2