UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BACKPAGE.COM, LLC, <br><br> Plaintiff, <br><br> and <br><br> THE INTERNET ARCHIVE, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ROB MCKENNA, Attorney General of the State of Washington, *et al.* <br><br> Defendants, in their official capacities. | No. 2:12-cv-000954-RSM <br><br> **STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT RUSSELL D. HAUGE ACCEPTING ORDER FOR ENTRY OF FINAL JUDGMENT ENJOINING ENFORCEMENT OF RCW 4.68A.104 (WASHINGTON SENATE BILL 6251)** |

## STIPULATION

Plaintiffs Backpage.com, LLC and The Internet Archive, together with Defendant Russell D. Hauge, Prosecuting Attorney of Kitsap County ("Hauge"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs and Hauge agree and request that the Court enter final judgment in this matter, permanently enjoining any enforcement or prosecution of any person under RCW 4.68A.104 (the codified version of Washington Engrossed Substitute Senate Bill 6251, Chapter 138, Washington Laws of 2012) and declaring that the statute is

STIPULATION AND ORDER OF FINAL JUDGMENT ENJOINING
ENFORCEMENT OF RCW 4.68A.104 — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1 unconstitutional and violates federal law, in accordance with paragraphs 2 and 3 of the Proposed Order for Entry of Final Judgment Enjoining Enforcement of RCW 4.68A.104 (Washington Senate Bill 6251) pursuant to the Stipulation entered into concurrently between Plaintiffs and all other Defendants in this action (the "Stipulated Order").

2. Hauge does not object to the judgment assessing an award of costs and attorneys' fees against the Office of the Attorney General, as set forth in paragraph 4 of the Stipulated Order. Plaintiffs agree that Hauge shall not be responsible for any additional costs or attorneys' fees.

3. With this Stipulation, the undersigned parties hereby settle all claims and potential claims between them related to this litigation, and no party will appeal or otherwise challenge an order of the Court or entry of final judgment in this matter as set forth in the Stipulated Order.

4. The undersigned parties further agree that, by this Stipulation, Plaintiffs' Motion for Clarification or Reconsideration of Order Granting Defendant Hauge's Motions to Dismiss (Dkt. #74), the Court's Order Granting Defendant Hauge's Motions to Dismiss (Dkt. #72), and the Court's Order Directing Response to Motion for Clarification or Reconsideration (Dkt. #77) are mooted, should be withdrawn, and require no further action by the Court.

**ORDER**

Based on the foregoing Stipulation and the Court's prior orders, findings and conclusions in this action, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims between Plaintiffs and Defendant Russell D. Hauge, Kitsap County Prosecuting Attorney, are and shall be resolved in accordance with paragraphs 2 and 3 of the Proposed Order for Entry of Final Judgment Enjoining Enforcement of RCW 4.68A.104 (Washington Senate Bill 6251) pursuant to the Stipulation entered into concurrently between Plaintiffs and all other Defendants in this action (the "Stipulated Order").

STIPULATION AND ORDER OF FINAL JUDGMENT ENJOINING ENFORCEMENT OF RCW 4.68A.104 — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

2. Plaintiffs' Motion for Clarification or Reconsideration of Order Granting Defendant Hauge's Motions to Dismiss (Dkt. #74), the Court's Order Granting Defendant Hauge's Motions to Dismiss (Dkt. #72), and the Court's Order Directing Response to Motion for Clarification or Reconsideration (Dkt. #77) are moot and are hereby withdrawn, and Plaintiffs and Defendant Hauge need not respond further.

3. The Court has awarded Plaintiffs costs and attorneys' fees in the Stipulated Order, and Defendant Hauge shall not be responsible for any additional costs or attorneys' fees. The undersigned parties respectively shall bear any other costs and fees incurred in connection with this action.

SO ORDERED this 10 day of December 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented and agreed to by:

DAVIS WRIGHT TREMAINE LLP

*s/ James C. Grant*
James C. Grant, WSBA No. 14358
Ambika K. Doran, WSBA No. 38237

*s/ Elizabeth L. McDougall*
Elizabeth L. McDougall, WSBA No. 27026
General Counsel, Village Voice Media Holdings, LLC

Attorneys for Plaintiff Backpage.com, LLC

STIPULATION AND ORDER OF FINAL JUDGMENT ENJOINING ENFORCEMENT OF RCW 4.68A.104 — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

ELECTRONIC FRONTIER FOUNDATION

*s/ Matthew Zimmerman*
Matthew Zimmerman (admitted *pro hac vice*)

FOCAL PLLC

*s/ Venkat Balasubramani*
Venkat Balasubramani, WSBA No. 28269

Attorneys for Plaintiff-Intervenor The Internet Archive

RUSSELL D. HAUGE, Kitsap County Prosecuting Attorney

*s/ Ione S. George*
Ione S. George, WSBA No. 18236
Chief Deputy Prosecuting Attorney

Attorney for Defendant Russell D. Hauge

STIPULATION AND ORDER OF FINAL JUDGMENT ENJOINING
ENFORCEMENT OF RCW 4.68A.104 — 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax