# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BACKPAGE.COM, LLC,

        Plaintiff,

And                                        **JUDGMENT IN A CIVIL CASE**

                                                  CASE NUMBER:  C12-954RSM

THE INTERNET ARCHIVE,

        Plaintiff-Intervenor,

v.

ROB MCKENNA, Attorney General of the

State of Washington, *et al.*

        Defendants, in their
        official capacities.
_____

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

        1. Plaintiffs be awarded declaratory and permanent injunctive relief in accordance with the Court's Orders of December 10, 2012; and

      2.   Plaintiffs recover $200,000 for costs and attorneys' fees from the Office of the Attorney General, acting in its official capacity on behalf of the State of Washington.

This action was decided by Judge Ricardo S. Martinez based on the parties' Stipulations and Proposed Orders for Entry of Final Judgment, filed on December 5, 2012 and the prior proceedings in the action, including Plaintiffs' Motions for Preliminary Injunction and the Court's Order Granting Plaintiffs' Motions for Preliminary Injunction, dated July 27, 2012 (Dkt. #69).

Dated this 10 day of December 2012.

WILLIAM McCOOL
Clerk

/s/ Rhonda Stiles
Deputy Clerk